TOWNSEND AND TOWNSEND AND CREW LLP
GREGORY S. GILCHRIST (CA State Bar # 111536); *gsgilchrist@townsend.com*
TALI L. ALBAN (CA State Bar # 233694); *tlalban@townsend.com*
Two Embarcadero Center, 8th Floor
San Francisco, California 94111
Telephone: (415) 576-0200
Facsimile: (415) 576-0300

Attorneys for Plaintiff
WILLIAMS-SONOMA, INC.

E-filing

ORIGINAL FILED

MAR 2 4 2008

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RS

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| WILLIAMS-SONOMA, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>Danielle SECHREST, an individual, Steven SECHREST, an individual, and James KILLIAN, an individual, doing business as REPLACEMENTSLIPCOVERS.COM,<br><br>Defendants. | Case No.<br><br>08 1597<br><br>**COMPLAINT FOR FEDERAL TRADEMARK INFRINGEMENT; DILUTION; COPYRIGHT INFRINGEMENT AND VIOLATION OF FEDERAL UNFAIR COMPETITION LAW; (INJUNCTIVE RELIEF SOUGHT)**<br><br>**JURY TRIAL DEMAND** |

Plaintiff Williams-Sonoma, Inc. ("WSI") alleges as follows:

### INTRODUCTION

1.     The purpose of this lawsuit is to stop defendants Danielle Sechrest, Steven Sechrest and James Killian (collectively "Defendants") from (a) copying original photographs belonging to WSI, and displaying them on Defendants' website, and (b) using WSI's federally registered trademark in ways that are likely to cause consumer confusion about a relationship between Defendants and WSI. WSI seeks injunctive relief and damages for the harm that Defendants' infringing practices have caused WSI.

**PARTIES**

2.      WSI is a premier specialty retailer of home furnishings, including furniture and accessories for kitchens, bedrooms, and bathrooms.  In addition to the well-known Williams-Sonoma® operations, WSI operates wholly owned subsidiaries that use the Pottery Barn®, pottery barn kids®, PB Teen®, and west elm® trademarks, among others.  Within the Pottery Barn® brand, WSI distributes and sells through Pottery Barn® stores, Pottery Barn® catalogs, and the Pottery Barn® website.  The Pottery Barn® brand is one of the most respected brands in the home furnishings business and enjoys enormous goodwill among consumers.  The Pottery Barn® catalogs have widespread circulation (millions per year) and are received and used by a large consumer base in every part of the United States.  There are approximately two-hundred Pottery Barn® stores and the Pottery Barn® website also is widely used by consumers and receives visits by millions of consumers each year.  WSI is a California corporation headquartered in San Francisco, California.

3.      WSI is informed and believes, and on that basis alleges, that Defendants are individuals residing in North Carolina.  WSI is further informed and believes that Defendants are, in concert with each other, doing business as "REPLACEMENTSLIPCOVERS.COM."

4.      WSI is informed and believes and on that basis alleges, that Defendants are promoting nationwide sales through their transactional e-commerce web site, located at www.replacementslipcovers.com, advertising and selling so-called Pottery Barn® slipcovers, among other products.  WSI's photographs of Pottery Barn® products are prominently featured on the website and WSI is informed and believes that Defendants offer to sell, sell and ship their purported Pottery Barn® slipcovers throughout the United States, including California and this judicial district.

**JURISDICTION AND VENUE**

5.      This is an action for trademark infringement and dilution under the Trademark Act of 1946 (the Lanham Act), as amended by the Federal Trademark Dilution Act of 1995 (15 U.S.C. §§ 1051, *et seq.*), and for copyright infringement under the Copyright Act, 17 U.S.C. §§ 101, *et seq*.  This Court has jurisdiction over such claims pursuant to 28 U.S.C. § 1331 (federal question), 28 U.S.C. §§ 1338(a) and 1338(b) (trademark and unfair competition), and 15 U.S.C. § 1121 (Lanham Act).

6.      Venue is proper in this Court under 28 U.S.C. § 1391(b) because a substantial part of

1    the events giving rise to the claims asserted arose in this district.

2        7.    On information and belief, the Court has personal jurisdiction over Defendants in that

3    Defendants have established sufficient contacts with the forum such that the exercise of jurisdiction

4    over Defendants would not offend traditional notions of fair play and substantial justice.  Specifically,

5    Defendants – in part ostensibly by electronically copying photographs located in California – have

6    unlawfully operated an interactive website through which they advertise, offer and sell their products

7    throughout the United States, including California and this judicial district.

8                    **FACTS AND ALLEGATIONS COMMON TO ALL CLAIMS**

9                    **WSI's Valuable Pottery Barn® Intellectual Property**

10        8.    In the course of its business, WSI, through its Pottery Barn® brand, conceives, designs,

11    and commercializes original furniture designs and styles and home accessories.  For many years, WSI

12    has sold and continues to sell products through its Pottery Barn® stores, catalogs and its website.

13        9.    To protect its rights under the Pottery Barn® brand, WSI owns several trademarks and

14    applications, including, among others, a federal trademark registration for POTTERY BARN

15    (Registration No. 2021077; first used April of 1956; registered on December 3, 1996).  This

16    registration, and all other WSI registrations, applications, and common law marks incorporating the

17    Pottery Barn® name -- including "PB" which is a common consumer reference to WSI's "Pottery

18    Barn" brands -- will be referred to collectively hereafter as "Pottery Barn Marks."  Copies of WSI's

19    Pottery Barn Marks are attached as Exhibit A.

20        10.    WSI also owns valid copyright registrations for its Pottery Barn® catalogs.  Copies

21    WSI's relevant copyright registrations are attached as Exhibit B.

22        11.    WSI has continuously used its Pottery Barn Marks in interstate commerce in the United

23    States, including California and this judicial district, in connection with the distribution, sale,

24    advertisement, and promotion of its products during all time periods relevant to the claims in the

25    Complaint.

26        12.    Prior to the events giving rise to this Complaint, and continuing to the present, WSI has

27    spent substantial time, money, and effort in the promotion and advertisement of its products, and has

28    sold millions of dollars of products under its Pottery Barn Marks.  Through such financial investment

1    and effort, WSI has developed considerable good will and a reputation for quality products.

2    13.    By virtue of WSI's long use of its Pottery Barn Marks, as well as WSI's extensive

3    advertising, and large volume of sales, potential and actual consumers accept and recognize the

4    Pottery Barn Marks as identifying WSI's products only and distinguishing them from products

5    manufactured and sold by others.  The Pottery Barn Marks have an enormous consumer following and

6    have become famous among the public.

7
8    **Defendants' Unfair Competition and Infringement of**
     **Pottery Barn's® Intellectual Property Rights**

9    14.    Defendants have systematically made electronic copies of WSI's copyrighted images

10   and displayed them on their website in order to sell their own products.  WSI has specifically

11   identified several stolen images and, based on the nature of the practice, it is possible that there are

12   many more.  Examples of WSI's copyrighted images are attached as Exhibit C.  Examples of these

13   same images from Defendants' website, www.replacementslipcovers.com are attached as Exhibit D.

14   These images reveal that Defendants have displayed the identical image taken from WSI's Pottery

15   Barn® catalogs or web site, at most electronically cropping and/or inverting WSI's images.

16   15.    In many instances, Defendants identify their slipcover products as "Pottery Barn"

17   products.  When listing the prices for their goods, alongside the stolen photographs, Defendants often

18   show Pottery Barn's® price as the "list price," contrasted with Defendants' prices, identified as "our

19   price."  The combination of the photographs and pricing scheme described above suggests to

20   consumers that consumers will be receiving a discounted but authentic Pottery Barn® product when

21   purchasing Defendants' goods.  Instead, consumers receive Defendants' product, thereby diluting

22   WSI's Pottery Barn Marks and tarnishing WSI's reputation and goodwill.  Examples of these practices

23   are collected as Exhibit E.

24   16.    In addition, on information and belief, Defendants intentionally use the Pottery Barn

25   Marks in their Web meta tags, which are invisible to consumers, but which may direct consumers'

26   online searches for Pottery Barn® or Pottery Barn® related products to Defendants' website.  A copy

27   of the source code from Defendant's website, which shows Defendants use of the Pottery Barn Marks,

28   is attached as Exhibit F.  On information and belief, Defendants' use of WSI's marks in the meta tags

1  is intended to create initial interest confusion and capitalize on WSI's significant name recognition and

2  goodwill.

3      17.    On information and belief, the combination of repetitive use of the Pottery Barn® name

4  and use of the Pottery Barn Marks in Defendants' meta tags, when combined with the use of the stolen

5  photographs likely gives consumers the false impression that when they purchase Defendants'

6  products, they will receive authentic Pottery Barn® goods instead of Defendants' products.

7      18.    WSI has attempted to resolve this matter with Defendants, but such efforts have not

8  been successful.  On October 16, 2007, counsel for WSI initially contacted Defendants with notice of

9  WSI's rights and a demand that Defendants cease use of use of WSI's proprietary intellectual property.

10  A copy of that letter is attached as Exhibit G.  On that same day, Defendants responded to WSI's

11  letter, assuring that they would cease their infringing acts.  However, Defendants did not cease as

12  promised, and WSI's counsel followed up with an additional letter on November 1, 2007.  A true and

13  correct copy of that letter is attached as Exhibit H.  Defendants' lack of responsiveness to WSI's

14  requests indicates that Defendants' actions are in willful disregard of WSI's rights.

15      19.    WSI is informed and believes, and on that basis alleges, that Defendants have marketed

16  and sold substantial quantities of products by virtue of their infringement of the Pottery Barn Marks

17  and the copyrighted images, and have obtained and continue to obtain profits from these sales.

18      20.    Defendants' actions have caused and will cause WSI irreparable harm for which money

19  damages and other remedies are inadequate.  Unless Defendants are restrained by this Court,

20  Defendants will continue and/or expand the illegal activities alleged in this Complaint and otherwise

21  continue to cause great and irreparable damage and injury to WSI through, *inter alia*:

22          a.    Depriving WSI of its statutory and common law rights to use and control use of

23              its trademarks and copyrighted material;

24          b.    Causing the public to falsely associate WSI and/or Pottery Barn® with

25              Defendants or vice versa;

26          c.    Causing initial interest confusion through the use of infringing meta tags;

27          d.    Causing incalculable and irreparable damage to WSI's goodwill and its

28              trademarks and copyrights;

1    e.  Causing WSI to lose sales of its genuine products;

2    f.  Eroding the distinctive quality of the Pottery Barn® brand and tarnishing the

3      Marks in the eyes of consumers; and

4   21.  Accordingly, in addition to other relief sought, WSI is entitled to permanent injunctive

5 relief against Defendants, their officers, agents, employees, and against all persons acting in concert

6 with them.

7
<div align="center">

**FIRST CLAIM**
**FEDERAL TRADEMARK INFRINGEMENT**
**(15 U.S.C. §§ 1114-1117; Lanham Act § 32)**

</div>

8

9

10   22.  WSI realleges and incorporates by reference each of the allegations contained in

paragraphs 1 through 21 of this Complaint.

11

12   23.  Without WSI's consent, Defendants have used, in connection with the sale, offering for

sale, distribution, marketing, or advertising of Defendants' goods, the Pottery Barn Marks, which

13 constitutes infringement of the Pottery Barn Marks.

14   24.  These acts of trademark infringement have been committed with the intent to cause,

15 and are likely to cause confusion, mistake, or deception, and are in violation of 15 U.S.C. § 1114.

16   25.  As a direct and proximate result of Defendants' infringing activities as alleged herein,

17 WSI has suffered substantial damage.

18   26.  Defendants' alleged trademark infringement is an exceptional case and was intentional.

19 Said exceptional and intentional infringement has damaged WSI as described herein, entitling WSI to

20 treble its actual damages and to an award of attorneys' fees under 15 U.S.C. §§ 1117(a) and 1117(b).

21
<div align="center">

**SECOND CLAIM**
**FEDERAL DILUTION OF FAMOUS MARK**
**(Federal Trademark Dilution Act of 1995)**
**(15 U.S.C. § 1125(c); Lanham Act § 43(c))**

</div>

22

23

24   27.  WSI realleges and incorporates by reference each of the allegations contained in

25 paragraphs 1 through 26 of this Complaint.

26   28.  WSI's Pottery Barn Marks are distinctive and famous within the meaning of the

27 Federal Trademark Dilution Act of 1995, 15 U.S.C. § 1125(c), as amended.

28   29.  Defendants' use of the Pottery Barn Marks in the meta tags and on their website is not

1  fair use, and instead constitutes deceptive and misleading overuse of the Marks in an attempt to profit

2  from WSI's considerable reputation and good will.

3      30.    Defendants' activities as alleged herein constitute dilution of the distinctive quality of

4  WSI's Pottery Barn Marks in violation of the Federal Trademark Dilution Act of 1995, 15 U.S.C. §

5  1125(c) as amended.

6      31.    WSI is entitled to injunctive relief pursuant to 15 U.S.C. § 1125(c).

7      32.    Because Defendants willfully intended to trade on WSI's reputation or to cause dilution

8  of WSI's famous trademark, WSI is entitled to damages, extraordinary damages, fees and costs

9  pursuant to 15 U.S.C. § 1125(c)(2).

**THIRD CLAIM**
**COPYRIGHT INFRINGEMENT**
**(17 U.S.C. §§ 101, *et. seq.*)**

12     33.    WSI realleges and incorporates by reference each of the allegations contained in

13 paragraphs 1 through 32 of this Complaint.

14     34.    WSI owns the copyrights for its photographs and has complied in all respects with the

15 requirements of the Copyright Act and received from the Register of Copyrights certifications of

16 Registrations.

17     35.    Defendants have displayed and/or reproduced the Pottery Barn® product photographs,

18 without WSI's authorization or permission and in violation of WSI's exclusive rights under the

19 Copyright Act.

20     36.    Defendants' unlawful display and/or reproduction of the Pottery Barn® photographs

21 constitutes copyright infringement.  WSI alleges that Defendants acted intentionally, willfully and in

22 bad faith when it displayed and/or reproduced the Pottery Barn® catalogs.

23     37.    As a direct and proximate result of Defendants' conduct, WSI is entitled to injunctive

24 relief and actual damages, as well as any profits of Defendants attributable to their acts of

25 infringement.

**FOURTH CLAIM**
**FEDERAL UNFAIR COMPETITION**
**(False Designation of Origin and False Description)**
**(15 U.S.C. § 1125 (a); Lanham Act § 43(a))**

28     38.    WSI realleges and incorporates by reference each of the allegations contained in

1 | paragraphs 1 through 37 of this Complaint.

2 |      39.    Defendants' use of photographs, trademarks and pricing devices tends falsely to

3 | suggest that consumers are buying genuine Pottery Barn® products originating with WSI through

4 | Defendants' website. Defendants' conduct is likely to cause confusion, mistake, or deception by or in

5 | the public as to the affiliation, connection, association, origin, sponsorship or approval of their

6 | products to the detriment of WSI and the Pottery Barn Marks in violation of 15 U.S.C. § 1125(a)(1).

7 |      40.    Defendants have unfairly profited from the acts alleged. As a direct and proximate

8 | result of Defendants' infringing activities, WSI has suffered substantial damage.

9 |      41.    Because Defendants' willfully intended to trade on WSI's reputation and trademarks,

10 | WSI is entitled to damages, extraordinary damages, fees and costs pursuant to 15 U.S.C. § 1117.

11 |

12 | **PRAYER FOR RELIEF**

13 |     WHEREFORE, WSI prays that this Court grant it the following relief:

14 |     1.    Adjudge that the Pottery Barn Marks have been infringed by Defendants in violation of

15 | WSI's rights under 15 U.S.C. § 1114;

16 |     2.    Adjudge that Defendants' activities are likely to, or have diluted WSI's famous Pottery

17 | Barn Marks in violation of WSI's rights under 15 U.S.C. § 1125(c);

18 |     3.    Adjudge that WSI's copyrights have been infringed by Defendants in violation of

19 | WSI's rights under the Copyright Act, 17 U.S.C. § 101, *et seq.*

20 |     4.    Adjudge that Defendants have competed unfairly with WSI in violation of WSI's rights

21 | under 15 U.S.C. § 1125(a).

22 |     5.    Adjudge that Defendants, their agents, servants, employees, and all persons acting

23 | under their permission and authority, be enjoined and restrained from infringing, in any manner, the

24 | Pottery Barn Marks and from further unfairly competing with WSI in violation of WSI's rights or

25 | infringing WSI's rights or otherwise damaging WSI's goodwill or business reputation, and from

26 | continuing to perform in any manner whatsoever any of the other acts complained of in this

27 | Complaint;

28 |     6.    Adjudge that Defendants and their agents, servants, employees, and all persons acting

1   under their permission and authority, be temporarily and permanently enjoined and restrained from

2   infringing, in any manner, WSI's copyrights, and from further unfairly competing with WSI or

3   continuing to perform in any manner whatsoever any of the acts complained of in this Complaint;

4       7.      Adjudge that Defendants, their agents, servants, employees, and all persons acting

5   under their permission and authority, be enjoined and restrained from using or otherwise exploiting or

6   attempting to exploit, the Pottery Barn Marks for and/or in connection with any business involving the

7   sale of home furnishing accessories, or for any other purpose;

8       8.      Adjudge that Defendants, their agents, servants, employees, and all persons acting

9   under their permission and authority, be enjoined and restrained from falsely advertising or suggesting

10  that Defendants sell or are authorized to sell Pottery Barn® products, or advertising through any other

11  deceptive means;

12      9.      Adjudge that Defendants, within thirty (30) days after service of the Judgment

13  demanded herein, be required to file with this Court and serve upon WSI's counsel a written report

14  under oath setting forth in detail the manner in which it has complied with the Judgment;

15      10.     Adjudge that WSI be awarded its actual damages and lost profits in an amount to be

16  proven at trial, that Defendants be required to account for any profits that are attributable to their

17  illegal acts, and that WSI be awarded all such amounts including any statutory damages or multipliers

18  that are available and appropriate, plus prejudgment interest;

19      11.     Adjudge that WSI be awarded its attorneys' fees and other costs of suit; and

20      12.     Adjudge that all such other relief be awarded to WSI as this Court deems just and

21  proper.

22  DATED: March 24, 2008              Respectfully submitted,

23                                      TOWNSEND AND TOWNSEND AND CREW LLP

24

25                                      By: _____
                                            Gregory S. Gilchrist
26                                          Tali L. Alban
                                        Attorneys for Plaintiff  WILLIAMS-SONOMA, INC.
27

28

1

**DEMAND FOR JURY TRIAL**

2

Plaintiff hereby demands that this action be tried to a jury.

3

4

DATED:  March 24, 2008                     Respectfully submitted,

5

TOWNSEND AND TOWNSEND AND CREW LLP

6

7

By: _____

8

Gregory S. Gilchrist
Tali L. Alban

9

Attorneys for Plaintiff
WILLIAMS-SONOMA, INC.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT A

Int. Cl.: 42

Prior U.S. Cls.: 100 and 101

**Reg. No. 2,021,077**

## United States Patent and Trademark Office

**Registered Dec. 3, 1996**

### SERVICE MARK
### PRINCIPAL REGISTER

## POTTERY BARN

WILLIAMS-SONOMA, INC. (CALIFORNIA CORPORATION)
100 NORTH POINT STREET
SAN FRANCISCO, CA 94133

FOR: RETAIL STORE SERVICES AND MAIL ORDER CATALOG SERVICES FEATURING HOUSEWARES, GLASSWARE, TABLEWARE, FLATWARE, INDOOR AND OUTDOOR FURNITURE, PILLOWS, SLIPCOVERS, RUGS, LAMPS AND LIGHTING FIXTURES, CURTAINS, CURTAIN RODS, TABLE LINENS, BED LINENS, BATH LINENS, BATH OILS, SKIN CARE LOTIONS AND OILS, FRAGRANCE OILS, POTPOURRI, CANDLE HOLDERS, PICTURE FRAMES, MIRRORS, VASES, BASKETS MADE OF WICKER, INTERIOR DECORATING BOOKS, INTERIOR WALL AND FURNITURE PAINT, WALL COVERINGS, WINDOW COVERINGS, WINDOW SHADES, FABRIC, NAMELY CURTAIN FABRIC, UPHOLSTERY FABRIC, FABRIC MADE OF COTTON AND FABRIC MADE OF GAUZE, IN CLASS 42 (U.S. CLS. 100 AND 101).

FIRST USE 4-0-1956; IN COMMERCE 4-0-1956.

OWNER OF U.S. REG. NOS. 655,819, 1,118,502 AND OTHERS.

SER. NO. 75-056,716, FILED 2-12-1996.

JERI J. FICKES, EXAMINING ATTORNEY

# United States Patent Office

976,194

Registered Jan. 8, 1974

## PRINCIPAL REGISTER
## Trademark

Ser. No. 445,269, filed Jan. 5, 1973

# THE POTTERY BARN

International Designers Group, Inc. (New York corporation)
231 10th Ave.
New York, N.Y.  10011

For: WOODENWARE—NAMELY, CANISTERS, TRAYS, SPICE CONTAINER RACKS, ICE BUCKETS, AND SALAD BOWLS—in CLASS 2 (INT. CL. 21).
First use Apr. 2, 1956; in commerce Apr. 2, 1956.
Owner of Reg. No. 655,819.

# United States Patent Office

**976,344**
**Registered Jan. 8, 1974**

## PRINCIPAL REGISTER
## Trademark

Ser. No. 445,270, filed Jan. 5, 1973

# THE POTTERY BARN

International Designers Group, Inc. (New York corpora-
tion)
231 10th Ave.
New York, N.Y.   10011.

For: FLATWARE—NAMELY, KNIVES, FORKS,
AND SPOONS MADE OF NON-PRECIOUS METAL—
in CLASS 23 (INT. CL. 8).
First use Apr. 2, 1956; in commerce Apr. 2, 1956.
Owner of Reg. No. 655,819.

J. FITCH, Examiner

# United States Patent Office

**959,383**
**Registered May 22, 1973**

## PRINCIPAL REGISTER
## Trademark

Ser. No. 424,103, filed May 12, 1972

# THE POTTERY BARN

International Designers Group, Inc. (New York corporation)
231 10th Ave.
New York, N.Y.   10011

For: GLASSWARE — NAMELY, STEMWARE, GLASSES, CASSEROLES, RELISH DISHES, CAKE PLATES, SERVING BOWLS, SALAD BOWLS, SAUCE DISHES, PLATTERS, TRAYS, ICE TUBS, COMPOTES, CRUETS, AND MARTINI SETS—in CLASS 33 (INT. CL. 21).

First use Apr. 2, 1956; in commerce Apr. 2, 1956.

# United States Patent Office

**655,819**
**Registered Dec. 17, 1957**

## PRINCIPAL REGISTER
## Trademark

Ser. No. 13,316, filed Aug. 2, 1956

 POTTERY BARN

Paul Secon, doing business as The Pottery Barn
213 10th Ave.
New York 11, N. Y.

For: DINNERWARE, OVENWARE, KITCHEN-WARE, ART AND DECORATIVE WARE—NAMELY, DISHES, DISH SERVICES, BEVERAGE SERVICES, MUGS, TILES, PANS, VASES, FLOWER POTS, ALL MADE OF CROCKERY, EARTHENWARE, AND PORCELAIN—in CLASS 30.

First use Apr. 2, 1956; in commerce Apr. 2, 1956.

## Amendment

Registered December 17, 1957                Registration No. 655,819

Paul Secon, doing business as The Pottery Barn

Application to amend having been made by The Pottery Barn, Inc., owner of the registration above identified, the drawing is amended to appear as follows:



Such amendment has been entered upon the records of the Patent and Trademark Office and the said original registration should be read as so amended.

Signed and sealed this 27th day of June 1978.

[SEAL]

Attest:

JANIE COOKSEY,                    DONALD W. BANNER,
*Attesting Officer.*                  *Commissioner.*

# EXHIBIT B

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

REGI

TX 6-591-400



**EFFECTIVE DATE OF REGISTRATION**

06     19     07
Month    Day    Year

---

**DO NOT WRITE ABOVE THIS LINE IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET**

## 1

**TITLE OF THIS WORK ▼**
Pottery Barn Catalog - Spring 2007 - Inspired by the Sea

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical serial or collection, give information about the collective work in which the contribution appeared     **Title of Collective Work ▼**

If published in a periodical or serial give     **Volume ▼**     **Number ▼**     **Issue Date ▼**     **On Pages ▼**

## 2

**a** **NAME OF AUTHOR ▼**
Williams-Sonoma, Inc

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a work made for hire?
☑ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ USA
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?     ☐ Yes  ☑ No
Pseudonymous?   ☐ Yes  ☑ No
If the answer to either of these questions is Yes see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼
Text and pictorial matter

**NOTE**

Under the law the author of a work made for hire is generally the employer not the employee (see instructions) For any part of this work that was made for hire check Yes in the space provided give the employer (or other person for whom the work was prepared) as Author of that part and leave the space for dates of birth and death blank

**b** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a work made for hire?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?     ☐ Yes  ☐ No
Pseudonymous?   ☐ Yes  ☐ No
If the answer to either of these questions is Yes see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼

**c** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a work made for hire?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?     ☐ Yes  ☐ No
Pseudonymous?   ☐ Yes  ☐ No
If the answer to either of these questions is Yes see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼

## 3

**a** **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given
2007 ◀ Year in all cases.

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published
Month ▶ 03     Day ▶ 27     Year ▶ 2007
USA     ◀ Nation

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2 ▼
Williams-Sonoma, Inc , 3250 Van Ness Avenue, San Francisco, CA 94109

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2 give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

See instructions before completing this space

APPLICATION RECEIVED
JUN 1 9 2007
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
JUN 1 9 2007
FUNDS RECEIVED

DO NOT WRITE HERE
OFFICE USE ONLY

---

**MORE ON BACK ▶**     Complete all applicable spaces (numbers 5 9) on the reverse side of this page
See detailed instructions     Sign the form at line 8

**DO NOT WRITE HERE**
Page 1 of __ pages

| EXAMINED BY | *mc* | FORM TX |
|---|---|---|
| CHECKED BY | | |

| | CORRESPONDENCE | FOR COPYRIGHT OFFICE USE ONLY |
|---|---|---|
| ☐ | Yes | |

**DO NOT WRITE ABOVE THIS LINE  IF YOU NEED MORE SPACE  USE A SEPARATE CONTINUATION SHEET**

**PREVIOUS REGISTRATION** Has registration for this work  or for an earlier version of this work  already been made in the Copyright Office?

☐ Yes  ☑ No  If your answer is  Yes  why is another registration being sought? (Check appropriate box ) ▼

a ☐ This is the first published edition of a work previously registered in unpublished form

b ☐ This is the first application submitted by this author as copyright claimant

c ☐ This is a changed version of the work  as shown by space 6 on this application

If your answer is  Yes  give  Previous Registration Number ▶                    Year of Registration ▶

**5**

**DERIVATIVE WORK OR COMPILATION**

Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates ▼

**a**

Material Added to This Work  Give a brief  general statement of the material that has been added to this work and in which copyright is claimed ▼

**b**

**6**

See instructions before completing this space

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office  give name and number of Account

Name ▼                                        Account Number ▼

**a**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent    Name / Address / Apt / City / State / ZIP ▼

Holly Ross c/o Williams-Sonoma, Inc , 3250 Van Ness Avenue, San Francisco, CA 94109

**b**

**7**

Area code and daytime telephone number ▶ 415 616 8627          Fax number ▶ 415 277 9698

Email ▶   hross@wsgc com

**CERTIFICATION\*** I  the undersigned  hereby certify that I am the

Check only one ▶

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of   Williams-Sonoma, Inc

Name of author or other copyright claimant  or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3  do not sign and submit it before that date

Holly Ross                                              Date ▶ 05/17/07

Handwritten signature (X) ▼

X

| Certificate will be mailed in window envelope to this address | Name ▼  Holly Ross c/o Williams-Sonoma, Inc |
|---|---|
| | Number/Street/Apt ▼  3250 Van Ness Avenue |
| | City/State/ZIP ▼  San Francisco, CA 94109 |

Complete all necessary spaces
Sign your application in space 8

1 Application form
2 Nonrefundable filing fee in check or money order payable to Register of Copyrights
3 Deposit material

Library of Congress
Copyright Office  TX
101 Independence Avenue S E
Washington D C 20559 6222

**9**

*17 U S C § 506(e)  Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409  or in any written statement filed in connection with the application  shall be fined not more than $2 500*

Rev July 2003—xxx  Web Rev July 2003  ⊕ Printed on recycled paper                    U S Government Printing Office  2000 461 113/20 021

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America



**Form TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

REGIS **TX 6-591-399**

EFFECTIVE DATE OF REGISTRATION

06    19    07
Month    Day    Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**TITLE OF THIS WORK ▼**
Pottery Barn Catalog - Winter 2007 - The Ultimate Family Room

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.   **Title of Collective Work ▼**

If published in a periodical or serial give   **Volume ▼**   **Number ▼**   **Issue Date ▼**   **On Pages ▼**

## 2

**a**

**NAME OF AUTHOR ▼**
Williams-Sonoma, Inc

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a work made for hire?
☑ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ USA
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☑ No
Pseudonymous?   ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions

**NOTE**

Under the law, the author of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was made for hire check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼
Text and pictorial matter

**b**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a work made for hire?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼

**c**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a work made for hire?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼

## 3

**a** **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
2007 ◀ Year

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month ▶ 01   Day ▶ 2   Year ▶ 2007
Nation ▶ USA ◀ Nation

## 4

See instructions before completing this space.

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2 ▼
Williams-Sonoma, Inc, 3250 Van Ness Avenue, San Francisco, CA 94109

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

APPLICATION RECEIVED
JUN 19 2007
ONE DEPOSIT RECEIVED

JUN 19 2007
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

DO NOT WRITE HERE
OFFICE USE ONLY

---

**MORE ON BACK ▶** Complete all applicable spaces (numbers 5-9) on the reverse side of this page
See detailed instructions      Sign the form at line 8

**DO NOT WRITE HERE**
Page 1 of ___ pages

| EXAMINED BY | *mc* | | FORM TX |
|---|---|---|---|
| CHECKED BY | | | |

| □ | CORRESPONDENCE | | FOR COPYRIGHT OFFICE USE ONLY |
|---|---|---|---|
| | Yes | | |

**DO NOT WRITE ABOVE THIS LINE  IF YOU NEED MORE SPACE  USE A SEPARATE CONTINUATION SHEET**

**PREVIOUS REGISTRATION** Has registration for this work  or for an earlier version of this work  already been made in the Copyright Office?

□ Yes ☒ No  If your answer is  Yes  why is another registration being sought? (Check appropriate box ) ▼

a □ This is the first published edition of a work previously registered in unpublished form

b □ This is the first application submitted by this author as copyright claimant

c □ This is a changed version of the work  as shown by space 6 on this application

If your answer is  Yes  give  Previous Registration Number ▶               Year of Registration ▶

**5**

**DERIVATIVE WORK OR COMPILATION**
**Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates ▼

**a**

**6**

See instructions before completing this space

**Material Added to This Work** Give a brief  general statement of the material that has been added to this work and in which copyright is claimed ▼

**b**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office  give name and number of Account
**Name** ▼                                            **Account Number** ▼

**a**

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent    Name/Address/Apt/City/State/ZIP ▼

Holly Ross c/o Williams-Sonoma, Inc , 3250 Van Ness Avenue, San Francisco, CA 94109

**b**

Area code and daytime telephone number ▶  415 616 8627              Fax number ▶  415 277 9698

Email ▶    hross@wsgc com

**CERTIFICATION\*** I  the undersigned  hereby certify that I am the

Check only one ▶

□ author
□ other copyright claimant
□ owner of exclusive right(s)
☒ authorized agent of   Williams-Sonoma, Inc

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge

Name of author or other copyright claimant  or owner of exclusive right(s) ▲

**8**

**Typed or printed name and date** ▼ If this application gives a date of publication in space 3  do not sign and submit it before that date

Holly Ross

Date ▶  05/17/07

Handwritten signature (X) ▼

X

| Certificate will be mailed in window envelope to this address | **Name** ▼ Holly Ross c/o Williams-Sonoma, Inc |
|---|---|
| | **Number/Street/Apt** ▼ 3250 Van Ness Avenue |
| | **City/State/ZIP** ▼ San Francisco, CA 94109 |

Complete all necessary spaces
Sign your application in space 8

1 Application form
2 Nonrefundable filing fee in check or money order payable to *Register of Copyrights*
3 Deposit material

Library of Congress
Copyright Office  TX
101 Independence Avenue  S E
Washington  D C  20559-6222

Fees are subject to change  For current fees  check at the Copyright Office website or call (202) 707-3000

**9**

17 U S C  § 506(e)  Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409  or in any written statement filed in connection with the application  shall be fined not more than $2 500

Rev July 2003—xxx   Web Rev July 2003   ● Printed on recycled paper                      U S Government Printing Office 2000-461 113/20 021

# EXHIBIT C



# POTTERY BARN

Spring 2007

inspired by the *Sea*

## BUY MORE, SAVE MORE

New reduced delivery charges on Outdoor Furniture
plus free shipping on Outdoor Pillows,
see page 141 for more.

Case 4:08-cv-01597-CW    Document 1-2    Filed 03/24/2008    Page 15 of 54



# the beauty of slipcovers

Achieve the tailored look of upholstery with the ease of slipcovers. Our PB Basic Collection with Twill Slipcovers gives you the ability to clean your slipcover whenever you want. So it's easy to keep it looking great in a busy home with kids – even if you choose the dramatic look of white.

## PB BASIC COLLECTION WITH TWILL SLIPCOVERS ● Quick 1-3 Week Delivery!

A. Cotton twill slipcovers make our PB Basic Sofa a longstanding favorite. Polyester-wrapped cushions; down-blend-wrap optional. We offer this collection in 46 fabric and color options. See pages 144–150 for details. White ● (shown), Stone ●, Caramel ●, Cranberry ●, Natural ●, Ivy, Thistle or Slate Blue. •74-3407954 ☆

Sofa (shown). **$1,299** ($80) ●
Sleeper Sofa **$1,649** ($110)
Love Seat **$1,249** ($80)
Armchair **$849** ($65) ●
Ottoman **$429** ($20) ●
Grand Sofa **$1,800** ($80) ●
Grand Armchair **$1,049** ($65) ●

## TEXTURED SOLID PILLOW COVER
**Free Shipping!**

B. Distinguished by a faux horn button, our newest pillow cover is made of textural, chunky linen. Knife edge. Machine wash. 18" sq. Imported. Sundrop, Almond, Harbor Blue, Espresso, Cherry Red, Pewter, Maple, Sprout or Ivory. •12-8538407. **$25**
Feather-and-Down Insert, 18" sq. •12-1619063 **$12**

## FRAMED BIRD PRINTS

C. These high-quality reproductions capture the remarkable color and detail of antique bird engravings. They're printed on heavy card stock and mounted with white mats inside our mahogany Belle Isle Frames. 26.5 x 31" h. Set of 2 •12-9057936 **$199**

## SUSSEX MIRROR

D. Our beveled mirror is framed with a halo of weighty iron filaments. The decorative swirls provide a bold counterpoint to the mirror's polished surface. 31 x 40" h. •12-9198402 **$229** Catalog/Internet Only

## WESTON TRUNKS

E. Explorers once carried wooden trunks like these as they traveled the world by sea. Ours are distressed by hand for a timeworn look, then sanded, lacquered and glazed using our exclusive Artisan Lacquer finishing process. Oversized latch has an antique-bronze finish. •12-7872048 *Catalog/Internet Only

Ming Red or Charlotte Blue* (page 82).
Small, 28 x 10.5 x 11" h. **$199** ($10)
Medium, 34 x 14 x 14" h. **$349** ($20)
Large, 42 x 20 x 18" h. **$499** ($30)
Set of 3, one of each. ~~$1,047~~ **$999** ($60)

Small, Ivory* (page 39). 28 x 10.5 x 11" h.
~~$199~~ **$149** ($10)
Medium, Desa Yellow* (page 30). 34 x 14 x 14" h.
~~$349~~ **$249** ($20)
Large, Desa Mocha* (page 20). 42 x 20 x 18" h.
~~$499~~ **$399** ($30)
Set of 3, one of each. ~~$797~~ **$749** ($60)

## EMMETT SIDE TABLE

F. Like the antiques that inspired it, our Emmett Side Table has its own unique character. Skilled woodworkers create it from quality hardwood with planked tops and sides, eased edges and notched aprons. Distressed to replicate the patina of age, it's finished by hand with our Artisan Lacquer in a high-gloss sheen. Visit potterybarn.com for additional pieces in the Emmett Collection. 22" sq., 25" h. •12-7880051 **$299** ($20)

Other items shown: Kristine Pillow Covers •12-8846990 $25–$35 page 10 • Raffia Pillow Cover •12-8103129 $29 page 183







## ISMIR VASES & VASE FILLERS

**A.** Create an eclectic summertime display with our collection of Ismir Vases and an assortment of shells. Each vase is handblown. Vase Fillers sold separately.

Vases •12-4856365
7" diam., 8" h. $24      6" diam., 16" h. $29
7" diam., 20" h. $39    11" diam., 12" h. $44

Vase Fillers •12-9015009
Starfish, 2.5" diam. $18
Sand Dollars, 3.5" diam. $19
Sea Urchins, 2" diam. $10
Tiger Cowrey Shells, sizes range from
1.5" to 3" diam. $19
Beach Shells, sizes range from 1.5" to 3" diam. $16

## KRISTINE PILLOW COVER  *Free Shipping!*

**B.** An antique wood-block pattern inspired the printed design of our pillow cover. Ornate medallions intersect to form a geometric design that works with stripes or solid colors. Reverses to a complementary pattern. Machine wash. Imported. Mosaic Blue or Cardinal Red. •12-8846990

20" sq. $25          24" sq. $35

Feather-and-Down Inserts
20" sq. •12-6226237 $14   24" sq. •12-8932949 $24



## RHYS OCCASIONAL TABLES

**C–E.** Our Rhys tables are built from richly grained mahogany with paneled sides and fronts. A hand-applied espresso stain enhances the wood's beauty with depth and luster. The side table has two dovetailed drawers and an open shelf for stacks of books. The coffee table has an open shelf above three drawers that open from either side. The glass-doored cabinets of our console have one adjustable shelf each. Antique-bronze-finished brass hardware. See page 164 for our Rhys Modular Media System. •12-6834061

**C.** Side Table, 20" sq., 26" h. $399 ($20)
**D.** Coffee Table, 48 x 24 x 18" h. $699 ($40)
**E.** Console, 47 x 16 x 32" h. $699 ($75)

## CHATHAM URN TABLE LAMP

**F.** Traditional design and craftsmanship make the Chatham Urn Table Lamp a distinctive addition to a well-appointed living space. It has a classic urn shape with jointed handles, and it comes with an ivory vellum shade. Made of brass with an antique-bronze finish. 100W. UL-listed. 11.5" diam., 16" h. •12-8837375 *$280* $125

Other items Shown:  Photographer's Tripod Lamp •12-7048879
$299  page 4 • Chunky Herringbone Jute Rug •12-8765455
$49-$499  page 90

## PB BASIC SECTIONAL WITH TWILL SLIPCOVERS

**Quick 1-3 Week Delivery!**

**G.** We've translated the casual comfort of our PB Basic Sofa into a sectional that allows you to design custom seating for your space. The modular components share the same rolled arms and tailored slipcovers as the original. The plush cotton-twill slipcovers remove for cleaning. We offer this collection in 46 fabric and color options. See pages 144–150 for details. Natural (shown), Cranberry, White, Thistle, Caramel, Slate Blue, Ivy or Stone. •74-6898198

Right Chaise Sofa Sectional (shown), includes one right-arm chaise & one left-arm love seat.
$2,149 ($125)





## ANKARA KILIM PILLOW COVERS
### Free Shipping!

A. Our 100% wool kilim pillow covers are hand-made on looms for a textural weave much like a kilim rug. Olive green, cardinal red and accents of blue complement a variety of styles. Zipper closure. Imported. •12-7923100 Catalog/Internet Only

| | |
|---|---|
| 12 x 16" $19 | 16" sq. $23 |
| 18" sq. $29 | 20" sq. $35 |

Set of 4, one of each. •12-7980014 $189 $99

Feather-and-Down Inserts
12 x 16" •12-4194338 $10   16" sq. •12-4194338 $12
18" sq. •12-1819063 $12   20" sq. •12-6226237 $14

## COLOR-BOUND SEAGRASS RUG

B. Thick seagrass forms a textural rug with extra durability. Latex backing. Imported. Cotton-twill border in Black, Navy*, Espresso, Natural or Cardinal Red*. •12-1359817 *Catalog/Internet Only

| | |
|---|---|
| 2 x 3" $39 $29 | 5 x 5' $79 $69 |
| 2.5 x 9" $109 $79 | 2.2 x 13' $129 $109 |
| 5 x 8' $149 $129 | 8 x 8" $249 $199 ($25) |
| 8 x 10' $299 $249 ($25) | 9 x 12' $349 $299 ($25) |
| 10 x 14'* $499 ($50) | |

Benjamin Moore 2136-70          Whispering Spring

To request a fan deck featuring Pottery Barn's favorite Benjamin Moore® paint colors for the season, see page 166.



## ANQUILLA CONSOLE LANTERN

C. An elongated silhouette and an antique-bronze finish give our Anquilla Lantern upcoming grace. Place on a side table or mantel to add warm lighting to your space. See page 66 for Anquilla Pendant. Takes three 40-watt bulbs. UL-listed. 13.5" sq., 22" h. •12-8933152 $249

## WALLACE CUBE & TRUNK

D, E. Pine chests like these have been used for generations to store books, keepsakes and linens. Equally useful as occasional tables, ours are finished in antique honey both inside and out, with rasped edges that create a timeworn quality. Detailed with air vents, safety hinges and blackened-metal latches and handles. •12-8762800 Catalog/Internet Only

D. Cube. 22" sq., 21" h. $249 ($20)
E. Trunk. 44 x 22 x 23" h. $399 ($40)

## CHALKBOARD BOOKMARK STAKES

F. Create your own paperback library basket or organize media and other home accessories in a fun way by using our solid pine bookmarks. With actual chalkboards on both sides, it's easy to refresh and update categories for years to come. Two pieces of white chalk included. 3 x 8" h. Set of 5 •12-9150014 $19 Catalog/Internet Only



## CHARLESTON COLLECTION WITH TWILL SLIPCOVERS

G. Casual style and expert American crafts-manship mark our Charleston Collection with its soft, inviting shapes. Generous loose pillows can be arranged in back for maximum comfort. Slipcovers are made of a soft yet textural 100% cotton twill, and remove easily for cleaning; optional down-blend-wrapped cushions. We offer this collection in 46 fabric and color options. See pages 144–150 for details. Cranberry (shown), White, Natural, Stone, Thistle, Caramel, Slate Blue or Ivy. •74-3413572 Catalog/Internet Only

Sofa $1,499 ($80)          Sleeper Sofa $1,899 ($100)
Love Seat $1,349 ($80)    Ottoman $449 ($30)
Chair-and-a-Half $1,049 ($65)

## GRACIA VOTIVE HOLDER

H. Intricate loops of blackened aluminum curve outward to create a striking piece of wall art that doubles as a source of candlelight. Eight votive cups clip on to the piece. Use indoors or out. 41" diam. •12-8631012 $179

Case 4:08-cv-01597-CW    Document 1-2    Filed 03/24/2008    Page 18 of 54

# POTTERY BARN

winter 2007



THE ULTIMATE
FAMILY ROOM

WHITE
SALE

see pages 92 & 93

SALE PAGES
see pages 168–171

BUY MORE, SAVE MORE
NEW REDUCED SHIPPING CHARGES, SEE PAGE 83



## PHOTOGRAPHER'S TRIPOD LAMP

A. Inspired by classic Hollywood movie lighting, our tripod lamp casts a generous ambient glow. The height and angle are adjustable. Cast-metal construction with an antique-bronze finish; classic canister head with a frosted-glass diffuser. The fixed base is made of espresso-stained hardwood with metal foot caps. 75W; full-range dimmer switch. UL-listed. 23 x 20.5 x 52" h; extends to 73" h. See page 111 for additional pieces in the Photographer's Lighting Collection. •08-7048870
**$299** Catalog/Internet Only



## PB BASIC GRAND SOFA WITH BRUSHED CANVAS SLIPCOVER

🔵 **QUICK 1-3 WEEK DELIVERY!**

B. We took our PB Basic Sofa and added 2" to the height, 6" to the depth and 12" to the width to create this exceptionally versatile and comfortable sofa. Slipcovers are made of our soft, textural brushed cotton canvas and remove for easy care. We offer this collection in 46 color and fabric options. See page 84–91 for details. Walnut ● (shown), Natural ●, Honey ●, Stone, Cardinal Red ●, Pewter or Harbor Blue ●. •74-6288484 **$2,099** ($80) 🔵

## TEXTURED PILLOW COVER  **FREE SHIPPING!**

C. Oversized strands of pure linen give our pillow its irresistible texture. A faux-horn button finishes the envelope closure. Knife edge. Dry-clean. 18" sq. Imported. Ivory, Almond, Cherry Red, Harbor Blue, Pewter or Sundrop. •08-8538407 **$25**
Feather-and-Down Insert, 18" sq. •08-1619063 **$12**

Benjamin Moore 2140-50                    Grayhorse

To request a fan deck featuring Pottery Barn's favorite Benjamin Moore® paint colors for the season, see page 99.

## CHLOE OCCASIONAL TABLES

D–F. With rounded corners and gently flared legs for a graceful silhouette, this hardwood collection is an exceptional value. The tables are stained a rich mahogany and sealed with a protective lacquer. The side table is a compact circle, the coffee table is rectangular, and the console has a straight back to meet the wall squarely. •08-4282828 Catalog/Internet Only
D. Side Table, 19" diam., 24" h. $249 **$199** ($20)
E. Coffee Table, 52 x 22 x 18" h. $349 **$299** ($40)
F. Console, 47 x 16 x 30" h. **$349** ($40)

## GABRIELLE RUG

G. Eighteenth-century Persian designs inspired our versatile rug. It features stylized flowers and leaves against a warm almond ground framed by a border in redwood, willow green, blue and butterscotch. Expertly hand tufted of pure wool then washed for softness and luster. Imported. Use with our Premium Rug Pad (page 97). •08-7967193 Catalog/Internet Only

3 x 5' **$179**              2.5 x 9' **$229**
5 x 8' **$429**              8 x 10' **$649** ($25)
9 x 12' **$849** ($25)       10 x 14' **$1,149** ($50)





**EXHIBIT D**

Case 4:08-cv-01597-CW     Document 1-2     Filed 03/24/2008     Page 21 of 54





Case 4:08-cv-01597-CW    Document 1-2    Filed 03/24/2008    Page 23 of 54



Case 4:08-cv-01597-CW    Document 1-2    Filed 03/24/2008    Page 24 of 54



# EXHIBIT E





View Cart | My Account/Order Status | Help

# replacementslipcovers.com

(Your shopping cart is empty)

**Search**

Go

**Navigation**

- Home
- Replacement Cushions
- Pottery Barn®
- Mitchell Gold & Bob Williams®
- Rowe Styles
- Crate & Barrel®
- Restoration Hardware®
- Storehouse
- Rachel Ashwell/Shabby Chic
- JJ Hyde Company
- Warranty Information

**Our Other Places**

Fabric Options & Colors
JJ Hyde Company
HospitalityCovers.Com
NC Furniture Factory

Today's Deal!

**Alexa SALE Save 10% On All Alexa Slipcovers! Discount applied in Checkout**

**Join our mailing list!**

Join Now

Home > Pottery Barn® > Basic >

## Slipcover for a Basic Sofa

Email a Friend

**List Price:** $869.00
**Our Price:** **$519.00**
***You Save $350.00!***

**Special Instructions:** Dry Clean Only

*Product Code: PBBAS-1*

Choose your options...

**choose a color**

color: Wash & Wear Army

Add to cart | Add to Wish List

**Description**

Custom sewn Slipcover for Pottery Barn's most popular sofa, the Basic.

**Related Products...**

**Slipcover for a Basic Loveseat in Stripe or Herringbone Twill.**
**Our Price: $529.00**
Add

**Slipcover for a Basic Ottoman in Stripe or Herringbone Twill**
**Our Price: $249.00**
Add

**Slipcover for a Basic Chair in Stripe or Herringbone twill**
**Our Price: $449.00**
Add

**Slipcover for a Basic Chair**
**Our Price: $399.00**
Add

**World's Best T-Shirt**
**Our Price: $589.00**
Add

Share your knowledge of this product with other customers... Be the first to write a review.

**Browse for more products in the same category as this item:**

Pottery Barn® > Basic
Pottery Barn®

My Recent History

- Slipcover for a Basic Sofa **$519.00**                          CLEAR
- Slipcover to fit a 96" PB Charleston Sofa **$549.00**           CLEAR
- Slipcovers to fit a PB Basic Grand Chair **$429.00**           CLEAR
- Slipcovers to fit a PB Basic Grand Sofa **$579.00**            CLEAR
- Slipcovers for Basic Sectional Pieces                          CLEAR
- Slipcover for a Basic Ottoman **$199.00**                       CLEAR
- Slipcover for a Basic Chair **$399.00**                         CLEAR

**Turn History Off**                                             **CLEAR ALL**

About Us   |   Become an Affiliate   |   Privacy Policy   |   Send Us Feedback   |   Bookmark Us

Company Info   |   Terms of Use   |   Product Index   |   Category Index   |   Help

Copyright © 2007   replacementslipcovers.com. All Rights Reserved.

eCommerce by Volusion





View Cart | My Account/Order Status | Help

# replacementslipcovers.com

(Your shopping cart is empty)

**Search**

Go

**Navigation**

- Home
- Replacement Cushions
- Pottery Barn®
- Mitchell Gold & Bob Williams®
- Rowe Styles
- Crate & Barrel®
- Restoration Hardware®
- Storehouse
- Rachel Ashwell/Shabby Chic
- JJ Hyde Company
- Warranty Information

**Our Other Places**

Fabric Options & Colors
JJ Hyde Company
HospitalityCovers.Com
NC Furniture Factory

Today's Deal!

**Alexa**

**SALE**

**Save**

**10%**

**On All Alexa Slipcovers!**

**Discount applied in Checkout**

**Join our mailing list!**

Join Now

Home > Pottery Barn® >

## Slipcover for a Basic Chair

Email a Friend

**List Price:** $599.00
**Our Price: $399.00**
***You Save $200.00!***

*Product Code: PBBAS-2*

Choose your options...

**choose a color**

color: Wash & Wear Army

Add to cart

Add to Wish List

**Description**

Custom Sewn, fitted, Slipcover to fit the Basic Chair made for Pottery Barn by Mitchell Gold & Bob Williams. A selection of Fabrics available

**Features**

- Custom cut and sewn

**Related Products...**

**Slipcover to fit a PB Square Chair**
**Our Price: $399.00**
Add

**Slipcover for a PB Charleston Loveseat**
**Our Price: $469.00**
Add

**Slipcovers for Basic Sectional Pieces**
**Our Price:**
Add

**Slipcover for PB Square sleeper Sofa**
**Our Price: $539.00**
Add

**Slipcover to fit a 96" PB Charleston Sofa**
**Our Price: $549.00**
Add

Share your knowledge of this product with other customers... Be the first to write a review.

**Browse for more products in the same category as this item:**
Pottery Barn®
Pottery Barn® > Basic

Slipcover for a Basic Chair **$399.00**                                          CLEAR
Slipcover for a Basic Sofa **$519.00**                                           CLEAR
Slipcover to fit a 96" PB Charleston Sofa **$549.00**                            CLEAR
Slipcovers to fit a PB Basic Grand Chair **$429.00**                             CLEAR
Slipcovers to fit a PB Basic Grand Sofa **$579.00**                              CLEAR
Slipcovers for Basic Sectional Pieces                                            CLEAR
Slipcover for a Basic Ottoman **$199.00**                                        CLEAR

Turn History Off                                                                 CLEAR ALL

About Us  |  Become an Affiliate  |  Privacy Policy  |  Send Us Feedback  |  Bookmark Us

Company Info  |  Terms of Use  |  Product Index  |  Category Index  |  Help

Copyright © 2007  replacementslipcovers.com. All Rights Reserved.

eCommerce by Volusion





View Cart | My Account/Order Status | Help

# replacementslipcovers.com

(Your shopping cart is empty)

**Search**

Go

**Navigation**

- Home
- Replacement Cushions
- Pottery Barn®
- Mitchell Gold & Bob Williams®
- Rowe Styles
- Crate & Barrel®
- Restoration Hardware®
- Storehouse
- Rachel Ashwell/Shabby Chic
- JJ Hyde Company
- Warranty Information

**Our Other Places**

- Fabric Options & Colors
- JJ Hyde Company
- HospitalityCovers.Com
- NC Furniture Factory

Today's Deal!

**Alexa SALE Save 10% On All Alexa Slipcovers! Discount applied in Checkout**

**Join our mailing list!**

Join Now

Home > Pottery Barn® >

## Slipcover for a Basic Ottoman

Email a Friend

**List Price:** $399.00
**Our Price:** **$199.00**
***You Save $200.00!***

*Product Code: PBBAS-3*

Choose your options...

### choose a color

color: Wash & Wear Army

Add to cart | Add to Wish List

**Description**

Custom fitted slipcover for Pottery Barn Basic Ottoman manufactured by Mitchel Gold & Bob Williams and sold by Pottery Barn. Many Fabrics available.

**Related Products...**

**Slipcover to fit PB Square Loveseat**
**Our Price: $429.00**
Add

**Slipcover to fit a PB Square Ottoman**
**Our Price: $199.00**
Add

**Slipcovers to fit a PB Basic Grand Chair**
**Our Price: $429.00**
Add

**Slipcover to fit a 84" PB Charleston Sofa**
**Our Price: $509.00**
Add

**Slipcover to fit a PB Square Chair**
**Our Price: $399.00**
Add

Share your knowledge of this product with other customers... Be the first to write a review.

**Browse for more products in the same category as this item:**

Pottery Barn®
Pottery Barn® > Basic

My Recent History

○ Slipcover for a Basic Ottoman **$199.00**                          CLEAR

○ Slipcover for a Basic Chair **$399.00**                            CLEAR

○ Slipcover for a Basic Sofa **$519.00**                             CLEAR

○ Slipcover to fit a 96" PB Charleston Sofa **$549.00**              CLEAR

○ Slipcovers to fit a PB Basic Grand Chair **$429.00**              CLEAR

○ Slipcovers to fit a PB Basic Grand Sofa **$579.00**               CLEAR

○ Slipcovers for Basic Sectional Pieces                              CLEAR

Turn History Off                                                     CLEAR ALL

About Us  |  Become an Affiliate  |  Privacy Policy  |  Send Us Feedback  |  Bookmark Us

Company Info  |  Terms of Use  |  Product Index  |  Category Index  |  Help

Copyright © 2007  replacementslipcovers.com. All Rights Reserved.

eCommerce by Volusion





View Cart | My Account/Order Status | Help

# replacementslipcovers.com

(Your shopping cart is empty)

**Search**

Go

**Navigation**

- Home
- Replacement Cushions
- Pottery Barn®
- Mitchell Gold & Bob Williams®
- Rowe Styles
- Crate & Barrel®
- Restoration Hardware®
- Storehouse
- Rachel Ashwell/Shabby Chi
- JJ Hyde Company
- Warranty Information

**Our Other Places**

Fabric Options & Colors
JJ Hyde Company
HospitalityCovers.Com
NC Furniture Factory

**Today's Deal!**

**Alexa**

**SALE**

**Save**

**10%**

**On All Alexa Slipcovers!**

**Discount applied in Checkout**

**Join our mailing list!**

Join Now

Home > Pottery Barn® >

## Slipcovers for Basic Sectional Pieces

Email a Friend

**Our Price:**

*Product Code: PBBAS-5*

Add to cart

Add to Wish List

**Description**

We will be offering slipcovers for Pottery Barn Sectional pieces by Mitchel Gold as demand dictates. Ask for Price! Email your configuration to sales@replacementslipcovers.com

**Related Products...**

**Slipcovers to fit a PB Basic Grand Ottoman**
**Our Price: $229.00**
Add

**Slipcovers to fit a PB Basic Grand Sofa**
**Our Price: $579.00**
Add

**Slipcover for a Charleston Ottoman in Stripe or Herringbone Twill**
**Our Price: $269.00**
Add

**Slipcover to fit a 96" PB Charleston Sofa**
**Our Price: $549.00**
Add

**Slipcover for a Basic Loveseat **
**Our Price: $469.00**
Add

Share your knowledge of this product with other customers... Be the first to write a review.

**Browse for more products in the same category as this item:**

Pottery Barn®
Pottery Barn® > Basic
Pottery Barn® > Basic Grand
Pottery Barn® > Square
Pottery Barn® > Square Grand

My Recent History

| | |
|---|---|
| Slipcovers for Basic Sectional Pieces | CLEAR |
| Slipcover for a Basic Ottoman **$199.00** | CLEAR |
| Slipcover for a Basic Chair **$399.00** | CLEAR |
| Slipcover for a Basic Sofa **$519.00** | CLEAR |
| Slipcover to fit a 96" PB Charleston Sofa **$549.00** | CLEAR |
| Slipcovers to fit a PB Basic Grand Chair **$429.00** | CLEAR |
| Slipcovers to fit a PB Basic Grand Sofa **$579.00** | CLEAR |
| Turn History Off | CLEAR ALL |

About Us | Become an Affiliate | Privacy Policy | Send Us Feedback | Bookmark Us

Company Info | Terms of Use | Product Index | Category Index | Help

Copyright © 2007 replacementslipcovers.com. All Rights Reserved.

eCommerce by Volusion

View Cart  |  My Account/Order Status  |  Help

# replacementslipcovers.com

(Your shopping cart is empty)

**Search**

[                    ] Go

**Navigation**

▷ **Home**
▷ **Replacement Cushions**
▷ **Pottery Barn®**
▷ **Mitchell Gold & Bob Williams®**
▷ **Rowe Styles**
▷ **Crate & Barrel®**
▷ **Restoration Hardware®**
▷ **Storehouse**
▷ **Rachel Ashwell/Shabby Chic**
▷ **JJ Hyde Company**
▷ **Warranty Information**

**Our Other Places**

Fabric Options & Colors
JJ Hyde Company
HospitalityCovers.Com
NC Furniture Factory

**Today's Deal!**

# Alexa

## SALE
## Save

# 10%

## On All Alexa Slipcovers!

**Discount applied in Checkout**

**Join our mailing list!**

[                    ]

[Join Now]



Home > Pottery Barn® >

## Slipcovers to fit a PB Basic Grand Sofa

List Price: $999.00
Our Price: **$579.00**
*You Save $420.00!*

Product Code: PBGND-1

Choose your options...

## choose a color

color: (?) | Wash & Wear Army              |

[Add to cart ➤]   ⭐ Add to Wish List

**Description**

Custom Sewn, Fitted, Slipcover for Pottery barn Basic Grand Sofa by Mitchell Gold & Bob Williams

**Related Products...**

**Slipcover for a PB Charleston Queen SLEEPER Sofa**
Our Price: **$579.00**
Add ☐

**Slipcover for PB Square sleeper Sofa**
Our Price: **$539.00**
Add ☐

**Slipcovers to fit a Basic Grand Loveseat**
Our Price: **$499.00**
Add ☐

**Slipcover for a Basic Chair in Stripe or Herringbone twill**
Our Price: **$449.00**
Add ☐

**Slipcover to fit PB Square Loveseat**
Our Price: **$429.00**
Add ☐

Share your knowledge of this product with other customers... Be the first to write a review.

**Browse for more products in the same category as this item:**

Pottery Barn®
Pottery Barn® > Basic Grand



| | |
|---|---|
| Slipcovers to fit a PB Basic Grand Sofa **$579.00** | CLEAR |
| Slipcovers for Basic Sectional Pieces | CLEAR |
| Slipcover for a Basic Ottoman **$199.00** | CLEAR |
| Slipcover for a Basic Chair **$399.00** | CLEAR |
| Slipcover for a Basic Sofa **$519.00** | CLEAR |
| Slipcover to fit a 96" PB Charleston Sofa **$549.00** | CLEAR |
| Slipcovers to fit a PB Basic Grand Chair **$429.00** | CLEAR |
| Turn History Off | CLEAR ALL |

About Us  |  Become an Affiliate  |  Privacy Policy  |  Send Us Feedback  |  Bookmark Us

Company Info  |  Terms of Use  |  Product Index  |  Category Index  |  Help

Copyright © 2007  replacementslipcovers.com. All Rights Reserved.

eCommerce by Volusion



View Cart | My Account/Order Status | Help

# replacementslipcovers.com

(Your shopping cart is empty)

**Search**

[ ] Go

**Navigation**

▷ Home
▷ Replacement Cushions
▷ Pottery Barn®
▷ Mitchell Gold & Bob Williams®
▷ Rowe Styles
▷ Crate & Barrel®
▷ Restoration Hardware®
▷ Storehouse
▷ Rachel Ashwell/Shabby Chic
▷ JJ Hyde Company
▷ Warranty Information

**Our Other Places**

Fabric Options & Colors
JJ Hyde Company
HospitalityCovers.Com
NC Furniture Factory

Today's Deal!

# Alexa

SALE
Save

# 10%

On All Alexa Slipcovers!
Discount applied in Checkout

**Join our mailing list!**

[ ]
Join Now

Home > Pottery Barn® >

## Slipcovers to fit a PB Basic Grand Chair

**List Price:** $649.00
**Our Price:** **$429.00**
*You Save $220.00!*

*Product Code: PBGND-2*

Choose your options...

## choose a color

color: (?) | Wash & Wear Army |

Email a Friend

Add to cart ▶    ⭐ Add to Wish List

**Description**

Custom Sewn, Fitted, Slipcover for Pottery barn Basic Grand Arm Chair by Mitchell Gold & Bob Williams

**Related Products...**
Slipcover to fit a 96" PB Charleston Sofa
Our Price: **$549.00**
Add [ ]

Slipcovers to fit a Basic Grand Loveseat
Our Price: **$499.00**
Add [ ]

Slipcover for a Basic Ottoman
Our Price: **$199.00**
Add [ ]

Slipcover to fit a PB Square Ottoman
Our Price: **$199.00**
Add [ ]

Slipcovers to fit a PB Basic Grand Ottoman
Our Price: **$229.00**
Add [ ]

Share your knowledge of this product with other customers... Be the first to write a review.

**Browse for more products in the same category as this item:**
Pottery Barn®



Pottery Barn® > Basic Grand

*My Recent History*

Slipcovers to fit a PB Basic Grand Chair **$429.00**                    CLEAR

Slipcovers to fit a PB Basic Grand Sofa **$579.00**                    CLEAR

Slipcovers for Basic Sectional Pieces                                   CLEAR

Slipcover for a Basic Ottoman **$199.00**                               CLEAR

Slipcover for a Basic Chair **$399.00**                                 CLEAR

Slipcover for a Basic Sofa **$519.00**                                  CLEAR

Slipcover to fit a 96" PB Charleston Sofa **$549.00**                   CLEAR

Turn History Off                                                        CLEAR ALL

About Us    |    Become an Affiliate    |    Privacy Policy    |    Send Us Feedback    |    Bookmark Us

Company Info    |    Terms of Use    |    Product Index    |    Category Index    |    Help

Copyright © 2007   replacementslipcovers.com. All Rights Reserved.

eCommerce by Volusion

View Cart | My Account/Order Status | Help

# replacementslipcovers.com

(Your shopping cart is empty)

**Search**

[ ] Go

**Navigation**

▷ Home
▷ Replacement Cushions
▷ Pottery Barn®
▷ Mitchell Gold & Bob Williams®
▷ Rowe Styles
▷ Crate & Barrel®
▷ Restoration Hardware®
▷ Storehouse
▷ Rachel Ashwell/Shabby Chic
▷ JJ Hyde Company
▷ Warranty Information

**Our Other Places**

Fabric Options & Colors
JJ Hyde Company
HospitalityCovers.Com
NC Furniture Factory

Today's Deal!

# Alexa

## SALE
## Save

# 10%

## On All Alexa Slipcovers!

**Discount applied in Checkout**

**Join our mailing list!**

[ ]

Join Now



Home > Pottery Barn® >

## Slipcover to fit a 96" PB Charleston Sofa

**List Price:** $869.00
**Our Price:** $549.00
*You Save $320.00!*

Product Code: PBCHAR-1

Choose your options...

choose a color

color: (?) Wash & Wear Army

Add to cart ▶　⭐ Add to Wish List

**Description**

Slipcover for an elegant 96" PB charleston Sofa.

**Related Products...**
**World's Best T-Shirt**
Our Price: $519.00
Add [ ]

**Slipcover to fit a 96" PB Charleston Sofa in Stripe or Herringbone Twill**
Our Price: $659.00
Add [ ]

**Slipcover to fit a 89" PB Charleston Sofa**
Our Price: $529.00
Add [ ]

**Slipcover for a Basic Ottoman**
Our Price: $199.00
Add [ ]

**Slipcover for a Basic Chair in Stripe or Herringbone Twill**
Our Price: $449.00
Add [ ]

Share your knowledge of this product with other customers... Be the first to write a review.

Browse for more products in the same category as this item:

Pottery Barn®
Pottery Barn® > Charleston

## My Recent History

| | | |
|---|---|---|
| Slipcover to fit a 96" PB Charleston Sofa **$549.00** | | CLEAR |
| Slipcovers to fit a PB Basic Grand Chair **$429.00** | | CLEAR |
| Slipcovers to fit a PB Basic Grand Sofa **$579.00** | | CLEAR |
| Slipcovers for Basic Sectional Pieces | | CLEAR |
| Slipcover for a Basic Ottoman **$199.00** | | CLEAR |
| Slipcover for a Basic Chair **$399.00** | | CLEAR |
| Slipcover for a Basic Sofa **$519.00** | | CLEAR |

**Turn History Off**    **CLEAR ALL**

About Us  |  Become an Affiliate  |  Privacy Policy  |  Send Us Feedback  |  Bookmark Us

Company Info  |  Terms of Use  |  Product Index  |  Category Index  |  Help

Copyright © 2007  replacementslipcovers.com. All Rights Reserved.

eCommerce by Volusion

# EXHIBIT F

```
<html>
<head>
<title>Pottery Barn furniture slipcovers</title>
<meta name="description" content="Custom slipcovers for Pottery Barn furniture, sofas, chairs, loveseats, ottomans.">
<meta name="keywords" content="Custom Slipcovers, PB Basic slipcovers, Pottery Barn Slipcovers, Basic Grand Slipcovers, PB slipcovers, Sofa Slipcovers, sl
<meta name="robots" content="index,follow">
<meta name="GOOGLEBOT" content="INDEX, FOLLOW">

<script type="text/javascript" src="/a/j/javascripts.js"></script>


<!--
DYNAMIC PAGE-SPECIFIC META TAGS WILL BE PLACED HERE
DO NOT ADD YOUR OWN META TAGS
ONLY PUT CSS/JAVSCRIPT INCLUDES IN YOUR HEAD TAG
-->
<link href="/v/vspfiles/templates/90/css/Imports.css" rel="stylesheet" type="text/css">

<style type="text/css">
<!--
@import url(/v/vspfiles/templates/90/images/../assets/styles/template.css);
-->
.header_background{
    background:url(/v/vspfiles/templates/90/images/Template/header_bg.gif) no-repeat left top;
}
</style>
<!--[if lt IE 7.]>
<script defer type="text/javascript" src="/v/vspfiles/V4_Backup/pngfix.js"></script>
<![endif]-->

</head>
<body>
<div id="header" class="bgcolor1 header_background colors_background1 colors_background1_text">

        <h1><a href="http://www.replacementslipcovers.com/">replacementslipcovers.com</a></h1>

        <div id="header_nav">
                <ul>
                        <li><a href="http://www.replacementslipcovers.com/shoppingcart.asp">View Cart</a></li>
                        <li><a href="http://www.replacementslipcovers.com/myaccount.asp">My Account/Order Status</a></li>
                        <li class="last"><a href="/help.asp">Help</a></li>
                </ul>
        </div>

        <div id="shopping_cart_summary">
                <div id="display_cart_summary"><div class="cartsummary_empty">(Your shopping cart is empty)</div></div>
        </div>


</div>
<div id="content" class="clearfix">
        <table border="0" cellspacing="0" cellpadding="0">
                <tr>
                        <td id="nav_menu" class="bgcolor2 colors_background2 colors_background2_text" valign="top">
                        <div id="search_section">
                                <h3>Search</h3>
                                <form name="form1" method="get" action="/SearchResults.asp">
                                        <input id="search_field" type="text" name="Search" value="">
                                        <input id="search_button" type="image" border="0" name="Search" src="/v/vspfiles/templates/90/images/Template/sear
                                </form>
                        </div>

                        <div id="first_nav" class="nav_section">
                                <h3>Navigation</h3>
                                <ul>
                                        <div id="display_menu_1"><script type="text/javascript" src="/a/j/milonic/milonic_src.js"></script>
<script type="text/javascript">
if(ns4)_d.write("<scr"+"ipt src=/a/j/milonic/mmenus4.js></scr"+"ipt>");
  else _d.write("<scr"+"ipt src=/a/j/milonic/mmenudom.js></scr"+"ipt>");
</script>
<script type="text/javascript" src="/v/vspfiles/templates/90/Menu_Popout_Styles.js"></script>
<script type="text/javascript" src="/v/vspfiles/templates/90/Menu_Popout_Data.js"></script>

<script type="text/javascript">var breadCrumb="|1|";</script>
<script type="text/javascript">display_menu_1();</script>
</div>

                                </ul>
                        </div>
                        <div id="second_nav" class="nav_section">
                                <h3>Our Other Places</h3>
                                <ul>
<script type="text/javascript">var breadCrumb="|1|";</script>
<li style="margin-left:5px;"><a href="http://www.replacementslipcovers.com/category_s/39.htm" title="">Fabric Options & Colors</a></li><li style="margin-l
                                </ul>
                        </div>

                        <div id="navigation_menus">
                                <div id="display_promotions_99999"><DIV style="BACKGROUND-COLOR: #ffffff; TEXT-ALIGN: center">
<TABLE cellSpacing=0 cellPadding=0 width=155 border=0>
<TBODY>
<TR>
<TD class="navtitle colors_menutitle colors_menutitletext" align=right width=155 height=22>
<P align=center><SPAN style="FONT-SIZE: 18pt"> Today's Deal!</SPAN></P></TD></TR>
<TR>
<TD width=155>
<DIV align=center>
<TABLE cellSpacing=0 cellPadding=2 width=100% align=center border=0>
<TBODY>
<TR>
<TD class="NavSpecials colors_background1_text" align=middle bgColor=#cc0000>
<DIV><SPAN class=colors_background1_text style="FONT-SIZE: 24pt; COLOR: #000000; BACKGROUND-COLOR: #ffffe0"><SPAN class=colors_background1_text style="COL/
<DIV><SPAN style="FONT-SIZE: 24pt; COLOR: #000000; BACKGROUND-COLOR: #ffffe0"><SPAN style="COLOR: #000000; BACKGROUND-COLOR: #ffffe0"><SPAN style="FONT-SI
<DIV style="BACKGROUND-COLOR: #ffffe0"><SPAN style="FONT-SIZE: 24pt; COLOR: #000000; BACKGROUND-COLOR: #ffffe0"><SPAN style="COLOR: #000000; BACKGROUND-CO
<DIV><SPAN style="FONT-SIZE: 36pt; COLOR: #000000; BACKGROUND-COLOR: #ffffe0">10% </SPAN></DIV>
<DIV><SPAN style="FONT-SIZE: 18pt; COLOR: #000000; BACKGROUND-COLOR: #ffffe0">On All</SPAN></DIV>
<DIV><SPAN style="FONT-SIZE: 36pt; COLOR: #000000; BACKGROUND-COLOR: #ffffe0"><SPAN style="FONT-SIZE: 18pt; COLOR: #000000; BACKGROUND-COLOR: #ffffe0">Ale
```

```
<DIV><SPAN style="FONT-SIZE: 36pt; COLOR: #000000; BACKGROUND-COLOR: #ffffe0"><SPAN style="FONT-SIZE: 18pt; COLOR: #000000; BACKGROUND-COLOR: #ffffe0">Sli
<DIV><SPAN style="FONT-SIZE: 12pt; COLOR: #000000; BACKGROUND-COLOR: #ffffe0">Discount applied in Checkout</SPAN></DIV></TD></TR></TBODY></TABLE></DIV></T
<form name="MailingList" method="post" action="/MailingList_subscribe.asp">

<b><font color="FFFFFF">Join our mailing list!</font></b><BR>

<input type="text" style="font-size:11px;" name="emailaddress" size="19" maxlength="50">

<center>
<input type="submit" name="Submit" value="Join Now">
</center>

</form>
<BR><BR><img src="/v/vspfiles/templates/90/images/logos/cc_logo3.gif" border=0><BR><style type="text/css">#volusion_ssl_seal { behavior: url(/a/iepngfix.h
                    </div>

        </td>


<!--[if IE]>
<td id="main_content" valign="top" style="padding-left: 5px">
<![endif]-->
<!--[if IE]><![if !IE]><![endif]-->
<td id="main_content" valign="top">
<!--[if IE]><![endif]><![endif]-->


            <div id="top_nav">
                    <ul>
                        <div id="display_menu_3"></div>
                    </ul>
            </div>



<script type="text/javascript">
document.getElementById('search_field').value = QueryString('Search');
</script>

<div id="content_area">
    <table width="100%" border="0" cellspacing="0" cellpadding="0">
        <tr>
            <td>
                <table width="100%" border="0" cellspacing="0" cellpadding="5">
                    <tr>
                        <td><b>

                    You are here:

                                        <a href="www.replacementslipcovers.com">Home</a>

                                > <a href="http://www.replacementslipcovers.com/Pottery_Barn_Slipcovers_s/1.htm" title="Pottery
                    Pottery Barn®</a>

            </b></td>
                    </tr>
                </table>
            </td>
        </tr>


        <tr>
            <td class="colors_lines_light"><img src="/v/vspfiles/templates/90/images/clear1x1.gif" width="1" height="1"></td>
        </tr>

        <tr>
            <td>
        <table width="100%" border="0" cellspacing="0" cellpadding="0" class="colors_searchrefinement">
        <tr>
            <td>
                <table width="100%" border="0" cellspacing="1" cellpadding="5">
                    <tr>
                        <td>
                                <form name="RefineSearchForm" action="/SearchResults.asp" method="get">
                                <input type="hidden" name="cat" value="1" />
                                <font size=2><b>

                                </b></font>

                                <input type="hidden" name="Search" value="">
                                </form>
                                </td>
                    </tr>
                </table>
            </td>
        </tr>
        </table>
            </td>
        </tr>


        <tr>
            <td class="colors_backgroundneutral">
                <table width="215" border="0" cellspacing="0" cellpadding="0" class="colors_backgroundlight">
                    <tr>

                    <td width="195"><img src="/v/vspfiles/templates/90/images/clear1x1.gif" width="15" height="15" align="absmiddle" border=0><font face='Aria
                    a sub category:</b></font></td>

                    <td align="right" width="20"><img src="/v/vspfiles/templates/90/images/SearchResults_SubCat_Angle.gif"></td>
                    </tr>
                    <tr>
                    <td class="colors_lines_light" height="1"><img src="/v/vspfiles/templates/90/images/clear1x1.gif" width="1" height="1"></td>
                    <td height="1" class="colors_backgroundneutral"><img src="/v/vspfiles/templates/90/images/clear1x1.gif" width="1" height="1"></td>
                    </tr>
                </table>
                <table width="100%" border="0" cellspacing="0" cellpadding="5">
                    <tr>
                        <td>
                            <table width="100%">

                            <tr>
```

```
                                        <td width="33%">
                                        <img src="/v/vspfiles/templates/90/images/Bullet_SubCategory.gif" align="absmiddle">
                                        <font face='Arial' size='2'><b>

                                                <a href="http://www.replacementslipcovers.com/category_s/67.htm" title="">
Lullaby Rocker</a>

                                        </b></font></td>

                                        <td width="33%">
                                        <img src="/v/vspfiles/templates/90/images/Bullet_SubCategory.gif" align="absmiddle">
                                        <font face='Arial' size='2'><b>

                                                <a href="http://www.replacementslipcovers.com/category_s/65.htm" title="">
Basic Sectionals</a>

                                        </b></font></td>

                                        <td width="33%">
                                        <img src="/v/vspfiles/templates/90/images/Bullet_SubCategory.gif" align="absmiddle">
                                        <font face='Arial' size='2'><b>

                                                <a href="http://www.replacementslipcovers.com/category_s/20.htm" title="">
Basic</a>

                                        </b></font></td>

                                        </tr>

                        <tr>

                                        <td width="33%">
                                        <img src="/v/vspfiles/templates/90/images/Bullet_SubCategory.gif" align="absmiddle">
                                        <font face='Arial' size='2'><b>

                                                <a href="http://www.replacementslipcovers.com/category_s/21.htm" title="">
Basic Grand</a>

                                        </b></font></td>

                                        <td width="33%">
                                        <img src="/v/vspfiles/templates/90/images/Bullet_SubCategory.gif" align="absmiddle">
                                        <font face='Arial' size='2'><b>

                                                <a href="http://www.replacementslipcovers.com/category_s/24.htm" title="">
Charleston</a>

                                        </b></font></td>

                                        <td width="33%">
                                        <img src="/v/vspfiles/templates/90/images/Bullet_SubCategory.gif" align="absmiddle">
                                        <font face='Arial' size='2'><b>

                                                <a href="http://www.replacementslipcovers.com/category_s/23.htm" title="">
Square</a>

                                        </b></font></td>

                                        </tr>

                        <tr>

                                        <td width="33%">
                                        <img src="/v/vspfiles/templates/90/images/Bullet_SubCategory.gif" align="absmiddle">
                                        <font face='Arial' size='2'><b>

                                                <a href="http://www.replacementslipcovers.com/category_s/63.htm" title="">
Westport Sectional</a>

                                        </b></font></td>

                                        <td width="33%">
                                        <img src="/v/vspfiles/templates/90/images/Bullet_SubCategory.gif" align="absmiddle">
                                        <font face='Arial' size='2'><b>

                                                <a href="http://www.replacementslipcovers.com/category_s/22.htm" title="">
Square  Grand</a>

                                        </b></font></td>

                                        <td width="33%"></td>

                                        </tr>

                                        </table>
                                        </td>
                                </tr>
                                </table>
                                </td>
                        </tr>
                        <tr>
                                <td><img src="/v/vspfiles/templates/90/images/clear1x1.gif" width="1" height="1"></td>
                        </tr>

                </table>


<table width="100%" cellpadding="0" cellspacing="0" border="0">
                <tr>
                        <td>
<table width="100%" border=0 cellpadding=0 cellspacing=0>
<tr>
<td>
<table width="100%" border="0" cellspacing="10" cellpadding="10">
<tr>
<td>
<SPAN style="FONT-SIZE: 14pt; COLOR: #696969">We will be adding more of Pottery Barn's Mitchell Gold &amp; Bob Williams styles as our customers wish and a
</td>
</tr>
</table>
</td>
</tr>
</table>

                        <form method="POST" name="MainForm" id="MainForm" action="/SearchResults.asp">
                                <input type="hidden" name="Search" value="">
```

```
                              <input type="hidden" name="Cat" value="1">


 <table width="100%" border="0" cellspacing="0" cellpadding="4">
   <tr>
        <td>
           <table cellpadding="3" cellspacing="0" width="100%">
             <tr>
               <td valign="bottom" rowspan="2">
                            <table width="250" border="0" cellspacing="0" cellpadding="0">
                    <tr>
                      <td width="2" valign="middle"><img src="/v/vspfiles/templates/90/images/clear1x1.gif" width="2" height="1" align="absmiddle"></td>
                      <td width="180" valign="middle"><nobr>
                        <div id="jmenuhide">
                        <b>Sort By:</b>
                        <select name="SortBy">
                          <option value="PriceLow"  > Price:
                          Low to High</option>
                          <option value="PriceHigh"  > Price:
                          High to Low</option>
                          <option value="Popularity" Selected > Most
                          Popular</option>
                          <option value="Title"  > Title</option>
                          <option value="Manufacturer"  > Manufacturer</option>
                          <option value="Newest"  > Newest</option>
                          <option value="Oldest"  > Oldest</option>
                        </select></div>


                      </nobr> </td>
                      <td width="3" valign="middle"><img src="/v/vspfiles/templates/90/images/clear1x1.gif" width="3" height="1" align="absmiddle"></td>
                      <td width="65" valign="middle">

                       <input type="image" border="0" name="Search" src="/v/vspfiles/templates/90/images/buttons/btn_go_gray.gif">

                      </td>
                    </tr>
                  </table></td>
               <td align="right">
                              <font face='Arial' size='2'><b>

                       <select name="Config_SearchResultsRows" onchange="javascript:getElementById('Page_SR').value=1;this.form.submit()">
                                  <option Selected value="10">10 per page</option>
                                  <option  value="20">20 per page</option>
                                  <option  value="40">40 per page</option>
                                  <option  value="60">60 per page</option>
                                  <option  value="100">100 per page</option>
                       </select>
                       Page
                       <input type="text" value="1" size="3" name="Page" id="Page_SR" maxlength="4">
                       of 3  

                      </b></font></td>
                  </tr>
                  <tr>
                    <td align="right">

                       <input type="image" border="0" name="btnNextPage" src="/v/vspfiles/templates/90/images/buttons/btn_nextpage.gif" onclick="document.get

                    </td>
                  </tr>
                </table>

              <table width="100%" border="0" cellspacing="0" cellpadding="0">
                <tr>
                  <td background="/v/vspfiles/templates/90/images/Divider_Horizontal.gif"><img src="/v/vspfiles/templates/90/images/clear1x1.gif" width="5
                </tr>
              </table>
        </td>
   </tr>
 </table>

                               <table width="100%" border="0" cellspacing="0" cellpadding="8">
                                  <tr>
                                    <td>
 <table width="100%" border="0" cellspacing="0" cellpadding="5">
 <tr>
 <td>
 <table width="100%" border="0" cellspacing="0" cellpadding="0">
 <tr>
 <td rowspan="6" align="center">
 <a href="http://www.replacementslipcovers.com/World_s_Best_T_Shirt_p/pbbas-1.htm" title="">
 <img src="/v/vspfiles/photos/PBbas-1-1.jpg" border=0 alt=""></a>
 </td>
 <td rowspan="6">
 <img src="/v/vspfiles/templates/90/images/clear1x1.gif" width="5" height="5">
 </td>
 <td rowspan="6" background="/v/vspfiles/templates/90/images/Grid_Single_Divider_Vert.gif">
 <img src="/v/vspfiles/templates/90/images/clear1x1.gif" width="1" height="1">
 </td>
 <td rowspan="4" valign="top">
 <img src="/v/vspfiles/templates/90/images/clear1x1.gif" width="5" height="5">
 </td>
 <td colspan="4"><img src="/v/vspfiles/templates/90/images/clear1x1.gif" width="5" height="5"></td>
 </tr>
 <tr>
 <td valign="top" width="100%">
 <a href="http://www.replacementslipcovers.com/World_s_Best_T_Shirt_p/pbbas-1.htm" class="productnamecolor colors_productname" title="Slipcover for a Basic
 Slipcover for a Basic Sofa
 </a>
 </td>
 </tr>
 <tr>
 <td valign="top" width="100%">
 <table width="100%"cellpadding="0" cellspacing="0"><tr>
 <font class="text colors_text"><b>List Price: </b> $869.00 </font><br /><font class="text colors_text"><b>Our Price: </b></font><b><font class="pricecolor
 <a href="/ShoppingCart.asp?ProductCode=PBbas%2D1">
```

```
<img src="/v/vspfiles/templates/90/images/buttons/btn_addtocart_small.gif" ALIGN=absmiddle BORDER=0></A>
</td>
<td width="36%" align="right">
</td>
</tr></table>
</td>
</tr>
<tr>
<td valign="top" width="100%">
<img src="/v/vspfiles/templates/90/images/clear1x1.gif" width="5" height="5"><br>
<font class="text colors_text">
Available in a wide selection of fabrics and colors for Pottery Barn's best seller!
</font>
<a href="http://www.replacementslipcovers.com/World_s_Best_T_Shirt_p/pbbas-1.htm" class="smalltext colors_text">
<img src="/v/vspfiles/templates/90/images/Bullet_MoreInfo.gif" border="0"></a>
</td>
</tr>
<tr>
<td colspan="4">
<img src="/v/vspfiles/templates/90/images/clear1x1.gif" width="5" height="5">
</td>
</tr>
<tr>
<td colspan="4" background="/v/vspfiles/templates/90/images/Grid_Single_Divider_Horiz.gif"><img src="/v/vspfiles/templates/90/images/clear1x1.gif" width="
</td>
</tr>
<tr>
<td rowspan="6" align="center">
<a href="http://www.replacementslipcovers.com/product_p/pbbas-2.htm" title="">
<img src="/v/vspfiles/photos/pbbas-2-1.jpg" border=0 alt=""></a>
</td>
<td rowspan="6">
<img src="/v/vspfiles/templates/90/images/clear1x1.gif" width="5" height="5">
</td>
<td rowspan="6" background="/v/vspfiles/templates/90/images/Grid_Single_Divider_Vert.gif">
<img src="/v/vspfiles/templates/90/images/clear1x1.gif" width="1" height="1">
</td>
<td rowspan="4">
<img src="/v/vspfiles/templates/90/images/clear1x1.gif" width="5" height="5">
</td>
<td colspan="4"><img src="/v/vspfiles/templates/90/images/clear1x1.gif" width="5" height="5"></td>
</tr>
<tr>
<td valign="top" width="100%">
<a href="http://www.replacementslipcovers.com/product_p/pbbas-2.htm" class="productnamecolor colors_productname" title="Slipcover for a Basic Chair, pbbas
Slipcover for a Basic Chair
</a>
</td>
</tr>
<tr>
<td valign="top" width="100%">
<table width="100%"cellpadding="0" cellspacing="0"><tr>
<td width="64%" valign="top">
<font class="text colors_text"><b>List Price: </b> $599.00 </font><br /><font class="text colors_text"><b>Our Price: </b></font><b><font class="pricecolor
<a href="/ShoppingCart.asp?ProductCode=pbbas%2D2">
<img src="/v/vspfiles/templates/90/images/buttons/btn_addtocart_small.gif" ALIGN=absmiddle BORDER=0></A>
</td>
<td width="36%" align="right">
</td>
</tr></table>
</td>
</tr>
<tr>
<td valign="top" width="100%">
<img src="/v/vspfiles/templates/90/images/clear1x1.gif" width="5" height="5"><br>
<font class="text colors_text">
A classic style from Mitchell gold but our cover is better made with no cheap muslin insert panels.
</font>
<a href="http://www.replacementslipcovers.com/product_p/pbbas-2.htm" class="smalltext colors_text">
<img src="/v/vspfiles/templates/90/images/Bullet_MoreInfo.gif" border="0"></a>
</td>
</tr>
<tr>
<td colspan="4">
<img src="/v/vspfiles/templates/90/images/clear1x1.gif" width="5" height="5">
</td>
</tr>
<tr>
<td colspan="4" background="/v/vspfiles/templates/90/images/Grid_Single_Divider_Horiz.gif"><img src="/v/vspfiles/templates/90/images/clear1x1.gif" width="
</td>
</tr>
<tr>
<td rowspan="6" align="center">
<a href="http://www.replacementslipcovers.com/product_p/pbbas-3.htm" title="">
<img src="/v/vspfiles/photos/pbbas-3-1.jpg" border=0 alt=""></a>
</td>
<td rowspan="6">
<img src="/v/vspfiles/templates/90/images/clear1x1.gif" width="5" height="5">
</td>
<td rowspan="6" background="/v/vspfiles/templates/90/images/Grid_Single_Divider_Vert.gif">
<img src="/v/vspfiles/templates/90/images/clear1x1.gif" width="1" height="1">
</td>
<td rowspan="4">
<img src="/v/vspfiles/templates/90/images/clear1x1.gif" width="5" height="5">
</td>
<td colspan="4"><img src="/v/vspfiles/templates/90/images/clear1x1.gif" width="5" height="5"></td>
</tr>
<tr>
<td valign="top" width="100%">
<a href="http://www.replacementslipcovers.com/product_p/pbbas-3.htm" class="productnamecolor colors_productname" title="Slipcover for a Basic Ottoman, pbb
Slipcover for a Basic Ottoman
</a>
</td>
</tr>
<tr>
<td valign="top" width="100%">
<table width="100%"cellpadding="0" cellspacing="0"><tr>
<td width="64%" valign="top">
<font class="text colors_text"><b>List Price: </b> $399.00 </font><br /><font class="text colors_text"><b>Our Price: </b></font><b><font class="pricecolor
<a href="/ShoppingCart.asp?ProductCode=pbbas%2D3">
```

```
<img src="/v/vspfiles/templates/90/images/buttons/btn_addtocart_small.gif" ALIGN=absmiddle BORDER=0></A>
</td>
<td width="36%" align="right">
</td>
</tr></table>
</td>
</tr>
<tr>
<td valign="top" width="100%">
<img src="/v/vspfiles/templates/90/images/clear1x1.gif" width="5" height="5"><br>
<font class="text colors_text">
Pottery Barn's classic line, only at a better price.
</font>
<a href="http://www.replacementslipcovers.com/product_p/pbbas-3.htm" class="smalltext colors_text">
<img src="/v/vspfiles/templates/90/images/Bullet_MoreInfo.gif" border="0"></a>
</td>
</tr>
<tr>
<td colspan="4">
<img src="/v/vspfiles/templates/90/images/clear1x1.gif" width="5" height="5">
</td>
</tr>
<tr>
<td colspan="4" background="/v/vspfiles/templates/90/images/Grid_Single_Divider_Horiz.gif"><img src="/v/vspfiles/templates/90/images/clear1x1.gif" width="
</td>
<tr>
<td rowspan="6" align="center">
<a href="http://www.replacementslipcovers.com/product_p/pbbas-4.htm" title="">
<img src="/v/vspfiles/templates/90/images/nophoto.gif" border=0 alt=""></a>
</td>
<td rowspan="6">
<img src="/v/vspfiles/templates/90/images/clear1x1.gif" width="5" height="5">
</td>
<td rowspan="6" background="/v/vspfiles/templates/90/images/Grid_Single_Divider_Vert.gif">
<img src="/v/vspfiles/templates/90/images/clear1x1.gif" width="1" height="1">
</td>
<td rowspan="4">
<img src="/v/vspfiles/templates/90/images/clear1x1.gif" width="5" height="5">
</td>
<td colspan="4"><img src="/v/vspfiles/templates/90/images/clear1x1.gif" width="5" height="5"></td>
</tr>
<tr>
<td valign="top" width="100%">
<a href="http://www.replacementslipcovers.com/product_p/pbbas-4.htm" class="productnamecolor colors_productname" title="Slipcover for a Basic Loveseat \,
Slipcover for a Basic Loveseat \
</a>
</td>
</tr>
<tr>
<td valign="top" width="100%">
<table width="100%"cellpadding="0" cellspacing="0"><tr>
<td width="64%" valign="top">
<font class="text colors_text"><b>List Price: </b> $829.00 </font><br /><font class="text colors_text"><b>Our Price: </b></font><b><font class="pricecolor
<a href="/ShoppingCart.asp?ProductCode=pbbas%2D4">
<img src="/v/vspfiles/templates/90/images/buttons/btn_addtocart_small.gif" ALIGN=absmiddle BORDER=0></A>
</td>
<td width="36%" align="right">
</td>
</tr></table>
</td>
</tr>
<tr>
<td valign="top" width="100%">
<img src="/v/vspfiles/templates/90/images/clear1x1.gif" width="5" height="5"><br>
<font class="text colors_text">
Classic Style in great fabrics and colors.
</font>
<a href="http://www.replacementslipcovers.com/product_p/pbbas-4.htm" class="smalltext colors_text">
<img src="/v/vspfiles/templates/90/images/Bullet_MoreInfo.gif" border="0"></a>
</td>
</tr>
<tr>
<td colspan="4">
<img src="/v/vspfiles/templates/90/images/clear1x1.gif" width="5" height="5">
</td>
</tr>
<tr>
<td colspan="4" background="/v/vspfiles/templates/90/images/Grid_Single_Divider_Horiz.gif"><img src="/v/vspfiles/templates/90/images/clear1x1.gif" width="
</td>
<tr>
<td rowspan="6" align="center">
<a href="http://www.replacementslipcovers.com/product_p/pbbas-5.htm" title="">
<img src="/v/vspfiles/photos/pbbas-5-1.jpg" border=0 alt=""></a>
</td>
<td rowspan="6">
<img src="/v/vspfiles/templates/90/images/clear1x1.gif" width="5" height="5">
</td>
<td rowspan="6" background="/v/vspfiles/templates/90/images/Grid_Single_Divider_Vert.gif">
<img src="/v/vspfiles/templates/90/images/clear1x1.gif" width="1" height="1">
</td>
<td rowspan="4">
<img src="/v/vspfiles/templates/90/images/clear1x1.gif" width="5" height="5">
</td>
<td colspan="4"><img src="/v/vspfiles/templates/90/images/clear1x1.gif" width="5" height="5"></td>
</tr>
<tr>
<td valign="top" width="100%">
<a href="http://www.replacementslipcovers.com/product_p/pbbas-5.htm" class="productnamecolor colors_productname" title="Slipcovers for  Basic Sectional Pi
Slipcovers for  Basic Sectional Pieces
</a>
</td>
</tr>
<tr>
<td valign="top" width="100%">
<table width="100%"cellpadding="0" cellspacing="0"><tr>
<td width="64%" valign="top">
<font class="text colors_text"><b>Our Price: </b></font><b><font class="pricecolor colors_productprice"></font></b>
<a href="/ShoppingCart.asp?ProductCode=pbbas%2D5">
```

```
<img src="/v/vspfiles/templates/90/images/buttons/btn_addtocart_small.gif" ALIGN=absmiddle BORDER=0></A>
</td>
<td width="36%" align="right">
</td>
</tr></table>
</td>
</tr>
<tr>
<td valign="top" width="100%">
<img src="/v/vspfiles/templates/90/images/clear1x1.gif" width="5" height="5"><br>
<font class="text colors_text">
All pieces supported.  Please request quote.  Chaise, Armless chairs, L/R arm chairs. Loveseats, Sofas or Sleepers.
</font>
<a href="http://www.replacementslipcovers.com/product_p/pbbas-5.htm" class="smalltext colors_text">
<img src="/v/vspfiles/templates/90/images/Bullet_MoreInfo.gif" border="0"></a>
</td>
</tr>
<tr>
<td colspan="4">
<img src="/v/vspfiles/templates/90/images/clear1x1.gif" width="5" height="5">
</td>
</tr>
<tr>
<td colspan="4" background="/v/vspfiles/templates/90/images/Grid_Single_Divider_Horiz.gif"><img src="/v/vspfiles/templates/90/images/clear1x1.gif" width="
</td>
</tr>
<tr>
<td rowspan="6" align="center">
<a href="http://www.replacementslipcovers.com/product_p/pbgnd-1.htm" title="">
<img src="/v/vspfiles/photos/pbgnd-1-1.jpg" border=0 alt=""></a>
</td>
<td rowspan="6">
<img src="/v/vspfiles/templates/90/images/clear1x1.gif" width="5" height="5">
</td>
<td rowspan="6" background="/v/vspfiles/templates/90/images/Grid_Single_Divider_Vert.gif">
<img src="/v/vspfiles/templates/90/images/clear1x1.gif" width="1" height="1">
</td>
<td rowspan="4">
<img src="/v/vspfiles/templates/90/images/clear1x1.gif" width="5" height="5">
</td>
<td colspan="4"><img src="/v/vspfiles/templates/90/images/clear1x1.gif" width="5" height="5"></td>
</tr>
<tr>
<td valign="top" width="100%">
<a href="http://www.replacementslipcovers.com/product_p/pbgnd-1.htm" class="productnamecolor colors_productname" title="Slipcovers to fit a PB  Basic Gran
Slipcovers to fit a PB  Basic Grand Sofa
</a>
</td>
</tr>
<tr>
<td valign="top" width="100%">
<table width="100%"cellpadding="0" cellspacing="0"><tr>
<td width="64%" valign="top">
<font class="text colors_text"><b>List Price: </b> $999.00 </font><br /><font class="text colors_text"><b>Our Price: </b></font><b><font class="pricecolor
<a href="/ShoppingCart.asp?ProductCode=pbgnd%2D1">
<img src="/v/vspfiles/templates/90/images/buttons/btn_addtocart_small.gif" ALIGN=absmiddle BORDER=0></A>
</td>
<td width="36%" align="right">
</td>
</tr></table>
</td>
</tr>
<tr>
<td valign="top" width="100%">
<img src="/v/vspfiles/templates/90/images/clear1x1.gif" width="5" height="5"><br>
<font class="text colors_text">
Custom Sewn, Fitted, Slipcover for Pottery barn Basic Grand Sofa by Mitchell Gold & Bob Williams
</font>
<a href="http://www.replacementslipcovers.com/product_p/pbgnd-1.htm" class="smalltext colors_text">
<img src="/v/vspfiles/templates/90/images/Bullet_MoreInfo.gif" border="0"></a>
</td>
</tr>
<tr>
<td colspan="4">
<img src="/v/vspfiles/templates/90/images/clear1x1.gif" width="5" height="5">
</td>
</tr>
<tr>
<td colspan="4" background="/v/vspfiles/templates/90/images/Grid_Single_Divider_Horiz.gif"><img src="/v/vspfiles/templates/90/images/clear1x1.gif" width="
</td>
</tr>
<tr>
<td rowspan="6" align="center">
<a href="http://www.replacementslipcovers.com/product_p/pbgnd-2.htm" title="">
<img src="/v/vspfiles/photos/pbgnd-2-1.jpg" border=0 alt=""></a>
</td>
<td rowspan="6">
<img src="/v/vspfiles/templates/90/images/clear1x1.gif" width="5" height="5">
</td>
<td rowspan="6" background="/v/vspfiles/templates/90/images/Grid_Single_Divider_Vert.gif">
<img src="/v/vspfiles/templates/90/images/clear1x1.gif" width="1" height="1">
</td>
<td rowspan="4">
<img src="/v/vspfiles/templates/90/images/clear1x1.gif" width="5" height="5">
</td>
<td colspan="4"><img src="/v/vspfiles/templates/90/images/clear1x1.gif" width="5" height="5"></td>
</tr>
<tr>
<td valign="top" width="100%">
<a href="http://www.replacementslipcovers.com/product_p/pbgnd-2.htm" class="productnamecolor colors_productname" title="Slipcovers to fit a PB Basic Grand
Slipcovers to fit a PB Basic Grand Chair
</a>
</td>
</tr>
<tr>
<td valign="top" width="100%">
<table width="100%"cellpadding="0" cellspacing="0"><tr>
<td width="64%" valign="top">
<font class="text colors_text"><b>List Price: </b> $649.00 </font><br /><font class="text colors_text"><b>Our Price: </b></font><b><font class="pricecolor
<a href="/ShoppingCart.asp?ProductCode=pbgnd%2D2">
```

```
<img src="/v/vspfiles/templates/90/images/buttons/btn_addtocart_small.gif" ALIGN=absmiddle BORDER=0></A>
</td>
<td width="36%" align="right">
</td>
</tr></table>
</td>
</tr>
<tr>
<td valign="top" width="100%">
<img src="/v/vspfiles/templates/90/images/clear1x1.gif" width="5" height="5"><br>
<font class="text colors_text">
Custom Sewn, Fitted, Slipcover for Pottery barn Basic Grand Arm Chair by Mitchell Gold & Bob Williams
</font>
<a href="http://www.replacementslipcovers.com/product_p/pbgnd-2.htm" class="smalltext colors_text">
<img src="/v/vspfiles/templates/90/images/Bullet_MoreInfo.gif" border="0"></a>
</td>
</tr>
<tr>
<td colspan="4">
<img src="/v/vspfiles/templates/90/images/clear1x1.gif" width="5" height="5">
</td>
</tr>
<tr>
<td colspan="4" background="/v/vspfiles/templates/90/images/Grid_Single_Divider_Horiz.gif"><img src="/v/vspfiles/templates/90/images/clear1x1.gif" width="
</td>
</tr>
<tr>
<td rowspan="6" align="center">
<a href="http://www.replacementslipcovers.com/product_p/pbgnd-3.htm" title="">
<img src="/v/vspfiles/templates/90/images/nophoto.gif" border=0 alt=""></a>
</td>
<td rowspan="6">
<img src="/v/vspfiles/templates/90/images/clear1x1.gif" width="5" height="5">
</td>
<td rowspan="6" background="/v/vspfiles/templates/90/images/Grid_Single_Divider_Vert.gif">
<img src="/v/vspfiles/templates/90/images/clear1x1.gif" width="1" height="1">
</td>
<td rowspan="4">
<img src="/v/vspfiles/templates/90/images/clear1x1.gif" width="5" height="5">
</td>
<td colspan="4"><img src="/v/vspfiles/templates/90/images/clear1x1.gif" width="5" height="5"></td>
</tr>
<tr>
<td valign="top" width="100%">
<a href="http://www.replacementslipcovers.com/product_p/pbgnd-3.htm" class="productnamecolor colors_productname" title="Slipcovers to fit a PB Basic Grand
Slipcovers to fit a PB Basic Grand Ottoman
</a>
</td>
</tr>
<tr>
<td valign="top" width="100%">
<table width="100%" cellpadding="0" cellspacing="0"><tr>
<td width="64%" valign="top">
<font class="text colors_text"><b>List Price: </b> $399.00 </font><br /><font class="text colors_text"><b>Our Price: </b></font><b><font class="pricecolor
<a href="/ShoppingCart.asp?ProductCode=pbgnd%2D3">
<img src="/v/vspfiles/templates/90/images/buttons/btn_addtocart_small.gif" ALIGN=absmiddle BORDER=0></A>
</td>
<td width="36%" align="right">
</td>
</tr></table>
</td>
</tr>
<tr>
<td valign="top" width="100%">
<img src="/v/vspfiles/templates/90/images/clear1x1.gif" width="5" height="5"><br>
<font class="text colors_text">
Slipcover for a Pottery Barn Basic Grand Ottoman by Mitchell Gold.
</font>
<a href="http://www.replacementslipcovers.com/product_p/pbgnd-3.htm" class="smalltext colors_text">
<img src="/v/vspfiles/templates/90/images/Bullet_MoreInfo.gif" border="0"></a>
</td>
</tr>
<tr>
<td colspan="4">
<img src="/v/vspfiles/templates/90/images/clear1x1.gif" width="5" height="5">
</td>
</tr>
<tr>
<td colspan="4" background="/v/vspfiles/templates/90/images/Grid_Single_Divider_Horiz.gif"><img src="/v/vspfiles/templates/90/images/clear1x1.gif" width="
</td>
</tr>
<tr>
<td rowspan="6" align="center">
<a href="http://www.replacementslipcovers.com/product_p/pbgnd-4.htm" title="">
<img src="/v/vspfiles/templates/90/images/nophoto.gif" border=0 alt=""></a>
</td>
<td rowspan="6">
<img src="/v/vspfiles/templates/90/images/clear1x1.gif" width="5" height="5">
</td>
<td rowspan="6" background="/v/vspfiles/templates/90/images/Grid_Single_Divider_Vert.gif">
<img src="/v/vspfiles/templates/90/images/clear1x1.gif" width="1" height="1">
</td>
<td rowspan="4">
<img src="/v/vspfiles/templates/90/images/clear1x1.gif" width="5" height="5">
</td>
<td colspan="4"><img src="/v/vspfiles/templates/90/images/clear1x1.gif" width="5" height="5"></td>
</tr>
<tr>
<td valign="top" width="100%">
<a href="http://www.replacementslipcovers.com/product_p/pbgnd-4.htm" class="productnamecolor colors_productname" title="Slipcovers to fit a  Basic Grand L
Slipcovers to fit a  Basic Grand Loveseat
</a>
</td>
</tr>
<tr>
<td valign="top" width="100%">
<table width="100%" cellpadding="0" cellspacing="0"><tr>
<td width="64%" valign="top">
<font class="text colors_text"><b>Our Price: </b></font><b><font class="pricecolor colors_productprice">$499.00 </font></b>
<a href="/ShoppingCart.asp?ProductCode=pbgnd%2D4">
```

```
<img src="/v/vspfiles/templates/90/images/buttons/btn_addtocart_small.gif" ALIGN=absmiddle BORDER=0></A>
</td>
<td width="36%" align="right">
</td>
</tr></table>
</td>
</tr>
<tr>
<td valign="top" width="100%">
<img src="/v/vspfiles/templates/90/images/clear1x1.gif" width="5" height="5"><br>
<font class="text colors_text">
Custom Sewn, Fitted, Slipcover for Pottery barn Basic Grand Arm Loveseat by Mitchell Gold & Bob Williams
</font>
<a href="http://www.replacementslipcovers.com/product_p/pbgnd-4.htm" class="smalltext colors_text">
<img src="/v/vspfiles/templates/90/images/Bullet_MoreInfo.gif" border="0"></a>
</td>
</tr>
<tr>
<td colspan="4">
<img src="/v/vspfiles/templates/90/images/clear1x1.gif" width="5" height="5">
</td>
</tr>
<tr>
<td colspan="4" background="/v/vspfiles/templates/90/images/Grid_Single_Divider_Horiz.gif"><img src="/v/vspfiles/templates/90/images/clear1x1.gif" width="
</tr>
<tr>
<td rowspan="6" align="center">
<a href="http://www.replacementslipcovers.com/product_p/pbchar-1.htm" title="">
<img src="/v/vspfiles/photos/pbchar-1-1.jpg" border=0 alt=""></a>
</td>
<td rowspan="6">
<img src="/v/vspfiles/templates/90/images/clear1x1.gif" width="5" height="5">
</td>
<td rowspan="6" background="/v/vspfiles/templates/90/images/Grid_Single_Divider_Vert.gif">
<img src="/v/vspfiles/templates/90/images/clear1x1.gif" width="1" height="1">
</td>
<td rowspan="4">
<img src="/v/vspfiles/templates/90/images/clear1x1.gif" width="5" height="5">
</td>
<td colspan="4"><img src="/v/vspfiles/templates/90/images/clear1x1.gif" width="5" height="5"></td>
</tr>
<tr>
<td valign="top" width="100%">
<a href="http://www.replacementslipcovers.com/product_p/pbchar-1.htm" class="productnamecolor colors_productname" title="Slipcover to fit a 96&quot; PB Ch
Slipcover to fit a 96" PB Charleston Sofa
</a>
</td>
</tr>
<tr>
<td valign="top" width="100%">
<table width="100%" cellpadding="0" cellspacing="0"><tr>
<td width="64%" valign="top">
<font class="text colors_text"><b>List Price: </b> $869.00 </font><br /><font class="text colors_text"><b>Our Price: </b></font><b><font class="pricecolor
<a href="/ShoppingCart.asp?ProductCode=pbchar%2D1">
<img src="/v/vspfiles/templates/90/images/buttons/btn_addtocart_small.gif" ALIGN=absmiddle BORDER=0></A>
</td>
<td width="36%" align="right">
</td>
</tr></table>
</td>
</tr>
<tr>
<td valign="top" width="100%">
<img src="/v/vspfiles/templates/90/images/clear1x1.gif" width="5" height="5"><br>
<font class="text colors_text">
This stylish and elegant line has been a big seller for Pottery Barn.  freshen up your room with new slipcovers at great prices.
</font>
<a href="http://www.replacementslipcovers.com/product_p/pbchar-1.htm" class="smalltext colors_text">
<img src="/v/vspfiles/templates/90/images/Bullet_MoreInfo.gif" border="0"></a>
</td>
</tr>
<tr>
<td colspan="4">
<img src="/v/vspfiles/templates/90/images/clear1x1.gif" width="5" height="5">
</td>
</tr>
<tr>
<td colspan="4" background="/v/vspfiles/templates/90/images/Grid_Single_Divider_Horiz.gif"><img src="/v/vspfiles/templates/90/images/clear1x1.gif" width="
</tr>
</table>
</td>
</tr>
</table>

                    </td>
                  </tr>
                </table>



              <table cellpadding="3" cellspacing="0" width="100%">
                <tr>
                  <td height=10 </td>
                  <td height=10 </td>
                </tr>
                <tr>
                  <td>  </td>
                  <td align="right">

                    <input type="image" border="0" name="btnNextPage" src="/v/vspfiles/templates/90/images/buttons/btn_nextpage.gif" onclick="document.get

                  </td>
                </tr>
              </table>
```

```
                        </form>

                </td>
            </tr>
        </table>
</div>
</td>
                        </tr>
                </table>
            </div>
<!-- Footer Start -->


<script language="JavaScript1.2">
<!--
var bookmarkurl="/"
var bookmarktitle="replacementslipcovers.com"
var bookmarktext="Bookmark Us"

if (navigator.appName == "Opera") {
        bookmarktext="Bookmark Us (CTRL+T)";
}
if (navigator.appName == "Netscape") {
        bookmarktext="Bookmark Us (CTRL+D)";
}


function addbookmark()
{
        if (document.all) {
        window.external.AddFavorite(bookmarkurl,bookmarktitle);
        }
}
//-->
</script>
<div id="footer">
        <div id="footer_top">
                <ul>
                        <li><a href="http://www.replacementslipcovers.com/AboutUs.asp">About Us</a></li>
                        <li><a href="http://www.replacementslipcovers.com/affiliate_info.asp">Become an Affiliate</a></li>
                        <li><a href="http://www.replacementslipcovers.com/Terms_privacy.asp">Privacy Policy</a></li>
                        <li><a href="mailto:info@replacementslipcovers.com?subject=Customer Feedback for replacementslipcovers.com">Send Us Feedback</a></l
                        <li class="last"><a href="javascript:addbookmark()">Bookmark Us</a></li>
                </ul>
        </div>
        <div id="footer_bottom">
                <ul>
                        <li><a href="http://www.replacementslipcovers.com/AboutUs.asp" class="footer colors_background2_text">Company Info</a></li>
                        <li><a href="http://www.replacementslipcovers.com/Terms.asp" class="footer colors_background2_text">Terms of Use</a></li>
                        <li><a href="http://www.replacementslipcovers.com/pindex.asp" class="footer colors_background2_text">Product Index</a> </li>
                        <li><a href="http://www.replacementslipcovers.com/cindex.asp" class="footer colors_background2_text">Category Index</a> </li>
                        <li class="last"><a href="http://www.replacementslipcovers.com/help.asp" class="footer colors_background2_text">Help</a></li>
                </ul>
                        <p><a href="/Terms.asp">Copyright &copy; 2007    replacementslipcovers.com. All Rights Reserved.</a></p>
                <p>
                        eCommerce by <a href="http://www.volusion.com"  target="_blank">Volusion</a>
                        </p>


        </div>
</div>


<script type="text/javascript">function store_init(event){} AttachEvent(window, 'load', store_init);</script>

</body>

</html>
```

**EXHIBIT G**

TOWNSEND
*and*
TOWNSEND
*and*
CREW
LLP

San Francisco

Two Embarcadero Center
Eighth Floor
San Francisco, California 94111-3834
Tel 415.576.0200
Fax 415.576.0300

Direct: (415) 273-8317
tlalban@townsend.com

October 16, 2007

*VIA U.S. MAIL & EMAIL*

Danielle and Steven Sechrest (nchomestore@gmail.com)
Replacementslipcovers.com/NC Furniture Factory
P.O. Box 851/21036 Torrence Chapel Rd.
Cornelius, North Carolina 28031

    *Re:*    *Infringements: replacementslipcovers.com*

Dear Mr. Sechrest and/or Ms. Sechrest:

We represent Williams-Sonoma, Inc., owner of the famous Pottery Barn® trademarks, in intellectual property matters. We are writing because you are infringing the Pottery Barn® trademark, using copyrighted material, and unlawfully appropriating WSI's goodwill on your websites <http://www.replacementslipcovers.com> and <http://ncfurniturefactory.com>, and your eBay store.

On your homepage, on other sections of your websites, and your eBay store, you prominently use the Pottery Barn® trademark and display WSI's copyrighted photographs in a highly misleading manner, thus conveying the impression that you are an authorized seller of genuine Pottery Barn merchandise. You are not authorized to offer or sell genuine Pottery Barn® products nor are you authorized to use Pottery Barn's® proprietary intellectual property to sell your own merchandise.

We require that these and any other confusing and deceptive practices stop immediately. You must immediately remove all infringing references to Pottery Barn® from your websites and eBay store and cease using the Pottery Barn® trademark and copyrighted photographs in connection with the sale of your products. Please provide me in writing, no later than Tuesday, October 23, 2007, your assurance that these practices have ceased.

Very truly yours,

Tali L. Alban

cc:    Williams-Sonoma, Inc.
61157394 v1

# EXHIBIT H

TOWNSEND
*and*
TOWNSEND
*and*
CREW
LLP

San Francisco

Two Embarcadero Center
Eighth Floor
San Francisco, California 94111-3834
Tel 415.576.0200
Fax 415.576.0300

Direct: (415) 273-8317
tlalban@townsend.com

November 1, 2007

*VIA U.S. MAIL & EMAIL*

Steven Sechrest (nchomestore@gmail.com)
Replacementslipcovers.com/NC Furniture Factory
P.O. Box 851/21036 Torrence Chapel Rd.
Cornelius, North Carolina 28031

>    *Re:    Infringements: replacementslipcovers.com*

Dear Mr. Sechrest:

We received your letter of October 16, in which you assured us that you would scrub your websites to ensure that your infringements on our client's intellectual property rights would cease. We have now given you sufficient time to accomplish this, and yet, a visit to the main page of your website (<http://www.replacementslipcovers.com>) shows that you are still using Williams-Sonoma's copyrighted photographs to promote your products.

Moreover, you have made no changes to your site at <http://ncfurniturefactory.com>, and your eBay listings are still indiscriminately exploiting our client's trademarks and copyrights.

If you do not immediately comply or provide an explanation as to why you believe compliance is not required, we will be forced to consider all our available remedies, which may include pursuing a federal court action.

Please let us hear from you no later than Thursday, November 8, 2007.

Sincerely,

*Tali L. Alban /cs*

Tali L. Alban

cc:    Williams-Sonoma, Inc.
61195683 v1