ORIGINAL

1  TOWNSEND AND TOWNSEND AND CREW LLP
   GREGORY S. GILCHRIST (CA State Bar # 111536); gsgilchrist@townsend.com
2  TALI L. ALBAN (CA State Bar # 233694); tlalban@townsend.com
   Two Embarcadero Center, 8th Floor
3  San Francisco, California 94111
   Telephone: (415) 576-0200
4  Facsimile: (415) 576-0300

5  Attorneys for Plaintiff
   WILLIAMS-SONOMA, INC.

FILED
08 MAR 24 PH 3:46

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

RS

WILLIAMS-SONOMA, INC., a California corporation,

Plaintiff,

v.

Danielle SECHREST, an individual, Steven SECHREST, an individual, and James KILLIAN, an individual, doing business as REPLACEMENTSLIPCOVERS.COM,

Defendants.

Case No. CV 08 1597

**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

**JURY TRIAL DEMANDED**

1  Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named
2  parties, there is no such interest to report.

4  DATED: March 24, 2008          Respectfully submitted,

By: /s/ Gregory S. Gilchrist
Gregory S. Gilchrist
Tali L. Alban

Attorneys for Plaintiff
WILLIAMS-SONOMA, INC.

61319263 v1