1  TOWNSEND AND TOWNSEND AND CREW LLP
   GREGORY S. GILCHRIST (CA State Bar # 111536); *gsgilchrist@townsend.com*
2  TALI L. ALBAN (CA State Bar # 233694); *tlalban@townsend.com*
   Two Embarcadero Center, 8th Floor
3  San Francisco, California  94111
   Telephone:  (415) 576-0200
4  Facsimile:  (415) 576-0300

5  Attorneys for Plaintiff
   WILLIAMS-SONOMA, INC.
6

7

8                    UNITED STATES DISTRICT COURT

9            FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                    SAN FRANCISCO DIVISION

11

12  WILLIAMS-SONOMA, INC., a California         Case No. CV  08-1597 RS
    corporation,
13
                    Plaintiff,                  **RETURN OF SUMMONS AND PROOF OF**
14                                              **SERVICE OF SUMMONS, COMPLAINT**
            v.                                  **AND RELATED DOCUMENTS ON**
15                                              **DEFENDANTS DANIELLE SECHREST**
    Danielle SECHREST, an individual, Steven    **AND STEVEN SECHREST**
16  SECHREST, an individual, and James
    KILLIAN, an individual, doing business as
17  REPLACEMENTSLIPCOVERS.COM,

18                  Defendants.

19

20

21

22

23

24

25

26

27

28

ORIGINAL

AO 440 (Rev. 03/08) Civil Summons

# UNITED STATES DISTRICT COURT
## for the
### NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAMS-SONOMA, INC., | ) |
| Plaintiff | ) |
| v. | )    Civil Action No. |
| Danielle Sechrest, Steven Sechrest, and James Killian, | ) |
| dba REPLACEMENTSLIPCOVERS.COM | ) |
| Defendant | ) |

**CV 08 1597 RS**

**Summons in a Civil Action**

To:
Danielle Sechrest, Steven Sechrest, and James Killian,
dba REPLACEMENTSLIPCOVERS.COM
*(Defendant's name)*

A lawsuit has been filed against you.

Within <u>20</u> days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

| | | |
|---|---|---|
| Gregory S. Gilchrist | Townsend and Townsend | Two Embarcadero Center, 8th Floor |
| Tali L. Alban | and Crew LLP | San Francisco, CA 94111 |

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

RICHARD W. WIEKING

_____
Name of clerk of court

_____
Deputy clerk's signature

Date: _____ MAR 2 4 2008

MARY ANN BUCKLEY

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 03/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _____ , _____
by:

     (1) personally delivering a copy of each to the individual at this place, _____ ; or

     (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
         who resides there and is of suitable age and discretion; or

     (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
     _____ ; or

     (4) returning the summons unexecuted to the court clerk on _____ . _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00. _____

Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's address

NAME ADDRESS AND TELEPHONE NUMBER OF ATTORNEY

TALI L. ALBAN (SBN 233694)
TOWNSEND AND TOWNSEND AND CREW LLP
2 Embarcadero Center, 8th Floor
San Francisco, CA 94111
Telephone: (415) 576-0200


ATTORNEY(S) FOR:  Plaintiff

---

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

---

| | |
|---|---|
| WILLIAMS-SONOMA, INC. etc. <br><br>            Plaintiff, <br><br>     V. <br><br> DANIELLE SECHREST etc., et al. <br><br>          Defendant. | **CASE NUMBER** <br> CV 08 1597 RS <br><br><br> **DECLARATION OF SERVICE** |

At the time of service I was a citizen of the United States, over the age of eighteen, and not a party to this action; I served copies of the:

SEE EXHIBIT A ATTACHED HERETO




in the within action by personally delivering true copies thereof to the person served as follows:

Served                : DANIELLE SECHREST

By serving            : Steven Sechrest, Spouse

Address               : (Home)
                        21036 Torrene Chapel Rd.
                        Cornelius, NC 28031

Date of Service  : March 28, 2008

Time of Service  : 1:30 PM

I declare under penalty of perjury under the laws of the United States of America that the foregoing information is true and correct.

Date: March 28, 2008


Signature: _____
                              WILLIE JOHNSON

233252

EXHIBIT A

SUMMONS IN A CIVIL ACTION; CIVIL COVER SHEET; COMPLAINT FOR FEDERAL TRADEMARK INFRINGEMENT; DILUTION; COPYRIGHT INFRINGEMENT AND VIOLATION OF FEDERAL UNFAIR COMPETITION LAW; (INJUNCTIVE RELIEF SOUGHT) JURY TRIAL DEMAND; CERTIFICATION OF INTERESTED ENTITIES OR PERSONS JURY TRIAL DEMANDED; ECF REGISTRATION INFORMATION HANDOUT; NOTICE OF ASSIGNMENT OF ASE TO A UNITED STATES MAGISTRATE JUDGE; CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE; DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE; WELCOME TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, CLERK'S OFFICE, SAN JOSE DIVISION; NORTHERN DISTRICT OF CALIFORNIA SAN JOSE DIVISION CRIMINAL AND CIVIL LAW AND MOTION/TRIAL/SETTLEMENT/CASE MANAGEMENT/DISMISSAL HEARING SCHEDULES; DROP BOX FILING PROCEDURES; ORDER SETTING INITIAL ASE MANAGEMENT CONFERENCE AND ADR DEADLINES (FILE-STAMPED DATE OF MARCH 24, 2008) WITH ATTACHMENTS; (A) STANDING ORDER (JUDGE SEEBORG) RE INITIAL MANAGEMENT, (B) STANDING ORDER REGARDING CASE MANAGEMENT IN CIVIL CASES; (C) STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA RE CONTENTS OF JOINT CASE MANAGEMENT STATEMENT; AMENDED ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES (FILE-STAMPED DATE OF MARCH 27, 2008) WITH ATTACHMENTS: (A) STANDING ORDER (JUDGE SEEBORG) RE INITIAL MANAGEMENT, (B) STANDING ORDER REGARDING CASE MANAGEMENT IN CIVIL CASES; (C) STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA RE CONTENTS OF JOINT CASE MANAGEMENT STATEMENT

- 1 -

TALI L. ALBAN (SBN 233694)
TOWNSEND AND TOWNSEND AND CREW LLP
2 Embarcadero Center, 8th Floor
San Francisco, CA 94111
Telephone: (415) 576-0200
Attorney for: Plaintiff

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Plaintiff : WILLIAMS-SONOMA, INC. etc.

Defendant : DANIELLE SECHREST etc., et al.

Ref#: 233252          *  **DECLARATION OF MAILING**  *   Case No.: CV 08 1597 RS

At the time of service I was at least eighteen years of age and not a party
to this action and I served copies of the:

SEE EXHIBIT A ATTACHED HERETO

in the within action by placing true copies thereof in a sealed envelope
with first class postage fully prepaid thereon in the United States mail
at San Francisco, California, addressed as follows:

        DANIELLE SECHREST


        (Home)
        21036 Torrene Chapel Rd.
        Cornelius, NC 28031


        Date of Mailing: March 28, 2008


Person who served papers:
APRIL JIMENEZ                          Fee for service: $257.63
SPECIALIZED LEGAL SERVICES, INC.       Registered California process server.
1112 Bryant Street, Suite 200          (i) Employee or Independent Contractor
San Francisco, CA 94103                (ii) Registration no.: 880
Telephone: (415) 357-0500              (iii) County: San Francisco


I declare under penalty of perjury under the laws of the United States of
America that the foregoing is true and correct.


Date: March 31, 2008                   Signature _____

EXHIBIT A

SUMMONS IN A CIVIL ACTION; CIVIL COVER SHEET; COMPLAINT FOR FEDERAL
TRADEMARK INFRINGEMENT; DILUTION; COPYRIGHT INFRINGEMENT AND VIOLATION OF
FEDERAL UNFAIR COMPETITION LAW; (INJUNCTIVE RELIEF SOUGHT) JURY TRIAL
DEMAND; CERTIFICATION OF INTERESTED ENTITIES OR PERSONS JURY TRIAL DEMANDED;
ECF REGISTRATION INFORMATION HANDOUT; NOTICE OF ASSIGNMENT OF ASE TO A
UNITED STATES MAGISTRATE JUDGE; CONSENT TO PROCEED BEFORE A UNITED STATES
MAGISTRATE JUDGE; DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND
REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE; WELCOME TO THE
UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA,
CLERK'S OFFICE, SAN JOSE DIVISION; NORTHERN DISTRICT OF CALIFORNIA SAN JOSE
DIVISION CRIMINAL AND CIVIL LAW AND MOTION/TRIAL/SETTLEMENT/CASE
MANAGEMENT/DISMISSAL HEARING SCHEDULES; DROP BOX FILING PROCEDURES; ORDER
SETTING INITIAL ASE MANAGEMENT CONFERENCE AND ADR DEADLINES (FILE-STAMPED
DATE OF MARCH 24, 2008) WITH ATTACHMENTS; (A) STANDING ORDER (JUDGE SEEBORG)
RE INITIAL MANAGEMENT, (B) STANDING ORDER REGARDING CASE MANAGEMENT IN CIVIL
CASES; (C) STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF
CALIFORNIA RE CONTENTS OF JOINT CASE MANAGEMENT STATEMENT; AMENDED ORDER
SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES (FILE-STAMPED
DATE OF MARCH 27, 2008) WITH ATTACHMENTS: (A) STANDING ORDER (JUDGE SEEBORG)
RE INITIAL MANAGEMENT, (B) STANDING ORDER REGARDING CASE MANAGEMENT IN CIVIL
CASES; (C) STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF
CALIFORNIA RE CONTENTS OF JOINT CASE MANAGEMENT STATEMENT

NAME ADDRESS AND TELEPHONE NUMBER OF ATTORNEY

TALI L. ALBAN (SBN 233694)
TOWNSEND AND TOWNSEND AND CREW LLP
2 Embarcadero Center, 8th Floor
San Francisco, CA 94111
Telephone: (415) 576-0200


ATTORNEY(S) FOR:  Plaintiff

---

## UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAMS-SONOMA, INC. etc.<br><br>                    Plaintiff,<br><br>V.<br><br>DANIELLE SECHREST etc., et al.<br><br>                    Defendant. | **CASE NUMBER**<br>CV 08 1597 RS<br><br><br>**DECLARATION OF SERVICE** |

At the time of service I was a citizen of the United States, over the age of eighteen, and not a party to this action; I served copies of the:

SEE EXHIBIT A ATTACHED HERETO




in the within action by personally delivering true copies thereof to the person served as follows:

        Served          :   STEVEN SECHREST

        By serving       :   Steven Sechrest, Personally

        Address          :   (Home)
                             21036 Torrence Chapel Rd.
                             Cornelius, NC 28031

        Date of Service  :   March 28, 2008

        Time of Service  :   1:30 PM

I declare under penalty of perjury under the laws of the United States of America that the foregoing information is true and correct.

Date: March 28, 2008



Signature: _Willie Johnson_
                                        WILLIE JOHNSON


        233253

EXHIBIT A

SUMMONS IN A CIVIL ACTION; CIVIL COVER SHEET; COMPLAINT FOR FEDERAL TRADEMARK INFRINGEMENT; DILUTION; COPYRIGHT INFRINGEMENT AND VIOLATION OF FEDERAL UNFAIR COMPETITION LAW; (INJUNCTIVE RELIEF SOUGHT) JURY TRIAL DEMAND; CERTIFICATION OF INTERESTED ENTITIES OR PERSONS JURY TRIAL DEMANDED; ECF REGISTRATION INFORMATION HANDOUT; NOTICE OF ASSIGNMENT OF ASE TO A UNITED STATES MAGISTRATE JUDGE; CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE; DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE; WELCOME TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, CLERK'S OFFICE, SAN JOSE DIVISION; NORTHERN DISTRICT OF CALIFORNIA SAN JOSE DIVISION CRIMINAL AND CIVIL LAW AND MOTION/TRIAL/SETTLEMENT/CASE MANAGEMENT/DISMISSAL HEARING SCHEDULES; DROP BOX FILING PROCEDURES; ORDER SETTING INITIAL ASE MANAGEMENT CONFERENCE AND ADR DEADLINES (FILE-STAMPED DATE OF MARCH 24, 2008) WITH ATTACHMENTS; (A) STANDING ORDER (JUDGE SEEBORG) RE INITIAL MANAGEMENT, (B) STANDING ORDER REGARDING CASE MANAGEMENT IN CIVIL CASES; (C) STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA RE CONTENTS OF JOINT CASE MANAGEMENT STATEMENT; AMENDED ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES (FILE-STAMPED DATE OF MARCH 27, 2008) WITH ATTACHMENTS: (A) STANDING ORDER (JUDGE SEEBORG) RE INITIAL MANAGEMENT, (B) STANDING ORDER REGARDING CASE MANAGEMENT IN CIVIL CASES; (C) STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA RE CONTENTS OF JOINT CASE MANAGEMENT STATEMENT

1

## CERTIFICATE OF SERVICE
2
[C.C.P. §§ 1011 and 1013, C.R.C.§ 2008, F.R.C.P. Rule 5, F.R.A.P. 25]

3

        I declare that I am employed in the City and County of San Francisco, California; I am over
4   the age of 18 years and not a party to the within action; my business address is Two Embarcadero
    Center, Eighth Floor, San Francisco, California, 94111.  On the date set forth below, I served a true
5   and accurate copy of the document(s) entitled:

                        **RETURN OF SUMMONS AND**
6   **PROOF OF SERVICE OF SUMMONS, COMPLAINT AND RELATED DOCUMENTS ON**
            **DEFENDANTS DANIELLE SECHREST AND STEVEN SECHREST**
7
    on the party(ies) in this action by placing said copy(ies) in a sealed envelope each addressed as
8   follows:

| | |
|---|---|
| Danielle Sechrest<br>21036 Torrence Chapel Road<br>Cornelius, NC 28031 | James Killian<br>19219 Dutch Iris Drive<br>Cornelius, NC 28031 |
| Steven Sechrest<br>21036 Torrence Chapel Road<br>Cornelius, NC 28031 | |

9

10

11

12

13

14

15    ☒    [By First Class Mail]  I am readily familiar with my employer's practice for collecting
      and processing documents for mailing with the United States Postal Service.  On the date listed herein,
16    following ordinary business practice, I served the within document(s) at my place of business, by
      placing a true copy thereof, enclosed in a sealed envelope, with postage thereon fully prepaid, for
17    collection and mailing with the United States Postal Service where it would be deposited with the
      United States Postal Service that same day in the ordinary course of business.

18    ☐    [By Overnight Courier]  I caused each envelope to be delivered by a commercial carrier
      service for overnight delivery to the offices of the addressee(s).
19
      ☐    [By Hand]  I directed each envelope to the party(ies) so designated on the service list to
20    be delivered by courier this date.

21    ☐    [By Facsimile Transmission]  I caused said document to be sent by facsimile
      transmission to the fax number indicated for the party(ies) listed above.

22    ☐    [By Electronic Transmission]  I caused said document to be sent by electronic
      transmission to the e-mail address(es) indicated for the party(ies) listed above.
23
          I declare under penalty of perjury that the foregoing is true and correct and that this declaration
24    was executed this date at San Francisco, California.

25

Dated: .April 16, 2008
26
61333018 v1                              Kristine J. Storheim

27

28