TOWNSEND AND TOWNSEND AND CREW LLP
GREGORY S. GILCHRIST (CA State Bar # 111536); *gsgilchrist@townsend.com*
TALI L. ALBAN (CA State Bar # 233694); *tlalban@townsend.com*
Two Embarcadero Center, 8th Floor
San Francisco, California 94111
Telephone: (415) 576-0200
Facsimile: (415) 576-0300

Attorneys for Plaintiff
WILLIAMS-SONOMA, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WILLIAMS-SONOMA, INC., a California corporation,<br><br>   Plaintiff,<br><br>v.<br><br>Danielle SECHREST, an individual, Steven SECHREST, an individual, and JAMES KILLIAN, an individual, doing business as REPLACEMENTSLIPCOVERS.COM,<br><br>   Defendants. | Case No. CV 08-1597 RS<br><br>**RETURN OF SUMMONS AND PROOF OF SERVICE OF SUMMONS, COMPLAINT AND RELATED DOCUMENTS ON DEFENDANT JAMES KILLIAN** |

ORIGINAL

# UNITED STATES DISTRICT COURT
for the
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAMS-SONOMA, INC., <br> Plaintiff <br> v. <br> Danielle Sechrest, Steven Sechrest, and James Killian, <br> dba REPLACEMENTSLIPCOVERS.COM <br> Defendant | ) ) ) ) ) ) <br> E-filing <br> Civil Action No. <br> CV 08 1597 RS |

**Summons in a Civil Action**

To: Danielle Sechrest, Steven Sechrest, and James Killian,
dba REPLACEMENTSLIPCOVERS.COM
*(Defendant's name)*

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Gregory S. Gilchrist          Townsend and Townsend          Two Embarcadero Center, 8th Floor
Tali L. Alban                 and Crew LLP                   San Francisco, CA 94111

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

RICHARD W. WIEKING
_____
Name of clerk of court

Date: MAR 24 2008

_____
Deputy clerk's signature

MARY ANN BUCKLEY

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 03/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _____ , _____
by:

    (1) personally delivering a copy of each to the individual at this place, _____ ; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
        who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
    _____ ; or

    (4) returning the summons unexecuted to the court clerk on _____ . _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00. _____

Date: _____

                                                                        Server's signature

                                                                       Printed name and title

                                                                       Server's address

APR 14 2008 13:18 FR    4152789670 TO 17043731329    P.02/03

NAME ADDRESS AND TELEPHONE NUMBER OF ATTORNEY

**TALI L. ALBAN (SBN 233694)**
TOWNSEND AND TOWNSEND AND CREW LLP
2 Embarcadero Center, 8th Floor
San Francisco, CA 94111
Telephone: (415) 576-0200

ATTORNEY(S) FOR: Plaintiff

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAMS-SONOMA, INC. etc.<br><br>           Plaintiff,<br>V.<br>DANIELLE SECHREST etc., et al.<br><br>           Defendant. | CASE NUMBER<br>CV 08 1597 RS<br><br>DECLARATION OF SERVICE |

At the time of service I was a citizen of the United States, over the age of eighteen, and not a party to this action; I served copies of the:

SEE EXHIBIT A ATTACHED HERETO

in the within action by personally delivering true copies thereof to the person served as follows:

    Served           : JAMES KILLIAN

    By serving     : James Killian, Personally

    Address        : (Home)
                         19219 Dutch Iris Drive
                         Cornelius, NC 28031

    Date of Service : April 10, 2008

    Time of Service : 8:05 PM

I declare under penalty of perjury under the laws of the United States of America that the foregoing information is true and correct.

Date: April 14, 2008

Signature: _Willie Johnson_
                           WILLIE JOHNSON

234194

APR 14 2008 13:19 FR    4152789670 TO 17043731329    P.03/03

## EXHIBIT A

SUMMONS IN A CIVIL ACTION; CIVIL COVER SHEET; COMPLAINT FOR FEDERAL TRADEMARK INFRINGEMENT; DILUTION; COPYRIGHT INFRINGEMENT AND VIOLATION OF FEDERAL UNFAIR COMPETITION LAW; (INJUNCTIVE RELIEF SOUGHT) JURY TRIAL DEMAND; CERTIFICATION OF INTERESTED ENTITIES OR PERSONS JURY TRIAL DEMANDED; ECF REGISTRATION INFORMATION HANDOUT; NOTICE OF ASSIGNMENT OF ASE TO A UNITED STATES MAGISTRATE JUDGE; CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE; DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE; WELCOME TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, CLERK'S OFFICE, SAN JOSE DIVISION; NORTHERN DISTRICT OF CALIFORNIA SAN JOSE DIVISION CRIMINAL AND CIVIL LAW AND MOTION/TRIAL/SETTLEMENT/CASE MANAGEMENT/DISMISSAL HEARING SCHEDULES; DROP BOX FILING PROCEDURES; ORDER SETTING INITIAL ASE MANAGEMENT CONFERENCE AND ADR DEADLINES (FILE-STAMPED DATE OF MARCH 24, 2008) WITH ATTACHMENTS; (A) STANDING ORDER (JUDGE SEEBORG) RE INITIAL MANAGEMENT, (B) STANDING ORDER REGARDING CASE MANAGEMENT IN CIVIL CASES; (C) STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA RE CONTENTS OF JOINT CASE MANAGEMENT STATEMENT; AMENDED ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES (FILE-STAMPED DATE OF MARCH 27, 2008) WITH ATTACHMENTS: (A) STANDING ORDER (JUDGE SEEBORG) RE INITIAL MANAGEMENT, (B) STANDING ORDER REGARDING CASE MANAGEMENT IN CIVIL CASES; (C) STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA RE CONTENTS OF JOINT CASE MANAGEMENT STATEMENT

** TOTAL PAGE.03 **

**CERTIFICATE OF SERVICE**
[C.C.P. §§ 1011 and 1013, C.R.C.§ 2008, F.R.C.P. Rule 5, F.R.A.P. 25]

I declare that I am employed in the City and County of San Francisco, California; I am over the age of 18 years and not a party to the within action; my business address is Two Embarcadero Center, Eighth Floor, San Francisco, California, 94111. On the date set forth below, I served a true and accurate copy of the document(s) entitled:

**RETURN OF SUMMONS AND**
**PROOF OF SERVICE OF SUMMONS, COMPLAINT AND RELATED DOCUMENTS ON DEFENDANT JAMES KILLIAN**

on the party(ies) in this action by placing said copy(ies) in a sealed envelope each addressed as follows:

| | |
|---|---|
| Danielle Sechrest<br>21036 Torrence Chapel Road<br>Cornelius, NC 28031<br><br>Steven Sechrest<br>21036 Torrence Chapel Road<br>Cornelius, NC 28031 | James Killian<br>19219 Dutch Iris Drive<br>Cornelius, NC 28031 |

☒ **[By First Class Mail]** I am readily familiar with my employer's practice for collecting and processing documents for mailing with the United States Postal Service. On the date listed herein, following ordinary business practice, I served the within document(s) at my place of business, by placing a true copy thereof, enclosed in a sealed envelope, with postage thereon fully prepaid, for collection and mailing with the United States Postal Service where it would be deposited with the United States Postal Service that same day in the ordinary course of business.

☐ **[By Overnight Courier]** I caused each envelope to be delivered by a commercial carrier service for overnight delivery to the offices of the addressee(s).

☐ **[By Hand]** I directed each envelope to the party(ies) so designated on the service list to be delivered by courier this date.

☐ **[By Facsimile Transmission]** I caused said document to be sent by facsimile transmission to the fax number indicated for the party(ies) listed above.

☐ **[By Electronic Transmission]** I caused said document to be sent by electronic transmission to the e-mail address(es) indicated for the party(ies) listed above.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed this date at San Francisco, California.

Dated: April 16, 2008

_/s/ Kristine J. Storheim_
Kristine J. Storheim

61342585 v1

PROOF OF SERVICE
*Williams-Sonoma, Inc. v. Sechrest, et al.* - CV 08-1597 RS