1  TOWNSEND AND TOWNSEND AND CREW LLP
   GREGORY S. GILCHRIST (CA State Bar # 111536); *gsgilchrist@townsend.com*
2  TALI L. ALBAN (CA State Bar # 233694); *tlalban@townsend.com*
   Two Embarcadero Center, 8th Floor
3  San Francisco, California  94111
   Telephone:  (415) 576-0200
4  Facsimile:  (415) 576-0300

5  Attorneys for Plaintiff
   WILLIAMS-SONOMA, INC.
6

7

8                  UNITED STATES DISTRICT COURT

9          FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                     SAN JOSE DIVISION

11

12 WILLIAMS-SONOMA, INC., a California          Case No. CV 08-1597 RS
   corporation,
13
                    Plaintiff,                  **PLAINTIFF WILLIAMS-SONOMA, INC.'S**
14                                              **REQUEST FOR CLERK TO ENTER**
              v.                                **DEFAULT AGAINST DEFENDANTS**
15                                              **DANIELLE SECHREST, STEVEN**
   Danielle SECHREST, an individual, Steven     **SECHREST, JAMES KILLIAN D/B/A**
16 SECHREST, an individual, and James           **REPLACEMENTSLIPCOVERS.COM**
   KILLIAN, an individual, doing business as
17 REPLACEMENTSLIPCOVERS.COM,

18                  Defendants.

19

20 TO: THE CLERK OF THE COURT

21          Pursuant to Federal Rule of Civil Procedure 55(a), plaintiff William-Sonoma, Inc. requests that

22 the Clerk enter default in this matter against Defendants Danielle Sechrest, Steven Sechrest, and James

23 Killian, doing business as Replacementslipcovers.com, on the grounds that Defendants have failed to

24 appear or otherwise defend this action, as attested to by the accompanying Declaration of Tali L.

25 Alban, and the executed proofs of service of summons on file with the Court, attached as exhibits A

26 and B.

27

28

1    DATED:  May 30, 2008                    Respectfully submitted,

2                                            TOWNSEND AND TOWNSEND AND CREW, LLP

3

4                                 By:    /s/ Tali L. Alban
5                                        Gregory S. Gilchrist
                                         Tali L. Alban
6                                        Attorneys for Plaintiff
                                         WILLIAMS-SONOMA, INC.
7

8

9    61385746 v1

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**PROOF OF SERVICE**

I hereby certify and declare under penalty of perjury that the following statements are true and correct:

1.    I am over the age of 18 years and am not a party to the within cause.  My business address is Two Embarcadero Center, Eighth Floor, San Francisco, California 94111.

2.    I am familiar with my company's mail collection and processing practices, know that said mail is collected and deposited with the appropriate overnight delivery service or with the United States Postal Service on the same day it is deposited in interoffice mail, and know that postage thereon is fully prepaid.

3.    Following said practice, on May 30, 2008 I served by United States mail, a true copy of the attached document titled exactly **PLAINTIFF WILLIAMS-SONOMA, INC.'S REQUEST FOR CLERK TO ENTER DEFAULT AGAINST DEFENDANTS DANIELLE SECHREST, STEVEN SECHREST, JAMES KILLIAN D/B/A REPLACEMENTSLIPCOVERS.COM** by placing it in an addressed, sealed envelope and depositing it in regularly maintained interoffice mail to the following:

Danielle Sechrest
21036 Torrence Chapel Road
Cornelius, NC 28031

Steven Sechrest
21036 Torrence Chapel Road
Cornelius, NC 28031

James Killian
19219 Dutch Iris Drive
Cornelius, NC 28031

EXECUTED this 30th day of May, 2008, at San Francisco, California.

_Kristine J. Storheim_
Kristine J. Storheim

PROOF OF SERVICE
CASE NO. CV08-1597 RS