1  TOWNSEND AND TOWNSEND AND CREW LLP
   GREGORY S. GILCHRIST (CA State Bar # 111536); *gsgilchrist@townsend.com*
2  TALI L. ALBAN (CA State Bar # 233694); *tlalban@townsend.com*
   Two Embarcadero Center, 8th Floor
3  San Francisco, California  94111
   Telephone:  (415) 576-0200
4  Facsimile:  (415) 576-0300

5  Attorneys for Plaintiff
   WILLIAMS-SONOMA, INC.
6

7

8                    UNITED STATES DISTRICT COURT

9             FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                        SAN JOSE DIVISION

11

| | |
|---|---|
| 12  WILLIAMS-SONOMA, INC., a California corporation, | Case No. CV 08-1597 RS |
| 13                          Plaintiff, | **DECLARATION OF TALI L. ALBAN IN SUPPORT OF PLAINTIFF WILLIAMS-SONOMA, INC'S REQUEST FOR CLERK TO ENTER DEFAULT AGAINST DEFENDANTS DANIELLE SECHREST, STEVEN SECHREST AND JAMES KILLIAN D/B/A REPLACEMENTSLIPCOVERS.COM** |
| 14                             v. | |
| 15  Danielle SECHREST, an individual, Steven SECHREST, an individual, and James KILLIAN, an individual, doing business as REPLACEMENTSLIPCOVERS.COM, | |
| 16 | |
| 17 | |
| 18                         Defendants. | |

19

20       I, Tali L. Alban, declare as follows:

21  1.       I am an associate at the law firm of Townsend and Townsend and Crew LLP, counsel of record

22  to Plaintiff Williams-Sonoma, Inc. ("WSI") in this action.  I am admitted to practice in the courts of

23  the State of California and before this Court.  I make this declaration from my own personal

24  knowledge and if called, I could and would testify competently to the statements in this declaration.

25  2.       On March 24, 2008, WSI filed a complaint against Defendants Danielle Sechrest, Steven

26  Sechrest and James Killian alleging Federal Trademark Infringement, Federal Dilution of a Famous

27  Mark, Copyright Infringement and Federal Unfair Competition.

28  3.       Defendants Danielle Sechrest and Steven Sechrest were formally served on March 28, 2008.

1  The accompanying proofs of service were e-filed with this Court on April 16, 2008 (attached as

2  Exhibit A, for convenience).

3  4.      Both Danielle Sechrest and Steven Sechrest failed to file or serve an answer or response to the

4  complaint, which was due on April 17, 2008.

5  5.      Defendant James Killian was formally served on April 10, 2008.  The accompanying proof of

6  service was e-filed with this Court on April 16, 2008 (attached as Exhibit B, for convenience).

7  6.      Defendant Killian failed to file or serve an answer or response to the complaint, which was due

8  on April 30, 2008.

9  7.      Despite Defendants' October 16, 2007 letter assuring WSI that they would scrub their websites

10  to ensure their infringement of WSI's intellectual property would cease, their websites continue to

11  unlawfully display WSI's copyrighted photographs and use the Pottery Barn® Marks.

12  8.      Since the complaint was served, we have not heard from Defendants or any representative

13  thereof.

14          I declare under penalty of perjury on this date in San Francisco, California, that the foregoing

15  is true and correct.

16

17

18  DATED:  May 30, 2008                          _____/s/  Tali L. Alban_____

19                                                Tali L. Alban

20

21

22

23

24

25

26

27

28

DECLARATION OF TALI L. ALBAN ISO PLAINTIFF WILLIAMS-SONOMA, INC'S REQUEST FOR CLERK TO
ENTER DEFAULT AGAINST DEFENDANTS DANIELLE SECHREST, ET AL.
CASE NO. CV 08-1597 RS                                                                              2

**PROOF OF SERVICE**

I hereby certify and declare under penalty of perjury that the following statements are true and correct:

1.     I am over the age of 18 years and am not a party to the within cause.  My business address is Two Embarcadero Center, Eighth Floor, San Francisco, California 94111.

2.     I am familiar with my company's mail collection and processing practices, know that said mail is collected and deposited with the appropriate overnight delivery service or with the United States Postal Service on the same day it is deposited in interoffice mail, and know that postage thereon is fully prepaid.

3.     Following said practice, on May 30, 2008 I served by United States mail, a true copy of the attached document titled exactly **DECLARATION OF TALI L. ALBAN IN SUPPORT OF PLAINTIFF WILLIAMS-SONOMA, INC'S REQUEST FOR CLERK TO ENTER DEFAULT AGAINST DEFENDANTS DANIELLE SECHREST, STEVEN SECHREST AND JAMES KILLIAN D/B/A REPLACEMENTSLIPCOVERS.COM** by placing it in an addressed, sealed envelope and depositing it in regularly maintained interoffice mail to the following:

> Danielle Sechrest
> 21036 Torrence Chapel Road
> Cornelius, NC 28031
>
> Steven Sechrest
> 21036 Torrence Chapel Road
> Cornelius, NC 28031
>
> James Killian
> 19219 Dutch Iris Drive
> Cornelius, NC 28031

EXECUTED this ___30th___ day of _____May_____, 2008, at San Francisco, California.

Kristine J. Storheim

# EXHIBIT A

1  TOWNSEND AND TOWNSEND AND CREW LLP
   GREGORY S. GILCHRIST (CA State Bar # 111536); *gsgilchrist@townsend.com*
2  TALI L. ALBAN (CA State Bar # 233694); *tlalban@townsend.com*
   Two Embarcadero Center, 8th Floor
3  San Francisco, California  94111
   Telephone: (415) 576-0200
4  Facsimile: (415) 576-0300

5  Attorneys for Plaintiff
   WILLIAMS-SONOMA, INC.

6

7

8                    UNITED STATES DISTRICT COURT

9               FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                    SAN FRANCISCO DIVISION

11

12  WILLIAMS-SONOMA, INC., a California          Case No. CV  08-1597 RS
    corporation,
13
                     Plaintiff,
14                                               **RETURN OF SUMMONS AND PROOF OF
         v.                                      SERVICE OF SUMMONS, COMPLAINT
15                                               AND RELATED DOCUMENTS ON
    Danielle SECHREST, an individual, Steven     DEFENDANTS DANIELLE SECHREST
16  SECHREST, an individual, and James           AND STEVEN SECHREST**
    KILLIAN, an individual, doing business as
17  REPLACEMENTSLIPCOVERS.COM,

18                   Defendants.

19

20

21

22

23

24

25

26

27

28

ORIGINAL

AO 440 (Rev. 03/08) Civil Summons

# UNITED STATES DISTRICT COURT

for the

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAMS-SONOMA, INC., | ) |
| _____ | ) |
| Plaintiff | ) |
| v. | ) Civil Action No. |
| Danielle Sechrest, Steven Sechrest, and James Killian, | ) |
| dba REPLACEMENTSLIPCOVERS.COM | ) |
| _____ | ) |
| Defendant | ) |

CV 08   1597

RS

### Summons in a Civil Action

To: Danielle Sechrest, Steven Sechrest, and James Killian, dba REPLACEMENTSLIPCOVERS.COM
_____

*(Defendant's name)*

A lawsuit has been filed against you.

    Within <u>20</u> days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

| | | |
|---|---|---|
| Gregory S. Gilchrist | Townsend and Townsend | Two Embarcadero Center, 8th Floor |
| Tali L. Alban | and Crew LLP | San Francisco, CA 94111 |

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

RICHARD W. WIEKING

_____
Name of clerk of court

Date:     MAR 2 4 2008

_____
Deputy clerk's signature

MARY ANN BUCKLEY

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

### Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _____,_____
by:

     (1) personally delivering a copy of each to the individual at this place, _____; or

     (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
         who resides there and is of suitable age and discretion; or

     (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
     _____; or

     (4) returning the summons unexecuted to the court clerk on _____._____

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00._____

Date: _____

                                           _____
                                               Server's signature

                                           _____
                                           Printed name and title

                                           _____
                                           Server's address

NAME ADDRESS AND TELEPHONE NUMBER OF ATTORNEY

TALI L. ALBAN (SBN 233694)
TOWNSEND AND TOWNSEND AND CREW LLP
2 Embarcadero Center, 8th Floor
San Francisco, CA 94111
Telephone: (415) 576-0200

ATTORNEY(S) FOR: Plaintiff

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAMS-SONOMA, INC. etc. <br><br> Plaintiff, <br><br> v. <br><br> DANIELLE SECHREST etc., et al. <br><br> Defendant. | CASE NUMBER <br> CV 08 1597 RS <br><br><br> **DECLARATION OF SERVICE** |

At the time of service I was a citizen of the United States, over the age of eighteen, and not a party to this action; I served copies of the:

SEE EXHIBIT A ATTACHED HERETO

in the within action by personally delivering true copies thereof to the person served as follows:

Served : DANIELLE SECHREST

By serving : Steven Sechrest, Spouse

Address : (Home)
21036 Torrene Chapel Rd.
Cornelius, NC 28031

Date of Service : March 28, 2008

Time of Service : 1:30 PM

I declare under penalty of perjury under the laws of the United States of America that the foregoing information is true and correct.

Date: March 28, 2008

Signature: _Willie Johnson_
WILLIE JOHNSON

233252

## EXHIBIT A

SUMMONS IN A CIVIL ACTION; CIVIL COVER SHEET; COMPLAINT FOR FEDERAL TRADEMARK INFRINGEMENT; DILUTION; COPYRIGHT INFRINGEMENT AND VIOLATION OF FEDERAL UNFAIR COMPETITION LAW; (INJUNCTIVE RELIEF SOUGHT) JURY TRIAL DEMAND; CERTIFICATION OF INTERESTED ENTITIES OR PERSONS JURY TRIAL DEMANDED; ECF REGISTRATION INFORMATION HANDOUT; NOTICE OF ASSIGNMENT OF ASE TO A UNITED STATES MAGISTRATE JUDGE; CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE; DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE; WELCOME TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, CLERK'S OFFICE, SAN JOSE DIVISION; NORTHERN DISTRICT OF CALIFORNIA SAN JOSE DIVISION CRIMINAL AND CIVIL LAW AND MOTION/TRIAL/SETTLEMENT/CASE MANAGEMENT/DISMISSAL HEARING SCHEDULES; DROP BOX FILING PROCEDURES; ORDER SETTING INITIAL ASE MANAGEMENT CONFERENCE AND ADR DEADLINES (FILE-STAMPED DATE OF MARCH 24, 2008) WITH ATTACHMENTS; (A) STANDING ORDER (JUDGE SEEBORG) RE INITIAL MANAGEMENT, (B) STANDING ORDER REGARDING CASE MANAGEMENT IN CIVIL CASES; (C) STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA RE CONTENTS OF JOINT CASE MANAGEMENT STATEMENT; AMENDED ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES (FILE-STAMPED DATE OF MARCH 27, 2008) WITH ATTACHMENTS: (A) STANDING ORDER (JUDGE SEEBORG) RE INITIAL MANAGEMENT, (B) STANDING ORDER REGARDING CASE MANAGEMENT IN CIVIL CASES; (C) STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA RE CONTENTS OF JOINT CASE MANAGEMENT STATEMENT

TALI L. ALBAN (SBN 233694)
TOWNSEND AND TOWNSEND AND CREW LLP
2 Embarcadero Center, 8th Floor
San Francisco, CA 94111
Telephone: (415) 576-0200
Attorney for: Plaintiff

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Plaintiff : WILLIAMS-SONOMA, INC. etc.

Defendant : DANIELLE SECHREST etc., et al.

Ref#: 233252        *  **DECLARATION OF MAILING**  *   Case No.: CV 08 1597 RS

At the time of service I was at least eighteen years of age and not a party
to this action and I served copies of the:

SEE EXHIBIT A ATTACHED HERETO

in the within action by placing true copies thereof in a sealed envelope
with first class postage fully prepaid thereon in the United States mail
at San Francisco, California, addressed as follows:

DANIELLE SECHREST


(Home)
21036 Torrene Chapel Rd.
Cornelius, NC 28031


Date of Mailing: March 28, 2008


Person who served papers:
APRIL JIMENEZ                         Fee for service: $257.63
SPECIALIZED LEGAL SERVICES, INC.      Registered California process server.
1112 Bryant Street, Suite 200         (i) Employee or Independent Contractor
San Francisco, CA 94103               (ii) Registration no.: 880
Telephone: (415) 357-0500             (iii) County: San Francisco


I declare under penalty of perjury under the laws of the United States of
America that the foregoing is true and correct.


Date: March 31, 2008                  Signature _____

# EXHIBIT A

SUMMONS IN A CIVIL ACTION; CIVIL COVER SHEET; COMPLAINT FOR FEDERAL
TRADEMARK INFRINGEMENT; DILUTION; COPYRIGHT INFRINGEMENT AND VIOLATION OF
FEDERAL UNFAIR COMPETITION LAW; (INJUNCTIVE RELIEF SOUGHT) JURY TRIAL
DEMAND; CERTIFICATION OF INTERESTED ENTITIES OR PERSONS JURY TRIAL DEMANDED;
ECF REGISTRATION INFORMATION HANDOUT; NOTICE OF ASSIGNMENT OF ASE TO A
UNITED STATES MAGISTRATE JUDGE; CONSENT TO PROCEED BEFORE A UNITED STATES
MAGISTRATE JUDGE; DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND
REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE; WELCOME TO THE
UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA,
CLERK'S OFFICE, SAN JOSE DIVISION; NORTHERN DISTRICT OF CALIFORNIA SAN JOSE
DIVISION CRIMINAL AND CIVIL LAW AND MOTION/TRIAL/SETTLEMENT/CASE
MANAGEMENT/DISMISSAL HEARING SCHEDULES; DROP BOX FILING PROCEDURES; ORDER
SETTING INITIAL ASE MANAGEMENT CONFERENCE AND ADR DEADLINES (FILE-STAMPED
DATE OF MARCH 24, 2008) WITH ATTACHMENTS; (A) STANDING ORDER (JUDGE SEEBORG)
RE INITIAL MANAGEMENT, (B) STANDING ORDER REGARDING CASE MANAGEMENT IN CIVIL
CASES; (C) STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF
CALIFORNIA RE CONTENTS OF JOINT CASE MANAGEMENT STATEMENT; AMENDED ORDER
SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES (FILE-STAMPED
DATE OF MARCH 27, 2008) WITH ATTACHMENTS: (A) STANDING ORDER (JUDGE SEEBORG)
RE INITIAL MANAGEMENT, (B) STANDING ORDER REGARDING CASE MANAGEMENT IN CIVIL
CASES; (C) STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF
CALIFORNIA RE CONTENTS OF JOINT CASE MANAGEMENT STATEMENT

Case 3:08-cv-01597-RS    Document 62    Filed 05/06/2008    Page 9 of 13

NAME ADDRESS AND TELEPHONE NUMBER OF ATTORNEY

TALI L. ALBAN (SBN 233694)
TOWNSEND AND TOWNSEND AND CREW LLP
2 Embarcadero Center, 8th Floor
San Francisco, CA 94111
Telephone: (415) 576-0200

ATTORNEY(S) FOR:  Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAMS-SONOMA, INC. etc. | **CASE NUMBER** |
| Plaintiff, | CV 08 1597 RS |
| V. | |
| DANIELLE SECHREST etc., et al. | **DECLARATION OF SERVICE** |
| Defendant. | |

At the time of service I was a citizen of the United States, over the age of eighteen, and not a party to this action; I served copies of the:

SEE EXHIBIT A ATTACHED HERETO

in the within action by personally delivering true copies thereof to the person served as follows:

Served          :   STEVEN SECHREST

By serving      :   Steven Sechrest, Personally

Address         :   (Home)
                     21036 Torrence Chapel Rd.
                     Cornelius, NC 28031

Date of Service :   March 28, 2008

Time of Service :   1:30 PM

I declare under penalty of perjury under the laws of the United States of America that the foregoing information is true and correct.

Date: March 28, 2008

Signature: *Willie Johnson*

WILLIE JOHNSON

233253

EXHIBIT A

SUMMONS IN A CIVIL ACTION; CIVIL COVER SHEET; COMPLAINT FOR FEDERAL
TRADEMARK INFRINGEMENT; DILUTION; COPYRIGHT INFRINGEMENT AND VIOLATION OF
FEDERAL UNFAIR COMPETITION LAW; (INJUNCTIVE RELIEF SOUGHT) JURY TRIAL
DEMAND; CERTIFICATION OF INTERESTED ENTITIES OR PERSONS JURY TRIAL DEMANDED;
ECF REGISTRATION INFORMATION HANDOUT; NOTICE OF ASSIGNMENT OF ASE TO A
UNITED STATES MAGISTRATE JUDGE; CONSENT TO PROCEED BEFORE A UNITED STATES
MAGISTRATE JUDGE; DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND
REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE; WELCOME TO THE
UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA,
CLERK'S OFFICE, SAN JOSE DIVISION; NORTHERN DISTRICT OF CALIFORNIA SAN JOSE
DIVISION CRIMINAL AND CIVIL LAW AND MOTION/TRIAL/SETTLEMENT/CASE
MANAGEMENT/DISMISSAL HEARING SCHEDULES; DROP BOX FILING PROCEDURES; ORDER
SETTING INITIAL ASE MANAGEMENT CONFERENCE AND ADR DEADLINES (FILE-STAMPED
DATE OF MARCH 24, 2008) WITH ATTACHMENTS; (A) STANDING ORDER (JUDGE SEEBORG)
RE INITIAL MANAGEMENT, (B) STANDING ORDER REGARDING CASE MANAGEMENT IN CIVIL
CASES; (C) STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF
CALIFORNIA RE CONTENTS OF JOINT CASE MANAGEMENT STATEMENT; AMENDED ORDER
SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES (FILE-STAMPED
DATE OF MARCH 27, 2008) WITH ATTACHMENTS: (A) STANDING ORDER (JUDGE SEEBORG)
RE INITIAL MANAGEMENT, (B) STANDING ORDER REGARDING CASE MANAGEMENT IN CIVIL
CASES; (C) STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF
CALIFORNIA RE CONTENTS OF JOINT CASE MANAGEMENT STATEMENT

1

**CERTIFICATE OF SERVICE**

[C.C.P. §§ 1011 and 1013, C.R.C.§ 2008, F.R.C.P. Rule 5, F.R.A.P. 25]

2

3

I declare that I am employed in the City and County of San Francisco, California; I am over the age of 18 years and not a party to the within action; my business address is Two Embarcadero Center, Eighth Floor, San Francisco, California, 94111. On the date set forth below, I served a true and accurate copy of the document(s) entitled:

4

5

**RETURN OF SUMMONS AND
PROOF OF SERVICE OF SUMMONS, COMPLAINT AND RELATED DOCUMENTS ON
DEFENDANTS DANIELLE SECHREST AND STEVEN SECHREST**

6

7

on the party(ies) in this action by placing said copy(ies) in a sealed envelope each addressed as follows:

8

| | |
|---|---|
| Danielle Sechrest<br>21036 Torrence Chapel Road<br>Cornelius, NC 28031 | James Killian<br>19219 Dutch Iris Drive<br>Cornelius, NC 28031 |
| Steven Sechrest<br>21036 Torrence Chapel Road<br>Cornelius, NC 28031 | |

9

10

11

12

13

14

☒   [By First Class Mail] I am readily familiar with my employer's practice for collecting and processing documents for mailing with the United States Postal Service. On the date listed herein, following ordinary business practice, I served the within document(s) at my place of business, by placing a true copy thereof, enclosed in a sealed envelope, with postage thereon fully prepaid, for collection and mailing with the United States Postal Service where it would be deposited with the United States Postal Service that same day in the ordinary course of business.

15

16

17

☐   [By Overnight Courier] I caused each envelope to be delivered by a commercial carrier service for overnight delivery to the offices of the addressee(s).

18

19

☐   [By Hand] I directed each envelope to the party(ies) so designated on the service list to be delivered by courier this date.

20

☐   [By Facsimile Transmission] I caused said document to be sent by facsimile transmission to the fax number indicated for the party(ies) listed above.

21

☐   [By Electronic Transmission] I caused said document to be sent by electronic transmission to the e-mail address(es) indicated for the party(ies) listed above.

22

23

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed this date at San Francisco, California.

24

25

Dated: .April 16, 2008

26

Kristine J. Storheim

61333018 v1

27

28

PROOF OF SERVICE
*Williams-Sonoma, Inc. v. Sechrest, et al.* - CV 08-1597 RS

**Storheim, Kris J.**

| | |
|---|---|
| **From:** | ECF-CAND@cand.uscourts.gov |
| **Sent:** | Wednesday, April 16, 2008 12:27 PM |
| **To:** | efiling@cand.uscourts.gov |
| **Subject:** | Activity in Case 5:08-cv-01597-RS Williams-Sonoma, Inc. v. Sechrest et al Summons Returned Executed |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.**

U.S. District Court
Northern District of California
**Notice of Electronic Filing or Other Case Activity**

NOTE: Please read this entire notice before calling the Help Desk. If you have questions, please email the Help Desk by replying to this message; include your question or comment along with the original text.

Please note that these Notices are sent for all cases in the system when any case activity occurs, regardless of whether the case is designated for e-filing or not, or whether the activity is the filing of an electronic document or not.

If there are **two** hyperlinks below, the first will lead to the docket and the second will lead to an e-filed document.
*If there is no second hyperlink, there is no electronic document available .*
See the FAQ posting 'I have a Notice of Electronic Filing that was e-mailed to me but there's no hyperlink...' on the ECF home page at https://ecf.cand.uscourts.gov for more information.

The following transaction was received from by Alban, Tali entered on 4/16/2008 12:26 PM and filed on 4/16/2008

| | |
|---|---|
| **Case Name:** | Williams-Sonoma, Inc. v. Sechrest et al |
| **Case Number:** | 5:08-cv-1597 |
| **Filer:** | Williams-Sonoma, Inc. |
| **Document Number:** | 6 |

**Docket Text:**
**SUMMONS Returned Executed by Williams-Sonoma, Inc.. Danielle Sechrest served on 3/28/2008, answer due 4/17/2008; Steven Sechrest served on 3/28/2008, answer due 4/17/2008.** *Return of Summons and Proof of Service of Summons, Complaint and Related Documents on Defendants Danielle Sechrest and Steven Sechrest* **(Alban, Tali) (Filed on 4/16/2008)**

**5:08-cv-1597 Notice has been electronically mailed to:**

Tali Leah N. Alban     tlalban@townsend.com, kjs@townsend.com

Gregory S. Gilchrist     gsgilchrist@townsend.com, clpetrich@townsend.com

**5:08-cv-1597 Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**C:\Documents and Settings\kjs\My Documents\WS v.
Replacementslipcovers.com\2008-04-16 Return of Summons - Proof of Service of Summons Complaint
- Related Docs on Danielle and Steven Sechrest.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=4/16/2008] [FileNumber=4310286-0]
[2b619c6e3174791193314e1e43ec7c2e346436ac3b82e6ba3f3c9aea92f75e03f1ca7
c28628ef25902799608e208cd832c686f2d9d914bfd3622bd64ec75d2a7]]

4/16/2008

# EXHIBIT B



1  TOWNSEND AND TOWNSEND AND CREW LLP
   GREGORY S. GILCHRIST (CA State Bar # 111536); *gsgilchrist@townsend.com*
2  TALI L. ALBAN (CA State Bar # 233694); *tlalban@townsend.com*
   Two Embarcadero Center, 8th Floor
3  San Francisco, California  94111
   Telephone:  (415) 576-0200
4  Facsimile:  (415) 576-0300

5  Attorneys for Plaintiff
   WILLIAMS-SONOMA, INC.
6

7

8                    UNITED STATES DISTRICT COURT

9            FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                      SAN FRANCISCO DIVISION

11

12  WILLIAMS-SONOMA, INC., a California        Case No. CV  08-1597 RS
    corporation,
13
                        Plaintiff,
14                                             RETURN OF SUMMONS AND PROOF OF
           v.                                  SERVICE OF SUMMONS, COMPLAINT
15                                             AND RELATED DOCUMENTS ON
    Danielle SECHREST, an individual, Steven   DEFENDANT JAMES KILLIAN
16  SECHREST, an individual, and JAMES
    KILLIAN, an individual, doing business as
17  REPLACEMENTSLIPCOVERS.COM,

18                      Defendants.

19

20

21

22

23

24

25

26

27

28

ORIGINAL

AO 440 (Rev. 03/08) Civil Summons

# UNITED STATES DISTRICT COURT
### for the
### NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAMS-SONOMA, INC., <br> _____ <br> Plaintiff <br> v. <br> Danielle Sechrest, Steven Sechrest, and James Killian, <br> dba REPLACEMENTSLIPCOVERS.COM <br> _____ <br> Defendant | ) <br> ) E-filing <br> ) <br> ) Civil Action No. <br> ) <br> ) CV 08   1597 <br> ) <br> )   RS |

## Summons in a Civil Action

Danielle Sechrest, Steven Sechrest, and James Killian,
To: dba REPLACEMENTSLIPCOVERS.COM
_____

*(Defendant's name)*

A lawsuit has been filed against you.

       Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

| | | |
|---|---|---|
| Gregory S. Gilchrist <br> Tali L. Alban | Townsend and Townsend <br> and Crew LLP | Two Embarcadero Center, 8th Floor <br> San Francisco, CA 94111 |

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

RICHARD W. WIEKING

_____
Name of clerk of court

Date: _____ MAR 2 4 2008

_____
Deputy clerk's signature

MARY ANN BUCKLEY

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _____, _____
by:

    (1) personally delivering a copy of each to the individual at this place, _____; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
        who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
    _____; or

    (4) returning the summons unexecuted to the court clerk on _____._____

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00. _____

Date: _____

                                        _____
                                                Server's signature

                                        _____
                                            Printed name and title

                                        _____
                                              Server's address

PAGE.01

APR 14 2008 13:18 FR                    4152789670 TO 17043731329      P.02/03
NAME ADDRESS AND TELEPHONE NUMBER OF ATTORNEY

TALI L. ALBAN (SBN 233694)
TOWNSEND AND TOWNSEND AND CREW LLP
2 Embarcadero Center, 8th Floor
San Francisco, CA 94111
Telephone: (415) 576-0200


ATTORNEY(S) FOR: Plaintiff

---

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAMS-SONOMA, INC. etc. | CASE NUMBER |
| Plaintiff, | CV 08 1597 RS |
| V. | |
| DANIELLE SECHREST etc., et al. | DECLARATION OF SERVICE |
| Defendant. | |

At the time of service I was a citizen of the United States, over the age of eighteen, and not a party to this action; I served copies of the:

SEE EXHIBIT A ATTACHED HERETO

in the within action by personally delivering true copies thereof to the person served as follows:

Served            :   JAMES KILLIAN

By serving        :   James Killian, Personally

Address           :   (Home)
                      19219 Dutch Iris Drive
                      Cornelius, NC 28031

Date of Service   :   April 10, 2008

Time of Service   :   8:05 PM

I declare under penalty of perjury under the laws of the United States of America that the foregoing information is true and correct.

Date: April 14, 2008


Signature: *Willie Johnson*

WILLIE JOHNSON

234194

## EXHIBIT A

SUMMONS IN A CIVIL ACTION; CIVIL COVER SHEET; COMPLAINT FOR FEDERAL
TRADEMARK INFRINGEMENT; DILUTION; COPYRIGHT INFRINGEMENT AND VIOLATION OF
FEDERAL UNFAIR COMPETITION LAW; (INJUNCTIVE RELIEF SOUGHT) JURY TRIAL
DEMAND; CERTIFICATION OF INTERESTED ENTITIES OR PERSONS JURY TRIAL DEMANDED;
ECF REGISTRATION INFORMATION HANDOUT; NOTICE OF ASSIGNMENT OF ASE TO A
UNITED STATES MAGISTRATE JUDGE; CONSENT TO PROCEED BEFORE A UNITED STATES
MAGISTRATE JUDGE; DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND
REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE; WELCOME TO THE
UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA,
CLERK'S OFFICE, SAN JOSE DIVISION; NORTHERN DISTRICT OF CALIFORNIA SAN JOSE
DIVISION CRIMINAL AND CIVIL LAW AND MOTION/TRIAL/SETTLEMENT/CASE
MANAGEMENT/DISMISSAL HEARING SCHEDULES; DROP BOX FILING PROCEDURES; ORDER
SETTING INITIAL ASE MANAGEMENT CONFERENCE AND ADR DEADLINES (FILE-STAMPED
DATE OF MARCH 24, 2008) WITH ATTACHMENTS; (A) STANDING ORDER (JUDGE SEEBORG)
RE INITIAL MANAGEMENT, (B) STANDING ORDER REGARDING CASE MANAGEMENT IN CIVIL
CASES; (C) STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF
CALIFORNIA RE CONTENTS OF JOINT CASE MANAGEMENT STATEMENT; AMENDED ORDER
SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES (FILE-STAMPED
DATE OF MARCH 27, 2008) WITH ATTACHMENTS: (A) STANDING ORDER (JUDGE SEEBORG)
RE INITIAL MANAGEMENT, (B) STANDING ORDER REGARDING CASE MANAGEMENT IN CIVIL
CASES; (C) STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF
CALIFORNIA RE CONTENTS OF JOINT CASE MANAGEMENT STATEMENT

- 1 -

1

**CERTIFICATE OF SERVICE**

2

[C.C.P. §§ 1011 and 1013, C.R.C.§ 2008, F.R.C.P. Rule 5, F.R.A.P. 25]

3

I declare that I am employed in the City and County of San Francisco, California; I am over

4

the age of 18 years and not a party to the within action; my business address is Two Embarcadero
Center, Eighth Floor, San Francisco, California, 94111.  On the date set forth below, I served a true

5

and accurate copy of the document(s) entitled:

6

**RETURN OF SUMMONS AND**
**PROOF OF SERVICE OF SUMMONS, COMPLAINT AND RELATED DOCUMENTS ON**
**DEFENDANT JAMES KILLIAN**

7

on the party(ies) in this action by placing said copy(ies) in a sealed envelope each addressed as

8

follows:

| | |
|---|---|
| 9<br><br>10 | Danielle Sechrest<br>21036 Torrence Chapel Road<br>Cornelius, NC 28031 | James Killian<br>19219 Dutch Iris Drive<br>Cornelius, NC 28031 |
| 11<br><br>12<br><br>13 | Steven Sechrest<br>21036 Torrence Chapel Road<br>Cornelius, NC 28031 | |

14

☒     [By First Class Mail]  I am readily familiar with my employer's practice for collecting

15

and processing documents for mailing with the United States Postal Service.  On the date listed herein,
following ordinary business practice, I served the within document(s) at my place of business, by

16

placing a true copy thereof, enclosed in a sealed envelope, with postage thereon fully prepaid, for
collection and mailing with the United States Postal Service where it would be deposited with the
United States Postal Service that same day in the ordinary course of business.

17

☐     [By Overnight Courier]  I caused each envelope to be delivered by a commercial carrier

18

service for overnight delivery to the offices of the addressee(s).

19

☐     [By Hand]  I directed each envelope to the party(ies) so designated on the service list to

be delivered by courier this date.

20

☐     [By Facsimile Transmission]  I caused said document to be sent by facsimile

21

transmission to the fax number indicated for the party(ies) listed above.

22

☐     [By Electronic Transmission]  I caused said document to be sent by electronic
transmission to the e-mail address(es) indicated for the party(ies) listed above.

23

I declare under penalty of perjury that the foregoing is true and correct and that this declaration

was executed this date at San Francisco, California.

24

25

Dated: April 16, 2008

Kristine J. Storheim

26

61342585 v1

27

28

PROOF OF SERVICE
*Williams-Sonoma, Inc. v. Sechrest, et al.* - CV 08-1597 RS

**Storheim, Kris J.**

| | |
|---|---|
| **From:** | ECF-CAND@cand.uscourts.gov |
| **Sent:** | Wednesday, April 16, 2008 12:30 PM |
| **To:** | efiling@cand.uscourts.gov |
| **Subject:** | Activity in Case 5:08-cv-01597-RS Williams-Sonoma, Inc. v. Sechrest et al Summons Returned Executed |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.**

U.S. District Court
Northern District of California
**Notice of Electronic Filing or Other Case Activity**

---

NOTE: Please read this entire notice before calling the Help Desk. If you have questions, please email the Help Desk by replying to this message; include your question or comment along with the original text.

Please note that these Notices are sent for all cases in the system when any case activity occurs, regardless of whether the case is designated for e-filing or not, or whether the activity is the filing of an electronic document or not.

---

If there are **two** hyperlinks below, the first will lead to the docket and the second will lead to an e-filed document.
***If there is no second hyperlink, there is no electronic document available .***
See the FAQ posting 'I have a Notice of Electronic Filing that was e-mailed to me but there's no hyperlink...' on the ECF home page at https://ecf.cand.uscourts.gov for more information.

---

The following transaction was received from by Alban, Tali entered on 4/16/2008 12:29 PM and filed on 4/16/2008

| | |
|---|---|
| **Case Name:** | Williams-Sonoma, Inc. v. Sechrest et al |
| **Case Number:** | 5:08-cv-1597 |
| **Filer:** | Williams-Sonoma, Inc. |
| **Document Number:** | 7 |

**Docket Text:**
**SUMMONS Returned Executed by Williams-Sonoma, Inc.. James Killian served on 4/10/2008, answer due 4/30/2008. *Return of Summons and Proof of Service of Summons, Complaint and Related Documents on Defendant James Killian* (Alban, Tali) (Filed on 4/16/2008)**

**5:08-cv-1597 Notice has been electronically mailed to:**

Tali Leah N. Alban     tlalban@townsend.com, kjs@townsend.com

Gregory S. Gilchrist     gsgilchrist@townsend.com, clpetrich@townsend.com

**5:08-cv-1597 Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**C:\Documents and Settings\kjs\My Documents\WS v.
Replacementslipcovers.com\2008-04-16 Return of Summons and Proof of Service of Summons
Complaint and Related Documents on James Killian.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=4/16/2008] [FileNumber=4310311-0]
[0b9d7156f26d2e181cbd6dae8ece348be91e529ae9c9771bfdc4426fe195bdbc0aa21
492dbb8289c9052edf5fd89d447d6697230dc0a7763318db74ffb5883ef]]