**UNITED STATES DISTRICT COURT**
**Northern District of California**
**280 South First Street**
**San Jose, California 95113**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
408.535.5364

June 3, 2008

RE:  CV 08-01597 RS        WILLIAMS-SONOMA-v- DANIELLE SECHREST, ET AL.

Default is entered as to defendants **Danielle Sechrest, Steven Sechrest, James Killian dba Replacementslipcovers.com on** June 3, 2008. .

        RICHARD W. WIEKING, Clerk

        by Betty Walton
        Case Systems Administrator

NDC TR-4  Rev. 3/89