1  TOWNSEND AND TOWNSEND AND CREW LLP
   GREGORY S. GILCHRIST (CA State Bar # 111536); *gsgilchrist@townsend.com*
2  TALI L. ALBAN (CA State Bar # 233694); *tlalban@townsend.com*
   Two Embarcadero Center, 8th Floor
3  San Francisco, California  94111
   Telephone:  (415) 576-0200
4  Facsimile:  (415) 576-0300

5  Attorneys for Plaintiff
   WILLIAMS-SONOMA, INC.

6

7

8                UNITED STATES DISTRICT COURT

9          FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                   SAN JOSE DIVISION

11

12  WILLIAMS-SONOMA, INC., a California            Case No. CV 08-1597 RS
    corporation,
13                                                 **DECLARATION OF TALI L. ALBAN IN**
                    Plaintiff,                     **SUPPORT OF PLAINTIFF WILLIAMS-**
14                                                 **SONOMA, INC'S APPLICATION FOR**
           v.                                      **DEFAULT JUDGMENT BY COURT**
15
    Danielle SECHREST, an individual, Steven       Date:  Wednesday, August 20, 2008
16  SECHREST, an individual, and James             Time:  2:30 p.m.
    KILLIAN, an individual, doing business as      Courtroom:  #4
17  REPLACEMENTSLIPCOVERS.COM,                     Magistrate Judge Richard Seeborg
18                  Defendants.

19

20       I, Tali L. Alban, declare as follows:

21       1.      I am an associate at the law firm of Townsend and Townsend and Crew LLP, counsel

22  of record to Plaintiff Williams-Sonoma, Inc. ("WSI") in this action.  I am admitted to practice in the

23  courts of the State of California and before this Court.  I make this declaration from my own personal

24  knowledge and if called, I could and would testify competently to the statements in this declaration.

25       2.      On or about October 16, 2007, it came to my attention that Defendants were using

26  WSI's trademarks and proprietary photos in connection with the sale of their products on their website

27  and on their eBay store, and accordingly, I sent them a cease and desist letter (attached as Exhibit A).

28       3.      Defendant contacted my firm upon receipt of my letter and assured us that they would

1 | remove all offending trademarks, photographs and references to WSI brands.

2 | 4. Despite their assurances, no changes were made to Defendants' websites, and I

3 | therefore followed up with an additional cease and desist letter on November 1, 2007 (attached as

4 | Exhibit B).

5 | 5. We received no further communications from Defendants, nor did they follow through

6 | on their promises to remove WSI's Pottery Barn Marks and photographs from their website.

7 | Accordingly, on March 24, 2008, WSI filed a complaint against Defendants Danielle Sechrest, Steven

8 | Sechrest and James Killian, d/b/a Replacementslipcovers.com, alleging Federal Trademark

9 | Infringement, Federal Dilution of a Famous Mark, Copyright Infringement and Federal Unfair

10 | Competition.

11 | 6. Defendants Danielle Sechrest and Steven Sechrest were formally served on March 28,

12 | 2008. The accompanying proofs of service were e-filed with this Court on April 16, 2008 (attached as

13 | Exhibit C).

14 | 7. Both Danielle Sechrest and Steven Sechrest failed to file or serve an answer or

15 | response to the complaint, which was due on April 17, 2008.

16 | 8. Defendant James Killian was formally served on April 10, 2008. The accompanying

17 | proof of service was e-filed with this Court on April 16, 2008 (attached as Exhibit D).

18 | 9. Defendant Killian failed to file or serve an answer or response to the complaint, which

19 | was due on April 30, 2008.

20 | 10. After service of the Complaint, Defendants removed some, but not all infringing

21 | materials from their websites. Defendants continue to use infringing materials in their ebay store.

22 | 11. Since the complaint was served, we have not heard from Defendants or any

23 | representative thereof.

24 | 12. To my knowledge, Defendants Danielle Sechrest, Steven Sechrest and James Killian

25 | are neither infants, or otherwise legally incompetent persons, nor are they in active military service or

26 | otherwise exempted under the Soldiers and Sailors' Relief Act of 1940.

27 | 13. The costs and attorneys fees incurred in this action are $6,079.63. This includes

28 | $922.63 in costs and $5,157.00 in attorneys' fees (attached as Exhibit E). The costs include charges

1    for service.  The attorneys' fees include fees for reviewing file, drafting complaint, drafting request to

2    enter default judgment with supporting declaration, legal and factual research and drafting application

3    for default judgment by court.  The amount of the costs and attorneys fees are reasonable, relying on

4    the lowest billing rate available.

5        I declare under penalty of perjury under the laws of the United States of America that the

6    foregoing is true and correct and that this declaration was executed on July 9, 2008, at San Francisco,

7    California.

8

9

10   DATED:  July 9, 2008                    /s/  Tali L. Alban
                                             Tali L. Alban
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**
[C.C.P. §§ 1011 and 1013, C.R.C.§ 2008, F.R.C.P. Rule 5, F.R.A.P. 25]

I declare that I am employed in the City and County of San Francisco, California; I am over the age of 18 years and not a party to the within action; my business address is Two Embarcadero Center, Eighth Floor, San Francisco, California, 94111. On the date set forth below, I served a true and accurate copy of the document(s) entitled:

**DECLARATION OF TALI L. ALBAN IN SUPPORT OF PLAINTIFF WILLIAMS-SONOMA, INC'S APPLICATION FOR DEFAULT JUDGMENT BY COURT**

on the party(ies) in this action by placing said copy(ies) in a sealed envelope each addressed as follows:

| | |
|---|---|
| Danielle Sechrest<br>21036 Torrence Chapel Road<br>Cornelius, NC 28031<br><br>Steven Sechrest<br>21036 Torrence Chapel Road<br>Cornelius, NC 28031 | James Killian<br>19219 Dutch Iris Drive<br>Cornelius, NC 28031 |

☒　[By First Class Mail] I am readily familiar with my employer's practice for collecting and processing documents for mailing with the United States Postal Service. On the date listed herein, following ordinary business practice, I served the within document(s) at my place of business, by placing a true copy thereof, enclosed in a sealed envelope, with postage thereon fully prepaid, for collection and mailing with the United States Postal Service where it would be deposited with the United States Postal Service that same day in the ordinary course of business.

☐　[By Overnight Courier] I caused each envelope to be delivered by a commercial carrier service for overnight delivery to the offices of the addressee(s).

☐　[By Hand] I directed each envelope to the party(ies) so designated on the service list to be delivered by courier this date.

☐　[By Facsimile Transmission] I caused said document to be sent by facsimile transmission to the fax number indicated for the party(ies) listed above.

☐　[By Electronic Transmission] I caused said document to be sent by electronic transmission to the e-mail address(es) indicated for the party(ies) listed above.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed this date at San Francisco, California.

Dated: July 9, 2008

_____
Kristine J. Storheim

# EXHIBIT A

# TOWNSEND
*and*
# TOWNSEND
*and*
# CREW
LLP

San Francisco

Two Embarcadero Center
Eighth Floor
San Francisco, California 94111-3834
Tel 415.576.0200
Fax 415.576.0300

Direct: (415) 273-8317
tlalban@townsend.com

October 16, 2007

***VIA U.S. MAIL & EMAIL***

Danielle and Steven Sechrest (nchomestore@gmail.com)
Replacementslipcovers.com/NC Furniture Factory
P.O. Box 851/21036 Torrence Chapel Rd.
Cornelius, North Carolina 28031

  ***Re: Infringements: replacementslipcovers.com***

Dear Mr. Sechrest and/or Ms. Sechrest:

  We represent Williams-Sonoma, Inc., owner of the famous Pottery Barn® trademarks, in intellectual property matters.  We are writing because you are infringing the Pottery Barn® trademark, using copyrighted material, and unlawfully appropriating WSI's goodwill on your websites <http://www.replacementslipcovers.com> and <http://ncfurniturefactory.com>, and your eBay store.

  On your homepage, on other sections of your websites, and your eBay store, you prominently use the Pottery Barn® trademark and display WSI's copyrighted photographs in a highly misleading manner, thus conveying the impression that you are an authorized seller of genuine Pottery Barn merchandise.  You are not authorized to offer or sell genuine Pottery Barn® products nor are you authorized to use Pottery Barn's® proprietary intellectual property to sell your own merchandise.

  We require that these and any other confusing and deceptive practices stop immediately. You must immediately remove all infringing references to Pottery Barn® from your websites and eBay store and cease using the Pottery Barn® trademark and copyrighted photographs in connection with the sale of your products.  Please provide me in writing, no later than Tuesday, October 23, 2007, your assurance that these practices have ceased.

    Very truly yours,

    Tali L. Alban

cc: Williams-Sonoma, Inc.
61157394 v1

**EXHIBIT B**

Townsend
*and*
Townsend
*and*
Crew
LLP

San Francisco

Two Embarcadero Center
Eighth Floor
San Francisco, California 94111-3834
Tel 415.576.0200
Fax 415.576.0300

Direct: (415) 273-8317
tlalban@townsend.com

November 1, 2007

***VIA U.S. MAIL & EMAIL***

Steven Sechrest (nchomestore@gmail.com)
Replacementslipcovers.com/NC Furniture Factory
P.O. Box 851/21036 Torrence Chapel Rd.
Cornelius, North Carolina 28031

> ***Re:    Infringements: replacementslipcovers.com***

Dear Mr. Sechrest:

    We received your letter of October 16, in which you assured us that you would scrub your websites to ensure that your infringements on our client's intellectual property rights would cease. We have now given you sufficient time to accomplish this, and yet, a visit to the main page of your website (<http://www.replacementslipcovers.com>) shows that you are still using Williams-Sonoma's copyrighted photographs to promote your products.

    Moreover, you have made no changes to your site at <http://ncfurniturefactory.com>, and your eBay listings are still indiscriminately exploiting our client's trademarks and copyrights.

    If you do not immediately comply or provide an explanation as to why you believe compliance is not required, we will be forced to consider all our available remedies, which may include pursuing a federal court action.

    Please let us hear from you no later than Thursday, November 8, 2007.

Sincerely,

*Tali L. Alban /ss*

Tali L. Alban

cc:    Williams-Sonoma, Inc.
61195683 v1

**EXHIBIT C**

1  TOWNSEND AND TOWNSEND AND CREW LLP
   GREGORY S. GILCHRIST (CA State Bar # 111536); *gsgilchrist@townsend.com*
2  TALI L. ALBAN (CA State Bar # 233694); *tlalban@townsend.com*
   Two Embarcadero Center, 8th Floor
3  San Francisco, California  94111
   Telephone:  (415) 576-0200
4  Facsimile:  (415) 576-0300

5  Attorneys for Plaintiff
   WILLIAMS-SONOMA, INC.
6

7

8                  UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                   SAN FRANCISCO DIVISION

11

12  WILLIAMS-SONOMA, INC., a California          Case No. CV  08-1597 RS
    corporation,
13
                    Plaintiff,                   **RETURN OF SUMMONS AND PROOF OF**
14                                               **SERVICE OF SUMMONS, COMPLAINT**
            v.                                   **AND RELATED DOCUMENTS ON**
15                                               **DEFENDANTS DANIELLE SECHREST**
    Danielle SECHREST, an individual, Steven     **AND STEVEN SECHREST**
16  SECHREST, an individual, and James
    KILLIAN, an individual, doing business as
17  REPLACEMENTSLIPCOVERS.COM,

18                  Defendants.

19

20

21

22

23

24

25

26

27

28

ORIGINAL

AO 440 (Rev. 03/08) Civil Summons

# UNITED STATES DISTRICT COURT
### for the
#### NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| WILLIAMS-SONOMA, INC., | ) | |
| Plaintiff | ) | |
| v. | ) | Civil Action No. |
| Danielle Sechrest, Steven Sechrest, and James Killian, | ) | |
| dba REPLACEMENTSLIPCOVERS.COM | ) | CV 08       1597 |
| Defendant | | RS |

### Summons in a Civil Action

To: Danielle Sechrest, Steven Sechrest, and James Killian, dba REPLACEMENTSLIPCOVERS.COM

*(Defendant's name)*

A lawsuit has been filed against you.

      Within <u>20</u> days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

| | | |
|---|---|---|
| Gregory S. Gilchrist | Townsend and Townsend | Two Embarcadero Center, 8th Floor |
| Tali L. Alban | and Crew LLP | San Francisco, CA 94111 |

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

RICHARD W. WIEKING

Name of clerk of court

Date:      MAR 2 4 2008

Deputy clerk's signature

MARY ANN BUCKLEY

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _____,
_____
by:

    (1) personally delivering a copy of each to the individual at this place, _____; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
         who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
_____; or

    (4) returning the summons unexecuted to the court clerk on _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00._____


Date: _____

_____
Server's signature

_____
Printed name and title


_____
Server's address

NAME ADDRESS AND TELEPHONE NUMBER OF ATTORNEY

TALI L. ALBAN (SBN 233694)
TOWNSEND AND TOWNSEND AND CREW LLP
2 Embarcadero Center, 8th Floor
San Francisco, CA 94111
Telephone: (415) 576-0200

ATTORNEY(S) FOR: Plaintiff

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAMS-SONOMA, INC. etc. | CASE NUMBER |
| Plaintiff, | CV 08 1597 RS |
| v. | |
| DANIELLE SECHREST etc., et al. | **DECLARATION OF SERVICE** |
| Defendant. | |

At the time of service I was a citizen of the United States, over the age of eighteen, and not a party to this action; I served copies of the:

SEE EXHIBIT A ATTACHED HERETO

in the within action by personally delivering true copies thereof to the person served as follows:

Served               :  DANIELLE SECHREST

By serving           :  Steven Sechrest, Spouse

Address              :  (Home)
                        21036 Torrene Chapel Rd.
                        Cornelius, NC 28031

Date of Service  :  March 28, 2008

Time of Service  :  1:30 PM

I declare under penalty of perjury under the laws of the United States of America that the foregoing information is true and correct.

Date: March 28, 2008

signature: _Willie Johnson_
WILLIE JOHNSON

233252

# EXHIBIT A

SUMMONS IN A CIVIL ACTION; CIVIL COVER SHEET; COMPLAINT FOR FEDERAL
TRADEMARK INFRINGEMENT; DILUTION; COPYRIGHT INFRINGEMENT AND VIOLATION OF
FEDERAL UNFAIR COMPETITION LAW; (INJUNCTIVE RELIEF SOUGHT) JURY TRIAL
DEMAND; CERTIFICATION OF INTERESTED ENTITIES OR PERSONS JURY TRIAL DEMANDED;
ECF REGISTRATION INFORMATION HANDOUT; NOTICE OF ASSIGNMENT OF ASE TO A
UNITED STATES MAGISTRATE JUDGE; CONSENT TO PROCEED BEFORE A UNITED STATES
MAGISTRATE JUDGE; DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND
REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE; WELCOME TO THE
UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA,
CLERK'S OFFICE, SAN JOSE DIVISION; NORTHERN DISTRICT OF CALIFORNIA SAN JOSE
DIVISION CRIMINAL AND CIVIL LAW AND MOTION/TRIAL/SETTLEMENT/CASE
MANAGEMENT/DISMISSAL HEARING SCHEDULES; DROP BOX FILING PROCEDURES; ORDER
SETTING INITIAL ASE MANAGEMENT CONFERENCE AND ADR DEADLINES (FILE-STAMPED
DATE OF MARCH 24, 2008) WITH ATTACHMENTS; (A) STANDING ORDER (JUDGE SEEBORG)
RE INITIAL MANAGEMENT, (B) STANDING ORDER REGARDING CASE MANAGEMENT IN CIVIL
CASES; (C) STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF
CALIFORNIA RE CONTENTS OF JOINT CASE MANAGEMENT STATEMENT; AMENDED ORDER
SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES (FILE-STAMPED
DATE OF MARCH 27, 2008) WITH ATTACHMENTS: (A) STANDING ORDER (JUDGE SEEBORG)
RE INITIAL MANAGEMENT, (B) STANDING ORDER REGARDING CASE MANAGEMENT IN CIVIL
CASES; (C) STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF
CALIFORNIA RE CONTENTS OF JOINT CASE MANAGEMENT STATEMENT

TALI L. ALBAN (SBN 233694)
TOWNSEND AND TOWNSEND AND CREW LLP
2 Embarcadero Center, 8th Floor
San Francisco, CA 94111
Telephone: (415) 576-0200
Attorney for: Plaintiff

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Plaintiff : WILLIAMS-SONOMA, INC. etc.

Defendant : DANIELLE SECHREST etc., et al.

Ref#: 233252          **\* DECLARATION OF MAILING \***          Case No.: CV 08 1597 RS

At the time of service I was at least eighteen years of age and not a party
to this action and I served copies of the:

SEE EXHIBIT A ATTACHED HERETO

in the within action by placing true copies thereof in a sealed envelope
with first class postage fully prepaid thereon in the United States mail
at San Francisco, California, addressed as follows:

                    DANIELLE SECHREST


                    (Home)
                    21036 Torrene Chapel Rd.
                    Cornelius, NC 28031


                    Date of Mailing: March 28, 2008


Person who served papers:
APRIL JIMENEZ                          Fee for service: $257.63
SPECIALIZED LEGAL SERVICES, INC.       Registered California process server.
1112 Bryant Street, Suite 200          (i) Employee or Independent Contractor
San Francisco, CA 94103                (ii) Registration no.: 880
Telephone: (415) 357-0500              (iii) County: San Francisco


I declare under penalty of perjury under the laws of the United States of
America that the foregoing is true and correct.


Date: March 31, 2008                   Signature _____

EXHIBIT A

SUMMONS IN A CIVIL ACTION; CIVIL COVER SHEET; COMPLAINT FOR FEDERAL
TRADEMARK INFRINGEMENT; DILUTION; COPYRIGHT INFRINGEMENT AND VIOLATION OF
FEDERAL UNFAIR COMPETITION LAW; (INJUNCTIVE RELIEF SOUGHT) JURY TRIAL
DEMAND; CERTIFICATION OF INTERESTED ENTITIES OR PERSONS JURY TRIAL DEMANDED;
ECF REGISTRATION INFORMATION HANDOUT; NOTICE OF ASSIGNMENT OF ASE TO A
UNITED STATES MAGISTRATE JUDGE; CONSENT TO PROCEED BEFORE A UNITED STATES
MAGISTRATE JUDGE; DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND
REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE; WELCOME TO THE
UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA,
CLERK'S OFFICE, SAN JOSE DIVISION; NORTHERN DISTRICT OF CALIFORNIA SAN JOSE
DIVISION CRIMINAL AND CIVIL LAW AND MOTION/TRIAL/SETTLEMENT/CASE
MANAGEMENT/DISMISSAL HEARING SCHEDULES; DROP BOX FILING PROCEDURES; ORDER
SETTING INITIAL ASE MANAGEMENT CONFERENCE AND ADR DEADLINES (FILE-STAMPED
DATE OF MARCH 24, 2008) WITH ATTACHMENTS; (A) STANDING ORDER (JUDGE SEEBORG)
RE INITIAL MANAGEMENT, (B) STANDING ORDER REGARDING CASE MANAGEMENT IN CIVIL
CASES; (C) STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF
CALIFORNIA RE CONTENTS OF JOINT CASE MANAGEMENT STATEMENT; AMENDED ORDER
SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES (FILE-STAMPED
DATE OF MARCH 27, 2008) WITH ATTACHMENTS: (A) STANDING ORDER (JUDGE SEEBORG)
RE INITIAL MANAGEMENT, (B) STANDING ORDER REGARDING CASE MANAGEMENT IN CIVIL
CASES; (C) STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF
CALIFORNIA RE CONTENTS OF JOINT CASE MANAGEMENT STATEMENT

NAME ADDRESS AND TELEPHONE NUMBER OF ATTORNEY

TALI L. ALBAN (SBN 233694)
TOWNSEND AND TOWNSEND AND CREW LLP
2 Embarcadero Center, 8th Floor
San Francisco, CA 94111
Telephone: (415) 576-0200

ATTORNEY(S) FOR:  Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| WILLIAMS-SONOMA, INC. etc. | CASE NUMBER |
|---|---|
| Plaintiff, | CV 08 1597 RS |
| V. | |
| DANIELLE SECHREST etc., et al. | **DECLARATION OF SERVICE** |
| Defendant. | |

At the time of service I was a citizen of the United States, over the age of eighteen, and not a party to this action; I served copies of the:

SEE EXHIBIT A ATTACHED HERETO

in the within action by personally delivering true copies thereof to the person served as follows:

Served            :  STEVEN SECHREST

By serving        :  Steven Sechrest, Personally

Address           :  (Home)
                     21036 Torrence Chapel Rd.
                     Cornelius, NC 28031

Date of Service   :  March 28, 2008

Time of Service   :  1:30 PM

I declare under penalty of perjury under the laws of the United States of America that the foregoing information is true and correct.

Date: March 28, 2008

Signature: _Willie Johnson_
WILLIE JOHNSON

233253

EXHIBIT A

SUMMONS IN A CIVIL ACTION; CIVIL COVER SHEET; COMPLAINT FOR FEDERAL
TRADEMARK INFRINGEMENT; DILUTION; COPYRIGHT INFRINGEMENT AND VIOLATION OF
FEDERAL UNFAIR COMPETITION LAW; (INJUNCTIVE RELIEF SOUGHT) JURY TRIAL
DEMAND; CERTIFICATION OF INTERESTED ENTITIES OR PERSONS JURY TRIAL DEMANDED;
ECF REGISTRATION INFORMATION HANDOUT; NOTICE OF ASSIGNMENT OF ASE TO A
UNITED STATES MAGISTRATE JUDGE; CONSENT TO PROCEED BEFORE A UNITED STATES
MAGISTRATE JUDGE; DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND
REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE; WELCOME TO THE
UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA,
CLERK'S OFFICE, SAN JOSE DIVISION; NORTHERN DISTRICT OF CALIFORNIA SAN JOSE
DIVISION CRIMINAL AND CIVIL LAW AND MOTION/TRIAL/SETTLEMENT/CASE
MANAGEMENT/DISMISSAL HEARING SCHEDULES; DROP BOX FILING PROCEDURES; ORDER
SETTING INITIAL ASE MANAGEMENT CONFERENCE AND ADR DEADLINES (FILE-STAMPED
DATE OF MARCH 24, 2008) WITH ATTACHMENTS; (A) STANDING ORDER (JUDGE SEEBORG)
RE INITIAL MANAGEMENT, (B) STANDING ORDER REGARDING CASE MANAGEMENT IN CIVIL
CASES; (C) STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF
CALIFORNIA RE CONTENTS OF JOINT CASE MANAGEMENT STATEMENT; AMENDED ORDER
SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES (FILE-STAMPED
DATE OF MARCH 27, 2008) WITH ATTACHMENTS: (A) STANDING ORDER (JUDGE SEEBORG)
RE INITIAL MANAGEMENT, (B) STANDING ORDER REGARDING CASE MANAGEMENT IN CIVIL
CASES; (C) STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF
CALIFORNIA RE CONTENTS OF JOINT CASE MANAGEMENT STATEMENT

1

**CERTIFICATE OF SERVICE**

[C.C.P. §§ 1011 and 1013, C.R.C.§ 2008, F.R.C.P. Rule 5, F.R.A.P. 25]

I declare that I am employed in the City and County of San Francisco, California; I am over the age of 18 years and not a party to the within action; my business address is Two Embarcadero Center, Eighth Floor, San Francisco, California, 94111.  On the date set forth below, I served a true and accurate copy of the document(s) entitled:

**RETURN OF SUMMONS AND
PROOF OF SERVICE OF SUMMONS, COMPLAINT AND RELATED DOCUMENTS ON
DEFENDANTS DANIELLE SECHREST AND STEVEN SECHREST**

on the party(ies) in this action by placing said copy(ies) in a sealed envelope each addressed as follows:

| | |
|---|---|
| Danielle Sechrest<br>21036 Torrence Chapel Road<br>Cornelius, NC 28031<br><br><br>Steven Sechrest<br>21036 Torrence Chapel Road<br>Cornelius, NC 28031 | James Killian<br>19219 Dutch Iris Drive<br>Cornelius, NC 28031 |

☒ [By First Class Mail] I am readily familiar with my employer's practice for collecting and processing documents for mailing with the United States Postal Service. On the date listed herein, following ordinary business practice, I served the within document(s) at my place of business, by placing a true copy thereof, enclosed in a sealed envelope, with postage thereon fully prepaid, for collection and mailing with the United States Postal Service where it would be deposited with the United States Postal Service that same day in the ordinary course of business.

☐ [By Overnight Courier] I caused each envelope to be delivered by a commercial carrier service for overnight delivery to the offices of the addressee(s).

☐ [By Hand] I directed each envelope to the party(ies) so designated on the service list to be delivered by courier this date.

☐ [By Facsimile Transmission] I caused said document to be sent by facsimile transmission to the fax number indicated for the party(ies) listed above.

☐ [By Electronic Transmission] I caused said document to be sent by electronic transmission to the e-mail address(es) indicated for the party(ies) listed above.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed this date at San Francisco, California.

Dated: .April 16, 2008

_____
Kristine J. Storheim

61333018 v1

PROOF OF SERVICE
*Williams-Sonoma, Inc. v. Sechrest, et al.* - CV 08-1597 RS

**Storheim, Kris J.**

| | |
|---|---|
| **From:** | ECF-CAND@cand.uscourts.gov |
| **Sent:** | Wednesday, April 16, 2008 12:27 PM |
| **To:** | efiling@cand.uscourts.gov |
| **Subject:** | Activity in Case 5:08-cv-01597-RS Williams-Sonoma, Inc. v. Sechrest et al Summons Returned Executed |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.**

U.S. District Court
Northern District of California
**Notice of Electronic Filing or Other Case Activity**

---

NOTE: Please read this entire notice before calling the Help Desk. If you have questions, please email the Help Desk by replying to this message; include your question or comment along with the original text.

Please note that these Notices are sent for all cases in the system when any case activity occurs, regardless of whether the case is designated for e-filing or not, or whether the activity is the filing of an electronic document or not.

---

If there are **two** hyperlinks below, the first will lead to the docket and the second will lead to an e-filed document.
***If there is no second hyperlink, there is no electronic document available .***
See the FAQ posting 'I have a Notice of Electronic Filing that was e-mailed to me but there's no hyperlink...' on the ECF home page at https://ecf.cand.uscourts.gov for more information.

---

The following transaction was received from by Alban, Tali entered on 4/16/2008 12:26 PM and filed on 4/16/2008

| | |
|---|---|
| **Case Name:** | Williams-Sonoma, Inc. v. Sechrest et al |
| **Case Number:** | 5:08-cv-1597 |
| **Filer:** | Williams-Sonoma, Inc. |
| **Document Number:** | 6 |

**Docket Text:**
**SUMMONS Returned Executed by Williams-Sonoma, Inc.. Danielle Sechrest served on 3/28/2008, answer due 4/17/2008; Steven Sechrest served on 3/28/2008, answer due 4/17/2008.** *Return of Summons and Proof of Service of Summons, Complaint and Related Documents on Defendants Danielle Sechrest and Steven Sechrest* **(Alban, Tali) (Filed on 4/16/2008)**

**5:08-cv-1597 Notice has been electronically mailed to:**

Tali Leah N. Alban      tlalban@townsend.com, kjs@townsend.com

Gregory S. Gilchrist      gsgilchrist@townsend.com, clpetrich@townsend.com

**5:08-cv-1597 Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**C:\Documents and Settings\kjs\My Documents\WS v.
Replacementslipcovers.com\2008-04-16 Return of Summons - Proof of Service of Summons Complaint
- Related Docs on Danielle and Steven Sechrest.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=4/16/2008] [FileNumber=4310286-0]
[2b619c6e3174791193314e1e43ec7c2e346436ac3b82e6ba3f3c9aea92f75e03f1ca7
c28628ef25902799608e208cd832c686f2d9d914bfd3622bd64ec75d2a7]]

4/16/2008

**EXHIBIT D**

1  TOWNSEND AND TOWNSEND AND CREW LLP
   GREGORY S. GILCHRIST (CA State Bar # 111536); *gsgilchrist@townsend.com*
2  TALI L. ALBAN (CA State Bar # 233694); *tlalban@townsend.com*
   Two Embarcadero Center, 8th Floor
3  San Francisco, California  94111
   Telephone:  (415) 576-0200
4  Facsimile:  (415) 576-0300

5  Attorneys for Plaintiff
   WILLIAMS-SONOMA, INC.

6

7

8                    UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                      SAN FRANCISCO DIVISION

11

12  WILLIAMS-SONOMA, INC., a California          Case No. CV  08-1597 RS
    corporation,
13
                    Plaintiff,
14                                               **RETURN OF SUMMONS AND PROOF OF
          v.                                     SERVICE OF SUMMONS, COMPLAINT
15                                               AND RELATED DOCUMENTS ON
    Danielle SECHREST, an individual, Steven     DEFENDANT JAMES KILLIAN**
16  SECHREST, an individual, and JAMES
    KILLIAN, an individual, doing business as
17  REPLACEMENTSLIPCOVERS.COM,

18                  Defendants.

19

20

21

22

23

24

25

26

27

28

AO 440 (Rev. 03/08) Civil Summons

# UNITED STATES DISTRICT COURT

for the

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAMS-SONOMA, INC., | ) |
| Plaintiff | ) |
| v. | ) Civil Action No. |
| Danielle Sechrest, Steven Sechrest, and James Killian, | ) |
| dba REPLACEMENTSLIPCOVERS.COM | ) |
| Defendant | |

CV 08 1597

RS

## Summons in a Civil Action

Danielle Sechrest, Steven Sechrest, and James Killian,
To: dba REPLACEMENTSLIPCOVERS.COM

*(Defendant's name)*

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

| | | |
|---|---|---|
| Gregory S. Gilchrist | Townsend and Townsend | Two Embarcadero Center, 8th Floor |
| Tali L. Alban | and Crew LLP | San Francisco, CA 94111 |

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

RICHARD W. WIEKING

_____
Name of clerk of court

Date:        MAR 2 4 2008

_____
Deputy clerk's signature

MARY ANN BUCKLEY

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _____, _____
by:

(1) personally delivering a copy of each to the individual at this place, _____; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
_____; or

(4) returning the summons unexecuted to the court clerk on _____._____

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00._____

Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's address

NAME ADDRESS AND TELEPHONE NUMBER OF ATTORNEY

TALI L. ALBAN (SBN 233694)
TOWNSEND AND TOWNSEND AND CREW LLP
2 Embarcadero Center, 8th Floor
San Francisco, CA 94111
Telephone: (415) 576-0200

ATTORNEY(S) FOR: Plaintiff

## UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAMS-SONOMA, INC. etc.<br><br>Plaintiff,<br><br>v.<br><br>DANIELLE SECHREST etc., et al.<br><br>Defendant. | CASE NUMBER<br>CV 08 1597 RS<br><br>DECLARATION OF SERVICE |

At the time of service I was a citizen of the United States, over the age of eighteen, and not a party to this action; I served copies of the:

SEE EXHIBIT A ATTACHED HERETO

in the within action by personally delivering true copies thereof to the person served as follows:

Served              : JAMES KILLIAN

By serving          : James Killian, Personally

Address             : (Home)
                      19219 Dutch Iris Drive
                      Cornelius, NC 28031

Date of Service : April 10, 2008

Time of Service : 8:05 PM

I declare under penalty of perjury under the laws of the United States of America that the foregoing information is true and correct.

Date: April 14, 2008

Signature: _Willie Johnson_
WILLIE JOHNSON

234194

Case 3:08-cv-01975-CARS Document 14-2 Filed 04/16/2008 Page 26 of 32
PAGE.02
APR 14 2008 13:19 FR
4152789670 TO 17043731329
APR 16 2008 06:44
P.03/03

# EXHIBIT A

SUMMONS IN A CIVIL ACTION; CIVIL COVER SHEET; COMPLAINT FOR FEDERAL TRADEMARK INFRINGEMENT; DILUTION; COPYRIGHT INFRINGEMENT AND VIOLATION OF FEDERAL UNFAIR COMPETITION LAW; (INJUNCTIVE RELIEF SOUGHT) JURY TRIAL DEMAND; CERTIFICATION OF INTERESTED ENTITIES OR PERSONS JURY TRIAL DEMANDED; ECF REGISTRATION INFORMATION HANDOUT; NOTICE OF ASSIGNMENT OF ASE TO A UNITED STATES MAGISTRATE JUDGE; CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE; DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE; WELCOME TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, CLERK'S OFFICE, SAN JOSE DIVISION; NORTHERN DISTRICT OF CALIFORNIA SAN JOSE DIVISION CRIMINAL AND CIVIL LAW AND MOTION/TRIAL/SETTLEMENT/CASE MANAGEMENT/DISMISSAL HEARING SCHEDULES; DROP BOX FILING PROCEDURES; ORDER SETTING INITIAL ASE MANAGEMENT CONFERENCE AND ADR DEADLINES (FILE-STAMPED DATE OF MARCH 24, 2008) WITH ATTACHMENTS; (A) STANDING ORDER (JUDGE SEEBORG) RE INITIAL MANAGEMENT, (B) STANDING ORDER REGARDING CASE MANAGEMENT IN CIVIL CASES; (C) STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA RE CONTENTS OF JOINT CASE MANAGEMENT STATEMENT; AMENDED ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES (FILE-STAMPED DATE OF MARCH 27, 2008) WITH ATTACHMENTS: (A) STANDING ORDER (JUDGE SEEBORG) RE INITIAL MANAGEMENT, (B) STANDING ORDER REGARDING CASE MANAGEMENT IN CIVIL CASES; (C) STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA RE CONTENTS OF JOINT CASE MANAGEMENT STATEMENT

**CERTIFICATE OF SERVICE**

[C.C.P. §§ 1011 and 1013, C.R.C.§ 2008, F.R.C.P. Rule 5, F.R.A.P. 25]

I declare that I am employed in the City and County of San Francisco, California; I am over the age of 18 years and not a party to the within action; my business address is Two Embarcadero Center, Eighth Floor, San Francisco, California, 94111. On the date set forth below, I served a true and accurate copy of the document(s) entitled:

**RETURN OF SUMMONS AND**
**PROOF OF SERVICE OF SUMMONS, COMPLAINT AND RELATED DOCUMENTS ON**
**DEFENDANT JAMES KILLIAN**

on the party(ies) in this action by placing said copy(ies) in a sealed envelope each addressed as follows:

| | |
|---|---|
| Danielle Sechrest<br>21036 Torrence Chapel Road<br>Cornelius, NC 28031 | James Killian<br>19219 Dutch Iris Drive<br>Cornelius, NC 28031 |
| Steven Sechrest<br>21036 Torrence Chapel Road<br>Cornelius, NC 28031 | |

☒ **[By First Class Mail]** I am readily familiar with my employer's practice for collecting and processing documents for mailing with the United States Postal Service. On the date listed herein, following ordinary business practice, I served the within document(s) at my place of business, by placing a true copy thereof, enclosed in a sealed envelope, with postage thereon fully prepaid, for collection and mailing with the United States Postal Service where it would be deposited with the United States Postal Service that same day in the ordinary course of business.

☐ **[By Overnight Courier]** I caused each envelope to be delivered by a commercial carrier service for overnight delivery to the offices of the addressee(s).

☐ **[By Hand]** I directed each envelope to the party(ies) so designated on the service list to be delivered by courier this date.

☐ **[By Facsimile Transmission]** I caused said document to be sent by facsimile transmission to the fax number indicated for the party(ies) listed above.

☐ **[By Electronic Transmission]** I caused said document to be sent by electronic transmission to the e-mail address(es) indicated for the party(ies) listed above.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed this date at San Francisco, California.

Dated: April 16, 2008

Kristine J. Storheim

61342585 v1

PROOF OF SERVICE
*Williams-Sonoma, Inc. v. Sechrest, et al.* - CV 08-1597 RS

**Storheim, Kris J.**

| | |
|---|---|
| **From:** | ECF-CAND@cand.uscourts.gov |
| **Sent:** | Wednesday, April 16, 2008 12:30 PM |
| **To:** | efiling@cand.uscourts.gov |
| **Subject:** | Activity in Case 5:08-cv-01597-RS Williams-Sonoma, Inc. v. Sechrest et al Summons Returned Executed |

<span style="color:red">**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**</span>
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.**

U.S. District Court
Northern District of California
**Notice of Electronic Filing or Other Case Activity**

NOTE: Please read this entire notice before calling the Help Desk. If you have questions, please email the Help Desk by replying to this message; include your question or comment along with the original text.

Please note that these Notices are sent for all cases in the system when any case activity occurs, regardless of whether the case is designated for e-filing or not, or whether the activity is the filing of an electronic document or not.

If there are **two** hyperlinks below, the first will lead to the docket and the second will lead to an e-filed document.
***If there is no second hyperlink, there is no electronic document available .***
See the FAQ posting 'I have a Notice of Electronic Filing that was e-mailed to me but there's no hyperlink...' on the ECF home page at https://ecf.cand.uscourts.gov for more information.

The following transaction was received from by Alban, Tali entered on 4/16/2008 12:29 PM and filed on 4/16/2008

| | |
|---|---|
| **Case Name:** | Williams-Sonoma, Inc. v. Sechrest et al |
| **Case Number:** | 5:08-cv-1597 |
| **Filer:** | Williams-Sonoma, Inc. |
| **Document Number:** | 7 |

**Docket Text:**
<span style="color:blue">**SUMMONS Returned Executed by Williams-Sonoma, Inc.. James Killian served on 4/10/2008, answer due 4/30/2008.** *Return of Summons and Proof of Service of Summons, Complaint and Related Documents on Defendant James Killian* **(Alban, Tali) (Filed on 4/16/2008)**</span>

**5:08-cv-1597 Notice has been electronically mailed to:**

Tali Leah N. Alban      tlalban@townsend.com, kjs@townsend.com

Gregory S. Gilchrist      gsgilchrist@townsend.com, clpetrich@townsend.com

**5:08-cv-1597 Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**C:\Documents and Settings\kjs\My Documents\WS v.
Replacementslipcovers.com\2008-04-16 Return of Summons and Proof of Service of Summons
Complaint and Related Documents on James Killian.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=4/16/2008] [FileNumber=4310311-0]
[0b9d7156f26d2e181cbd6dae8ece348be91e529ae9c9771bfdc4426fe195bdbc0aa21
492dbb8289c9052edf5fd89d447d6697230dc0a7763318db74ffb5883ef]]

**EXHIBIT E**

| Date | Initials | Name / Invoice Number | Hours | Amount | Description | Matter Number | Index |
|------|----------|----------------------|-------|--------|-------------|---------------|-------|
| 3/24/2008 | 4173 | Tali Alban | 1.1 | 306.9 | Prepare Complaint for filing; ████████ | 033127-020500US | 4000959 |
| 4/30/2008 | | Invoice=670869 | 1.1 | 306.9 | ████████████ | | |
| 3/24/2008 | 4119 | Claude N. Mendelson | 0.5 | 56.25 | Assemble final exhibit set ███████████ | 033127-020500US | 4002841 |
| 4/30/2008 | | Invoice=670869 | 0.5 | 56.25 | ████████████████ Edit complaint, ███████████ | | |
| 3/26/2008 | 4119 | Claude N. Mendelson | 0.2 | 22.5 | Phone call ████████ re: filing. | 033127-020500US | 4002839 |
| 4/30/2008 | | Invoice=670869 | 0.2 | 22.5 | | | |
| 3/27/2008 | 4119 | Claude N. Mendelson | 0.2 | 22.5 | Discuss service of complaint ██████████ ████████ | 033127-020500US | 4002840 |
| 4/30/2008 | | Invoice=670869 | 0.2 | 22.5 | | | |
| 3/27/2008 | 4173 | Tali Alban | 0.3 | 83.7 | Review and circulate scheduling order and other court ECF entries. | 033127-020500US | 4000958 |
| 4/30/2008 | | Invoice=670869 | 0.3 | 83.7 | | | |
| 5/20/2008 | 4061 | James D. Tario | 4.2 | 926.1 | Draft Request for Entry of default; review complaint; draft declaration in support of Request. | 033127-020500US | 4071057 |
| 6/30/2008 | | Invoice=676494 | 4.2 | 926.1 | | | |
| 5/21/2008 | 4061 | James D. Tario | 8.3 | 1,830.15 | Draft Declaration in Support of Request to Enter Default; draft Motion for Default Judgment; research and analyze cases on damages for Motion. | 033127-020500US | 4071058 |
| 6/30/2008 | | Invoice=676494 | 8.3 | 1,830.15 | | | |
| 5/23/2008 | 4061 | James D. Tario | 8.3 | 1,830.15 | Draft and revise Motion for Default Judgment; research and analyze cases on copyright infringement damages for Motion. | 033127-020500US | 4071056 |
| 6/30/2008 | | Invoice=676494 | 8.3 | 1,830.15 | | | |
| 5/30/2008 | 4119 | Claude N. Mendelson | 0.7 | 78.75 | ████████████ Request for default filing. | 033127-020500US | 4082509 |
| 6/30/2008 | | Invoice=676494 | 0.7 | 78.75 | | | |

BILLED TOTALS:    BILL:    23.8  5,157.00

## Invoice/Service Report

**Client#:** 344
**Inv#:** 234194

**Date:** April 14, 2008

**Client:** TOWNSEND AND TOWNSEND AND CREW LLP
2 Embarcadero Center, 8th Floor
San Francisco, CA 94111

**Attention:** KRISTINE STORHEIM

**ENT'D MAY 2 0 2008**

**Case No.:** CV 08 1597 RS

**Court:** UNITED STATES DISTRICT COURT

**Plaintiff:** WILLIAMS-SONOMA, INC. ETC.

**Defendant:** DANIELLE SECHREST ETC., ET AL.

**Ref No.:** 033127

**Document(s):** SUMMONS IN A CIVIL ACTION; CIVIL COVER SHEET; COMPLAINT FOR FEDERAL
TRADEMARK INFRINGEMENT; DILUTION; COPYRIGHT INFRINGEMENT AND
VIOLATION OF FEDERAL UNFAIR COMPETITION LAW; (INJUNCTIVE RELIEF
SOUGHT) JURY TRIAL DEMAND; CERTIFICATION OF INTERESTED ENTITIES OR
PERSONS JURY TRIAL DEMANDED; ECF REGISTRATION INFORMATION HANDOUT;
NOTICE OF ASSIGNMENT OF ASE TO A UNITED STATES MAGISTRATE JUDGE;

**Report:** Service on: JAMES KILLIAN - Business address  (B) : 21036 Torrence Chapel Rd.,
Cornelius, NC 28031 - Residence address (H) : 19219 Dutch Iris Drive,
Cornelius, NC 28031 - Alternate address (A) : 2427 Claremont Rd., Newton, NC
28658 - 3/28/2008 @ 1:30 PM (B) Given address is a residence. Subject does not
reside here per Steven Sechrest.; 3/29/2007 @ 10:07 AM (A) Not in per
employee at time of attempt. Subject owns the business and has no set
schedule. ; 3/31/2008 @ 2:00 PM (A) Not in per employee at time of attempt.;
4/1/2008 @ 8:00 AM (A) Subject not in per employee at time of attempt. Waited
until 9:00 AM but subject never showed up.;  Service was effected at the Home
address on April 10, 2008. Declaration(s) re service were returned April 14,
2008 **

**Fees and Costs:**

| | | |
|---|---|---|
| 1 | Additional Service @ $50.00 | $50.00 |
| 1 | Skiptrace @ $125.00 | $125.00 |
| 1 | Special Service - Nationwide @ $195.00 | $195.00 |
| 1 | Expediting Fee @ $25.00 | $25.00 |

*033127-020500*

*ok to pay*
*TLA*

**Invoice Total:    $395.00**

### Specialized Legal Services, Inc.
P.O. Box 77141
San Francisco, CA 94107
(415) 357-0500
IRS# 94-3315956

*713 406*

# Invoice/Service Report

**Client#:** 344

**Inv#:** 233254

**Date:** April 1, 2008

---

**Client:** TOWNSEND AND TOWNSEND AND CREW LLP
2 Embarcadero Center, 8th Floor
San Francisco, CA 94111

**Attention:** KRISTINE J. STORHEIM

**Case No.:** CV 08 1597 RS

**Court:** UNITED STATES DISTRICT COURT

**Plaintiff:** WILLIAMS-SONOMA, INC. ETC.

**Defendant:** DANIELLE SECHREST ETC., ET AL.

**Ref No.:** 033127

*ENT'D APR 7 2008*

**Document(s):** SUMMONS IN A CIVIL ACTION; CIVIL COVER SHEET; COMPLAINT FOR FEDERAL
TRADEMARK INFRINGEMENT; DILUTION; COPYRIGHT INFRINGEMENT AND
VIOLATION OF FEDERAL UNFAIR COMPETITION LAW; (INJUNCTIVE RELIEF
SOUGHT) JURY TRIAL DEMAND; CERTIFICATION OF INTERESTED ENTITIES OR
PERSONS JURY TRIAL DEMANDED; ECF REGISTRATION INFORMATION HANDOUT;
NOTICE OF ASSIGNMENT OF ASE TO A UNITED STATES MAGISTRATE JUDGE;

---

**Report:** Service on: JAMES KILLIAN - Business address  (B) : 21036 Torrence Chapel Rd.,
Cornelius, NC 28031 - Residence address (H) : UNKNOWN - Declaration(s) re
service were returned April 1, 2008 **

---

| Fees and Costs: | | |
|---|---|---|
| 1 Special Service - Nationwide @ $195.00 | | $195.00 |
| 1 Expediting Fee @ $25.00 | | $25.00 |

*033127- 020500us*
*Okay to pay Tali Alban*

**Invoice Total:** $220.00

---

### Specialized Legal Services, Inc.
P.O. Box 77141
San Francisco, CA 94107
(415) 357-0500
IRS# 94-3315956

# Invoice/Service Report

**Client#:** 344

**Inv#:** 233253

**Date:** April 1, 2008

---

**Client:** TOWNSEND AND TOWNSEND AND CREW LLP
2 Embarcadero Center, 8th Floor
San Francisco, CA 94111

**Attention:** KRISTINE J. STORHEIM

**Case No.:** CV 08 1597 RS

**Court:** UNITED STATES DISTRICT COURT

**Plaintiff:** WILLIAMS-SONOMA, INC. ETC.

**Defendant:** DANIELLE SECHREST ETC., ET AL.

**Ref No.:** 033127

**Document(s):** SUMMONS IN A CIVIL ACTION; CIVIL COVER SHEET; COMPLAINT FOR FEDERAL
TRADEMARK INFRINGEMENT; DILUTION; COPYRIGHT INFRINGEMENT AND
VIOLATION OF FEDERAL UNFAIR COMPETITION LAW; (INJUNCTIVE RELIEF
SOUGHT) JURY TRIAL DEMAND; CERTIFICATION OF INTERESTED ENTITIES OR
PERSONS JURY TRIAL DEMANDED; ECF REGISTRATION INFORMATION HANDOUT;
NOTICE OF ASSIGNMENT OF ASE TO A UNITED STATES MAGISTRATE JUDGE;

---

**Report:** Service on: STEVEN SECHREST - Business address  (B) : UNKNOWN - Residence
address (H) : 21036 Torrence Chapel Rd., Cornelius, NC 28031 - Service was
effected at the Home address on March 28, 2008. Declaration(s) re service were
returned March 28, 2008 **

---

**Fees and Costs:**    1 Additional Service @ $50.00                          $50.00

033127- 020590045
Okan kupay  Tali Alban

**Invoice Total:    $50.00**

---

## Specialized Legal Services, Inc.
P.O. Box 77141
San Francisco, CA 94107
(415) 357-0500
IRS# 94-3315956

# Invoice/Service Report

Client#: 344

Inv#: 233252

Date: April 1, 2008

--------------------------------------------------------------------

Client: TOWNSEND AND TOWNSEND AND CREW LLP
2 Embarcadero Center, 8th Floor
San Francisco, CA 94111

Attention: KRISTINE J. STORHEIM

Case No.: CV 08 1597 RS

Court: UNITED STATES DISTRICT COURT

Plaintiff: WILLIAMS-SONOMA, INC. ETC.

Defendant: DANIELLE SECHREST ETC., ET AL.

Ref No.: 033127

ENT'D APR 17 2008

Document(s): SUMMONS IN A CIVIL ACTION; CIVIL COVER SHEET; COMPLAINT FOR FEDERAL
TRADEMARK INFRINGEMENT; DILUTION; COPYRIGHT INFRINGEMENT AND
VIOLATION OF FEDERAL UNFAIR COMPETITION LAW; (INJUNCTIVE RELIEF
SOUGHT) JURY TRIAL DEMAND; CERTIFICATION OF INTERESTED ENTITIES OR
PERSONS JURY TRIAL DEMANDED; ECF REGISTRATION INFORMATION HANDOUT;
NOTICE OF ASSIGNMENT OF ASE TO A UNITED STATES MAGISTRATE JUDGE;

--------------------------------------------------------------------

Report: Service on: DANIELLE SECHREST - Business address  (B) : UNKNOWN - Residence
address (H) : 21036 Torrene Chapel Rd., Cornelius, NC 28031 - Service was
effected at the Home address on March 28, 2008. Declaration(s) re service were
returned March 31, 2008 **

--------------------------------------------------------------------

Fees and Costs:
| | | |
|---|---|---|
| 1 Special Service - Nationwide @ $195.00 | | $195.00 |
| 1 Expediting Fee @ $25.00 | | $25.00 |
| 1 Federal Express @ $37.63 | | $37.63 |

033127- 0205005
Okay to pay Tali Alban

Invoice Total:    $257.63

--------------------------------------------------------------------

## Specialized Legal Services, Inc.
P.O. Box 77141
San Francisco, CA 94107
(415) 357-0500
IRS# 94-3315956

7/4/47