TOWNSEND AND TOWNSEND AND CREW LLP
GREGORY S. GILCHRIST (CA State Bar # 111536); *gsgilchrist@townsend.com*
TALI L. ALBAN (CA State Bar # 233694); *tlalban@townsend.com*
Two Embarcadero Center, 8th Floor
San Francisco, California 94111
Telephone: (415) 576-0200
Facsimile: (415) 576-0300

Attorneys for Plaintiff
WILLIAMS-SONOMA, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| WILLIAMS-SONOMA, INC., a California corporation,<br><br>        Plaintiff,<br><br>    v.<br><br>Danielle SECHREST, an individual, Steven SECHREST, an individual, and James KILLIAN, an individual, doing business as REPLACEMENTSLIPCOVERS.COM,<br><br>        Defendants. | Case No. CV 08-1597 RS<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF WILLIAMS-SONOMA, INC.'S APPLICATION FOR DEFAULT JUDGMENT**<br><br>Date: Wednesday, August 20, 2008<br>Time: 9:30 a.m.<br>Courtroom: #4<br>Magistrate Judge Richard Seeborg |

[Proposed] Order Re: Plf.'s
Application for Default Judgment

Williams-Sonoma, Inc. v.Danielle Sechrest., et al
Case No. CV 08-1597 RS.

Plaintiff Williams-Sonoma, Inc.'s ("WSI") Application for Default Judgment against Defendants Danielle Sechrest, Steven Sechrest, and James Killian, d/b/a Replacementslipcovers.com ("Defendants"), came on for a hearing before this Court on August 20, 2008, and this Court, having considered all the evidence in the record and arguments of counsel, and, for good cause appearing, **HEREBY GRANTS PLAINTIFF'S APPLICATION FOR DEFAULT JUDGMENT.**

**THEREFORE, IT IS ORDERED** that judgment shall be entered for Plaintiff Williams-Sonoma, Inc., and against Defendants.

**IT IS FURTHER ORDERED** that Defendants, their agents, employees, successors, and all persons acting in concert with them who receive notice of this Order, are permanently enjoined from infringing or diluting in any manner WSI's Copyrighted images, POTTERY BARN trademarks, or other WSI marks, including any commercial use of the marks "Pottery Barn," "Pottery Barn Teens," "Pottery Barn Kids," "PB Kids," or any colorable imitation or variations of these marks;

**IT IS FURTHER ORDERED** that WSI shall recover from Defendants, jointly and severally, WSI's reasonable costs and attorneys' fees in the amount of $6,079.63.

**IT IS FURTHER ORDERED** that this Court shall retain jurisdiction for the purpose of making further orders necessary or proper for the construction, modification, and/or enforcement of this Order and/or for the punishment of any violations thereof.

DATED: _____      _____
RICHARD SEEBORG
UNITED STATES MAGISTRATE JUDGE

**CERTIFICATE OF SERVICE**
[C.C.P. §§ 1011 and 1013, C.R.C.§ 2008, F.R.C.P. Rule 5, F.R.A.P. 25]

I declare that I am employed in the City and County of San Francisco, California; I am over the age of 18 years and not a party to the within action; my business address is Two Embarcadero Center, Eighth Floor, San Francisco, California, 94111. On the date set forth below, I served a true and accurate copy of the document(s) entitled:

**[PROPOSED] ORDER GRANTING PLAINTIFF WILLIAMS-SONOMA, INC.'S APPLICATION FOR DEFAULT JUDGMENT**

on the party(ies) in this action by placing said copy(ies) in a sealed envelope each addressed as follows:

| | |
|---|---|
| Danielle Sechrest<br>21036 Torrence Chapel Road<br>Cornelius, NC 28031 | James Killian<br>19219 Dutch Iris Drive<br>Cornelius, NC 28031 |
| Steven Sechrest<br>21036 Torrence Chapel Road<br>Cornelius, NC 28031 | |

☒ **[By First Class Mail]** I am readily familiar with my employer's practice for collecting and processing documents for mailing with the United States Postal Service. On the date listed herein, following ordinary business practice, I served the within document(s) at my place of business, by placing a true copy thereof, enclosed in a sealed envelope, with postage thereon fully prepaid, for collection and mailing with the United States Postal Service where it would be deposited with the United States Postal Service that same day in the ordinary course of business.

☐ **[By Overnight Courier]** I caused each envelope to be delivered by a commercial carrier service for overnight delivery to the offices of the addressee(s).

☐ **[By Hand]** I directed each envelope to the party(ies) so designated on the service list to be delivered by courier this date.

☐ **[By Facsimile Transmission]** I caused said document to be sent by facsimile transmission to the fax number indicated for the party(ies) listed above.

☐ **[By Electronic Transmission]** I caused said document to be sent by electronic transmission to the e-mail address(es) indicated for the party(ies) listed above.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed this date at San Francisco, California.

Dated: July 9, 2008

_____
Kristine J. Storheim

61422061 v1

- 1 -