TOWNSEND AND TOWNSEND AND CREW LLP
GREGORY S. GILCHRIST (CA State Bar # 111536); *gsgilchrist@townsend.com*
TALI L. ALBAN (CA State Bar # 233694); *tlalban@townsend.com*
Two Embarcadero Center, 8th Floor
San Francisco, California 94111
Telephone: (415) 576-0200
Facsimile: (415) 576-0300

Attorneys for Plaintiff
WILLIAMS-SONOMA, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| WILLIAMS-SONOMA, INC., a California corporation,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>Danielle SECHREST, an individual, Steven SECHREST, an individual, and James KILLIAN, an individual, doing business as REPLACEMENTSLIPCOVERS.COM,<br><br>　　　　　　　Defendants. | Case No. CV 08-1597 RS<br><br>**PLAINTIFF WILLIAMS-SONOMA, INC.'S *EX PARTE* APPLICATION FOR RELIEF FROM CASE MANAGEMENT SCHEDULE PENDING RESOLUTION OF APPLICATION FOR DEFAULT JUDGMENT**<br><br>Date: Wednesday, August 20, 2008<br>Time: 9:30 a.m.<br>Courtroom: #4<br>Magistrate Judge Richard Seeborg |

1    Pursuant to Local Rule 16-2(d), plaintiff Williams-Sonoma, Inc., ("WSI") hereby applies *ex parte* to this Court for an order granting relief from the case management schedule pending resolution of its Default Judgment Application, for the following reasons:

On March 24, 2008, plaintiff WSI filed a Complaint alleging trademark infringement, dilution of a famous mark, copyright infringement, false designation of origin and false description and unfair competition action against defendants Danielle Sechrest, Steven Sechrest and James Killian, doing business as Replacementslipcovers.com (collectively "Defendants"). Proof of service of the Complaint was filed with the Court on April 16, 2008.

To date, Defendants have not filed appearances in this case, nor have they or their counsel filed any responsive pleading or motion permitted by law. On May 30, 2008, WSI filed a Request to Enter Default By Clerk and, on June 3, 2008, the Clerk entered Default as to Defendants Danielle Sechrest, Steven Sechrest and James Killian, doing business as Replacementslipcovers.com  Concurrently with this Application, WSI is filing with the Court an Application for Default Judgment with a supporting Declaration of Tali L. Alban.

For the foregoing reasons, plaintiff WSI respectfully requests that this Court grant relief from the current case management schedule and reschedule the Case Management Conference currently on calendar for July 16, 2008, until after resolution of the Application for Default Judgment by the Court.

DATED: July 9, 2008        Respectfully submitted,

TOWNSEND AND TOWNSEND AND CREW LLP


By:    /s/ Tali L. Alban
       Gregory S. Gilchrist
       Tali L. Alban
       Attorneys for Plaintiff
       WILLIAMS-SONOMA, INC.

61421406 v1

**CERTIFICATE OF SERVICE**
[C.C.P. §§ 1011 and 1013, C.R.C.§ 2008, F.R.C.P. Rule 5, F.R.A.P. 25]

I declare that I am employed in the City and County of San Francisco, California; I am over the age of 18 years and not a party to the within action; my business address is Two Embarcadero Center, Eighth Floor, San Francisco, California, 94111. On the date set forth below, I served a true and accurate copy of the document(s) entitled:

**PLAINTIFF WILLIAMS-SONOMA, INC.'S *EX PARTE* APPLICATION FOR RELIEF FROM CASE MANAGEMENT SCHEDULE PENDING RESOLUTION OF APPLICATION FOR DEFAULT JUDGMENT**

on the party(ies) in this action by placing said copy(ies) in a sealed envelope each addressed as follows:

| | |
|---|---|
| Danielle Sechrest<br>21036 Torrence Chapel Road<br>Cornelius, NC 28031 | James Killian<br>19219 Dutch Iris Drive<br>Cornelius, NC 28031 |
| Steven Sechrest<br>21036 Torrence Chapel Road<br>Cornelius, NC 28031 | |

☒ [By First Class Mail] I am readily familiar with my employer's practice for collecting and processing documents for mailing with the United States Postal Service. On the date listed herein, following ordinary business practice, I served the within document(s) at my place of business, by placing a true copy thereof, enclosed in a sealed envelope, with postage thereon fully prepaid, for collection and mailing with the United States Postal Service where it would be deposited with the United States Postal Service that same day in the ordinary course of business.

☐ [By Overnight Courier] I caused each envelope to be delivered by a commercial carrier service for overnight delivery to the offices of the addressee(s).

☐ [By Hand] I directed each envelope to the party(ies) so designated on the service list to be delivered by courier this date.

☐ [By Facsimile Transmission] I caused said document to be sent by facsimile transmission to the fax number indicated for the party(ies) listed above.

☐ [By Electronic Transmission] I caused said document to be sent by electronic transmission to the e-mail address(es) indicated for the party(ies) listed above.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed this date at San Francisco, California.

Dated: July 9, 2008

_____
Kristine J. Storheim

PROOF OF SERVICE
CASE NO. CV-09-1597 RS

1  TOWNSEND AND TOWNSEND AND CREW LLP
   GREGORY S. GILCHRIST (CA State Bar # 111536); *gsgilchrist@townsend.com*
2  TALI L. ALBAN (CA State Bar # 233694); *tlalban@townsend.com*
   Two Embarcadero Center, 8th Floor
3  San Francisco, California 94111
   Telephone: (415) 576-0200
4  Facsimile: (415) 576-0300

5  Attorneys for Plaintiff
   WILLIAMS-SONOMA, INC.
6

7
                       UNITED STATES DISTRICT COURT
8
                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
9
                              SAN JOSE DIVISION
10

11 WILLIAMS-SONOMA, INC., a California      Case No. CV 08-1597 RS
   corporation,
12                                          **[PROPOSED] ORDER GRANTING
                  Plaintiff,                PLAINTIFF WILLIAMS-SONOMA,
13                                          INC.'S *EX PARTE* APPLICATION
           v.                               FOR RELIEF FROM CASE
14                                          MANAGEMENT SCHEDULE
   Danielle SECHREST, an individual, Steven PENDING RESOLUTION OF
15 SECHREST, an individual, and James       APPLICATION FOR DEFAULT
   KILLIAN, an individual, doing business as JUDGMENT**
16 REPLACEMENTSLIPCOVERS.COM,

17                Defendants.               Date: Wednesday, August 20, 2008
                                            Time: 9:30 a.m.
18                                          Courtroom: # 4
                                            Magistrate Judge Richard Seeborg
19

20

21

22  //

23

24

25

26

27

28

---

[Proposed] Order Re: Plf.'s                    Williams-Sonoma, Inc. v. Danielle Sechrest., et al
Ex Parte Application For Relief                                      Case No. CV 08-1597 RS

1  GOOD CAUSE APPEARING, it is hereby ordered that Plaintiff Williams-Sonoma, Inc.'s *ex
2  parte* application for relief from the Case Management Conference Pending Resolution of Application
3  for Default Judgment is GRANTED.
4
5
6  DATED: _____    _____
7  RICHARD SEEBORG
   UNITED STATES MAGISTRATE JUDGE
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

- 2 -

## CERTIFICATE OF SERVICE
[C.C.P. §§ 1011 and 1013, C.R.C.§ 2008, F.R.C.P. Rule 5, F.R.A.P. 25]

I declare that I am employed in the City and County of San Francisco, California; I am over the age of 18 years and not a party to the within action; my business address is Two Embarcadero Center, Eighth Floor, San Francisco, California, 94111. On the date set forth below, I served a true and accurate copy of the document(s) entitled:

**[PROPOSED] ORDER GRANTING PLAINTIFF WILLIAMS-SONOMA, INC.'S *EX PARTE* APPLICATION FOR RELIEF FROM CASE MANAGEMENT SCHEDULE PENDING RESOLUTION OF APPLICATION FOR DEFAULT JUDGMENT**

on the party(ies) in this action by placing said copy(ies) in a sealed envelope each addressed as follows:

| | |
|---|---|
| Danielle Sechrest<br>21036 Torrence Chapel Road<br>Cornelius, NC 28031<br><br>Steven Sechrest<br>21036 Torrence Chapel Road<br>Cornelius, NC 28031 | James Killian<br>19219 Dutch Iris Drive<br>Cornelius, NC 28031 |

☒ **[By First Class Mail]** I am readily familiar with my employer's practice for collecting and processing documents for mailing with the United States Postal Service. On the date listed herein, following ordinary business practice, I served the within document(s) at my place of business, by placing a true copy thereof, enclosed in a sealed envelope, with postage thereon fully prepaid, for collection and mailing with the United States Postal Service where it would be deposited with the United States Postal Service that same day in the ordinary course of business.

☐ **[By Overnight Courier]** I caused each envelope to be delivered by a commercial carrier service for overnight delivery to the offices of the addressee(s).

☐ **[By Hand]** I directed each envelope to the party(ies) so designated on the service list to be delivered by courier this date.

☐ **[By Facsimile Transmission]** I caused said document to be sent by facsimile transmission to the fax number indicated for the party(ies) listed above.

☐ **[By Electronic Transmission]** I caused said document to be sent by electronic transmission to the e-mail address(es) indicated for the party(ies) listed above.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed this date at San Francisco, California.

Dated: July 9, 2008

*/s/ Kristine J. Storheim*
Kristine J. Storheim

61423595 v1

- 1 -