UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| WILLIAMS-SONOMA, INC, | C 08-01597 RS |
| Plaintiff(s), | **CLERK'S NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |
| VS. | |
| DANIELLE SECHREST, ET AL, | |
| Defendant(s). | |

The Clerk of this Court will now randomly reassign this case to a United States District Judge because one or more of the parties has requested reassignment to a United States District Judge or has not consented to jurisdiction by a Magistrate Judge.

PLEASE TAKE NOTICE that a Case Management Conference which was previously set for July 16, 2008 before the Honorable Judge Richard Seeborg will not be held. An initial Case Management Conference will need to be set before the newly assigned District Judge.

The parties are directed to contact the newly assigned District Judge's Courtroom Deputy to re-notice their Motion on that judge's calendar.

Dated: July 10, 2008                 RICHARD W. WIEKING,
                                     Clerk of Court

                                     /s/_____
                                     Martha Parker Brown
                                     Deputy Clerk