IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

WILLIAMS-SONOMA,

    Plaintiff,

  v.

DANIELLE SECHREST, et al.,

    Defendants.
                                   /

No. C 08-01597 CW

ORDER OF REFERENCE
TO MAGISTRATE JUDGE

    Pursuant to Civil Local Rule 72-1, IT IS HEREBY ORDERED that Plaintiff's Application for Default Judgment filed in the above-captioned case is referred to Magistrate Judge Richard Seeborg to be heard and considered at the convenience of his calendar  The Magistrate Judge shall prepare findings and recommendation on the motion.

    Plaintiff's Ex Parte Application for Relief From Case Management Schedule Pending Resolution of Application for Default Judgment is granted.  The Case Management Conference is continued to November 4, 2008, at 2:00 p.m.

Dated: 7/23/08

                                                      CLAUDIA WILKEN
                                                      United States District Judge

cc: Wings; RS w/mo.