TOWNSEND AND TOWNSEND AND CREW LLP
GREGORY S. GILCHRIST (CA State Bar # 111536); *gsgilchrist@townsend.com*
TALI L. ALBAN (CA State Bar # 233694); *tlalban@townsend.com*
Two Embarcadero Center, 8th Floor
San Francisco, California 94111
Telephone: (415) 576-0200
Facsimile: (415) 576-0300

Attorneys for Plaintiff
WILLIAMS-SONOMA, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| WILLIAMS-SONOMA, INC., a California corporation,<br><br>            Plaintiff,<br><br>    v.<br><br>Danielle SECHREST, an individual, Steven SECHREST, an individual, and James KILLIAN, an individual, doing business as REPLACEMENTSLIPCOVERS.COM,<br><br>            Defendants. | Case No. CV 08-1597 RS<br><br>**PLAINTIFF WILLIAMS-SONOMA, INC.'S AMENDED NOTICE OF APPLICATION FOR DEFAULT JUDGMENT BY COURT**<br><br>Date: Wednesday, September 10, 2008<br>Time: 9:30 a.m.<br>Courtroom: # 4<br>Magistrate Judge Richard Seeborg |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on September 10, 2008, at 9:30 a.m., or as soon thereafter as the matter may be heard, before the Honorable Richard Seeborg, Magistrate Judge of the United States District Court, 2112 Robert F. Peckham Federal Building and United States Courthouse, 280 South First Street, San Jose, California 95113, Plaintiff WILLIAMS-SONOMA, INC. ("WSI") will apply to this Court for a default judgment against Defendants Danielle Sechrest, Steven Sechrest and James Killian, doing business as Replacementslipcovers.com (collectively, "Defendants"), pursuant to Federal Rule of Civil Procedure 55(b).

1   The Application will be based on this Amended Notice; the original Notice of Application and
2   Application for Default Judgment by Court and Memorandum of Points and Authorities in Support
3   filed on July 9, 2008 (Court Docket No. 13); the Declaration of Tali Alban with exhibits, filed on July
4   9, 2008 (Court Docket No. 14), all of the files and records of this action; and on any additional
5   material that may be elicited at the hearing of this Application.

8   DATED:  August 7, 2008                    Respectfully submitted,

9                                              TOWNSEND AND TOWNSEND AND CREW LLP

12                                             By:      /s/ Tali L. Alban
                                                    Gregory S. Gilchrist
13                                                  Tali L. Alban
                                                Attorneys for Plaintiff
                                                WILLIAMS-SONOMA, INC.

**CERTIFICATE OF SERVICE**
[C.C.P. §§ 1011 and 1013, C.R.C.§ 2008, F.R.C.P. Rule 5, F.R.A.P. 25]

I declare that I am employed in the City and County of San Francisco, California; I am over the age of 18 years and not a party to the within action; my business address is Two Embarcadero Center, Eighth Floor, San Francisco, California, 94111. On the date set forth below, I served a true and accurate copy of the document(s) entitled:

**PLAINTIFF WILLIAMS-SONOMA, INC.'S AMENDED NOTICE OF APPLICATION FOR DEFAULT JUDGMENT BY COURT**

on the party(ies) in this action by placing said copy(ies) in a sealed envelope each addressed as follows:

| | |
|---|---|
| Danielle Sechrest<br>21036 Torrence Chapel Road<br>Cornelius, NC 28031 | James Killian<br>19219 Dutch Iris Drive<br>Cornelius, NC 28031 |
| Steven Sechrest<br>21036 Torrence Chapel Road<br>Cornelius, NC 28031 | |

☒ [By First Class Mail] I am readily familiar with my employer's practice for collecting and processing documents for mailing with the United States Postal Service. On the date listed herein, following ordinary business practice, I served the within document(s) at my place of business, by placing a true copy thereof, enclosed in a sealed envelope, with postage thereon fully prepaid, for collection and mailing with the United States Postal Service where it would be deposited with the United States Postal Service that same day in the ordinary course of business.

☐ [By Overnight Courier] I caused each envelope to be delivered by a commercial carrier service for overnight delivery to the offices of the addressee(s).

☐ [By Hand] I directed each envelope to the party(ies) so designated on the service list to be delivered by courier this date.

☐ [By Facsimile Transmission] I caused said document to be sent by facsimile transmission to the fax number indicated for the party(ies) listed above.

☐ [By Electronic Transmission] I caused said document to be sent by electronic transmission to the e-mail address(es) indicated for the party(ies) listed above.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed this date at San Francisco, California.

Dated: August 7, 2008

Kristine J. Storheim

PROOF OF SERVICE
CASE NO. CV-08-1597 RS