TOWNSEND AND TOWNSEND AND CREW LLP
GREGORY S. GILCHRIST (CA State Bar # 111536); *gsgilchrist@townsend.com*
TALI L. ALBAN (CA State Bar # 233694); *tlalban@townsend.com*
Two Embarcadero Center, 8th Floor
San Francisco, California 94111
Telephone: (415) 576-0200
Facsimile: (415) 576-0300

Attorneys for Plaintiff
WILLIAMS-SONOMA, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

WILLIAMS-SONOMA, INC., a California corporation,

Plaintiff,

v.

Danielle SECHREST, an individual, Steven SECHREST, an individual, and James KILLIAN, an individual, doing business as REPLACEMENTSLIPCOVERS.COM,

Defendants.

Case No. CV 08-1597 RS

**AMENDED CERTIFICATE OF SERVICE ON DEFENDANT JAMES KILLIAN RE: PLAINTIFF WILLIAMS-SONOMA, INC.'S NOTICE OF APPLICATION FOR DEFAULT JUDGMENT BY COURT AND SUPPORTING PAPERS**

Date: Wednesday, September 10, 2008
Time: 9:30 a.m.
Courtroom: # 4
Magistrate Judge Richard Seeborg

I declare that I am employed in the City and County of San Francisco, California; I am over the age of 18 years and not a party to the within action; my business address is Two Embarcadero Center, Eighth Floor, San Francisco, California, 94111. On July 9, 2008, I served a true and accurate copy of the documents entitled:

**PLAINTIFF WILLIAMS-SONOMA, INC.'S NOTICE OF APPLICATION AND APPLICATION FOR DEFAULT JUDGMENT BY COURT;**

AMENDED CERTIFICATE OF SERVICE ON DEFENDANT JAMES KILLIAN RE: PLAINTIFF WILLIAMS-SONOMA, INC.'S NOTICE OF APPLICATION FOR DEFAULT JUDGMENT BY COURT AND SUPPORTING PAPERS - 1 -
*Williams-Sonoma, Inc. v. Sechrest, et al.* - CV 08-1597 RS
61490801 v1

**DECLARATION OF TALI L. ALBAN IN SUPPORT OF PLAINTIFF WILLIAMS-SONOMA, INC.'S APPLICATION FOR DEFAULT JUDGMENT BY COURT;**

**[PROPOSED] ORDER GRANTING PLAINTIFF WILLIAMS-SONOMA, INC.'S APPLICATION FOR DEFAULT JUDGMENT; and**

**PLAINTIFF WILLIAMS-SONOMA, INC.'S *EX PARTE* APPLICATION FOR RELIEF FROM CASE MANAGEMENT SCHEDULE PENDING RESOLUTION OF APPLICATION FOR DEFAULT JUDGMENT**

on defendant James Killian by placing said copy(ies) in a sealed envelope addressed as follows:

James Killian
19219 Dutch Iris Drive
Cornelius, NC 28031

☒ [By First Class Mail] I am readily familiar with my employer's practice for collecting and processing documents for mailing with the United States Postal Service. On the date listed herein, following ordinary business practice, I served the within document(s) at my place of business, by placing a true copy thereof, enclosed in a sealed envelope, with postage thereon fully prepaid, for collection and mailing with the United States Postal Service where it would be deposited with the United States Postal Service that same day in the ordinary course of business.

Said service copies were returned by the Post Office marked "Return to Sender - No Mail Receptacle -- Unable to Forward."

On August 7, 2008, I served a true and accurate copy of the document entitled:

**PLAINTIFF WILLIAMS-SONOMA, INC.'S AMENDED NOTICE OF APPLICATION FOR DEFAULT JUDGMENT BY COURT**

☒ [By First Class Mail] I am readily familiar with my employer's practice for collecting and processing documents for mailing with the United States Postal Service. On the date listed herein, following ordinary business practice, I served the within document(s) at my place of business, by placing a true copy thereof, enclosed in a sealed envelope, with postage thereon fully prepaid, for collection and mailing with the United States Postal Service where it would be deposited with the

**AMENDED CERTIFICATE OF SERVICE ON DEFENDANT JAMES KILLIAN RE: PLAINTIFF WILLIAMS-SONOMA, INC.'S NOTICE OF APPLICATION FOR DEFAULT JUDGMENT BY COURT AND SUPPORTING PAPERS** - 2 -
*Williams-Sonoma,Inc.v.Sechrest et al.*
61490801 v1

United States Postal Service that same day in the ordinary course of business.

Said service copy was returned by the Post Office marked "Return to Sender - No Mail Receptacle -- Unable to Forward."

On September 3, 2008, I re-served copies of the documents identified above on defendant James Killian at the following address:

James Killian
2427 Claremont Road
Newton, NC 28658

☒   [By Overnight Courier]  I caused the envelope to be delivered by a commercial carrier service for overnight delivery.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed this date at San Francisco, California.

Dated: September 3, 2008

Kristine J. Storheim

AMENDED CERTIFICATE OF SERVICE ON DEFENDANT JAMES KILLIAN RE:  PLAINTIFF WILLIAMS-SONOMA, INC.'S NOTICE OF APPLICATION FOR DEFAULT JUDGMENT BY COURT AND SUPPORTING PAPERS         - 3 -
*Williams-Sonoma,Inc.v.Sechrest et al.*
61490801 v1

**CERTIFICATE OF SERVICE**

[C.C.P. §§ 1011 and 1013, C.R.C.§ 2008, F.R.C.P. Rule 5, F.R.A.P. 25]

I declare that I am employed in the City and County of San Francisco, California; I am over the age of 18 years and not a party to the within action; my business address is Two Embarcadero Center, Eighth Floor, San Francisco, California, 94111. On the date set forth below, I served a true and accurate copy of the document(s) entitled:

**AMENDED CERTIFICATE OF SERVICE ON DEFENDANT JAMES KILLIAN RE: PLAINTIFF WILLIAMS-SONOMA, INC.'S NOTICE OF APPLICATION FOR DEFAULT JUDGMENT BY COURT AND SUPPORTING PAPERS**

on the party(ies) in this action by placing said copy(ies) in a sealed envelope each addressed as follows:

| | |
|---|---|
| Danielle Sechrest<br>21036 Torrence Chapel Road<br>Cornelius, NC 28031<br>**By First Class Mail**<br>Steven Sechrest<br>21036 Torrence Chapel Road<br>Cornelius, NC 28031<br>**By First Class Mail** | James Killian<br>2427 Claremont Road<br>Newton, NC 28658<br>**By FedEx Overnight Delivery** |

☒ [By First Class Mail] I am readily familiar with my employer's practice for collecting and processing documents for mailing with the United States Postal Service. On the date listed herein, following ordinary business practice, I served the within document(s) at my place of business, by placing a true copy thereof, enclosed in a sealed envelope, with postage thereon fully prepaid, for collection and mailing with the United States Postal Service where it would be deposited with the United States Postal Service that same day in the ordinary course of business.

☒ [By Overnight Courier] I caused each envelope to be delivered by a commercial carrier service for overnight delivery to the offices of the addressee(s).

☐ [By Hand] I directed each envelope to the party(ies) so designated on the service list to be delivered by courier this date.

☐ [By Facsimile Transmission] I caused said document to be sent by facsimile transmission to the fax number indicated for the party(ies) listed above.

☐ [By Electronic Transmission] I caused said document to be sent by electronic transmission to the e-mail address(es) indicated for the party(ies) listed above.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed this date at San Francisco, California.

Dated: September 3, 2008

Kristine J. Storheim